UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                        :     Chapter 11
                                                             :
BEARINGPOINT, INC., et al.,                                  :     09-10691 (REG)
                                                             :
                        Debtors.                             :     (Jointly Administered)
------------------------------------------------------------ X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     :
                      ss:
COUNTY OF SUFFOLK     :

Karen Petriano, being duly sworn, deposes and states:

1.     I am a Senior Project Manager employed by The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 105 Maxess Road, Melville, New York 11747.

2.     On March 12, 2009, at the direction of Weil, Gotshal & Manges LLP ("Weil"), counsel for the Debtors, I caused a true and correct copy of the following document to be served by first class mail on the parties on the master service list (the "MSL Parties") annexed hereto as Exhibit "A":

> Order Pursuant to Sectioin 502(b)(9) of the Bankruptcy Code
> and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for
> Filing Proofs of Claim and Approving the Form and Manner of
> Notice Thereof [Docket No. 191]

3.     On March 12, 2009, at the direction of Weil, I caused true and correct copies of the following documents to be served by email on the MSL Parties for which an email address was available, by fax on the MSL Parties for which an email address was not available, or by overnight mail to the MSL Parties for which neither an email address or fax number was

available, as set forth on the service lists annexed hereto as Exhibits "B", "C" and "D", respectively:

> Notice of Agenda of Matters Scheduled for Hearing on March 13, 2009 at 9:45 a.m. [Docket No. 200];
>
> Notice of First Supplemental Declaration and Disclosure Statement of Alfredo R. Perez Pursuant to Bankruptcy Code Sections 327, 328(a), 329 and 504 and Federal Rules of Bankruptcy Procedure 2014(a) and 2016(b) in Support of Debtors' Application for Authorization to Employ and Retain Weil, Gotshal & Manges LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Commencement Date [Docket No. 202]; and
>
> Notice of First Supplemental Declaration of Bradley A. Robins Pursuant to Bankruptcy Code Sections 327, 328(a), 329 and Federal Rule of Bankruptcy Procedure 2014(a) in Support of Debtors' Motion for Authorization to Employ and Retain Greenhill & Co., LLC as Financial Advisor and Investment Banker for the Debtors, Nunc Pro Tunc to the Commencement Date [Docket No. 203]

4. I certify under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

/s/ <u>Karen Petriano</u>
Karen Petriano

Sworn to before me this 16th day of
March, 2009

/s/ <u>Barbara Keane</u>
    Notary Public
No. 01KE4760720
Qualified in Suffolk County
Commission Expires Feb. 28, 2011

# EXHIBIT A

U.S. BANKRUPTCY COURT, SDNY
HON. ROBERT E. GERBER (CHAMBERS)
ONE BOWLING GREEN
NEW YORK, NY 10004

OFFICE OF THE U.S. TRUSTEE FOR S.D.N.Y.
ATTN: SERENE NAKANO, ESQ.
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LUC DESPINS, ESQ.
PARK AVENUE TOWER
75 EAST 55TH ST, 1ST FL
NEW YORK, NY 10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LESLIE A. PLASKON, ESQ.
PARK AVENUE TOWER
75 EAST 55TH ST, 1ST FL
NEW YORK, NY 10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: KRISTINE SHYROCK, ESQ.
PARK AVENUE TOWER
75 EAST 55TH ST, 1ST FL
NEW YORK, NY 10022

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK , NY 10036

ROPES & GRAY LLP
ATTN: MARK I. BANE, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK , NY 10036

ROPES & GRAY LLP
ATTN: SHUBA SATYAPRASAD
ONE INTERNATIONAL PLACE
BOSTON, MA 02110

BRACEWELL & GIULIANI LLP
ATTN: MARK B. JOACHIM, ESQ.
1177 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10036

BRACEWELL & GIULIANI LLP
ATTN: ROBERT T. CAREY, ESQ.
1177 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10036

BRACEWELL & GIULIANI LLP
ATTN: ARIK PREIS, ESQ.
1177 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10036

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: ROBERT BICE
400 MADISON AVENUE
SUITE 4D
NEW YORK, NY 10017

THE BANK OF NEW YORK
ATTN: DAVID M. KERR, VP
101 BARCLAY STREET, 8W
NEW YORK, NY 10286

FRIEDMAN FLEISCHER & LOWE LLC
ATTN: SPENCER C. FLEISCHER
ONE MARITIME PLAZA
SUITE 1000
SAN FRANCISCO, CA 94111

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>ATTN: NEIL W. TOWNSEND, ESQ.<br>299 PARK AVENUE<br>NEW YORK, NY 10022 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530 | UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>31 HOPKINS PLAZA<br>MAIL STOP RM 1150<br>BALTIMORE, MD 21201 | DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MARK SCHONFELD, REGIONAL DIRECTOR<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY 10281 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON, DC 20549 |
| NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY, NY 12205 | NEW YORK STATE UNEMPLOYMENT INS. FUND<br>ATTN: LEGAL DEPARTMENT<br>PO BOX 551<br>ALBANY, NY 12201 |
| NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201 | OFFICE OF THE ATTORNEY GENERAL<br>ANDREW M. CUOMO<br>120 BROADWAY<br>NEW YORK, NY 10271 |

MISSOURI DEPT OF REVENUE
STEVEN A. GINTHER
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105

PAUL, HASTINGS, JANOFSKY & WALKER LLP
LUC. A. DESPINS, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
LESLIE A. PLASKIN, ESQ
75 EAST 55TH STREET
NEW YORK, NY 10022

PAUL, HASTINGS, JANOFSKY & WALKER LLP
KRISTINE M. SHRYOCK, ESQ.
75 EAST 55TH STREET
NEW YORK, NY 10022

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN
155 FEDERAL STREET
9TH FLOOR
BOSTON, MA 02110

THE PORT AUTHORITY OF NY AND NJ
MILTON H. PACHTER, ESQ.
225 PARK AVENUE SOUTH
13TH FLOOR
NEW YORK, NY 10003

THE PORT AUTHORITY OF NY AND NJ
KATHLEEN M. COLLINS, ESQ.
225 PARK AVENUE SOUTH
13TH FLOOR
NEW YORK, NY 10003

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ROBERT MCL.BOOTE, ESQ.
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19103

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
JEFFREY MEYERS, ESQ.
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19103

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
TOBEY M. DALUZ, ESQ.
919 N. MARKET STREET
12TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
JOSHUA ZUGERMAN, ESQ.
919 N. MARKET STREET
12TH FLOOR
WILMINGTON, DE 19801

PILLSBURY WINTHROP SHAW PITTMAN LLP
GIANNI DIMOS
1540 BROADWAY
NEW YORK, NY 10036

JOHN MARK STERN
ASST ATTORNEY GENL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: MARIA A BOVE
780 THIRD AVENUE
36TH FLOOR
NEW YORK, NY 10017

EXIGEN GROUP
ATTN: STUART SCHNECK, ESQ
505 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

BRYAN CAVE LLP
ATTN: LAWRENCE P. GOTTESMAN, ESQ,
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

BRYAN CAVE LLP
ATTN:  MICHELLE MCMAHON, ES
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104

LOWENSTEIN SANDLER PC
VINCENT D'AGOSTINO, ESQ
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

AT&T INC.
JAMES W. GRUDUS, ESQ.
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

HERRICK, FEINSTEIN LLP
PAUL RUBIN
TWO PARK AVENUE
NEW YORK, NY 10016

CANON BUSINESS SOLUTIONS, INC.
RUTH WEINSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY 11042

BROWN & CONNERY LLP
DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET
WOODBURY, NJ 08096

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
TRAVIS BUILDING
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205

GARDERE WYNNE SEWELL LLP
DEIRDRE B. RUCKMAN
1601 ELM STREET
SUITE 3000
DALLAS, TX 75201

COWLES & THOMPSON P.C.
WILLIAM L. SIEGEL
901 MAIN STREET
SUITE 3900
DALLAS, TX 75202

BINGHAM MCCUTCHEN LLP
JEFFREY S. SABIN
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
ANTHONY CARBONE
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
NEIL W. TOWNSEND
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
JAMES R. SOMMER
399 PARK AVENUE
NEW YORK, NY 10022

BINGHAM MCCUTCHEN LLP
P. SABIN WILLETT
ONE FEDERAL STREET
BOSTON, MA 01220

BINGHAM MCCUTCHEN LLP
ANDREW J. GALLO
ONE FEDERAL STREET
BOSTON, MA 01220

BINGHAM MCCUTCHEN LLP
IAN M. WENNIGER
ONE FEDERAL STREET
BOSTON, MA 01220

BINGHAM MCCUTCHEN LLP
JASON L. WATKINS
ONE FEDERAL STREET
BOSTON, MA 01220

BINGHAM MCCUTCHEN LLP
PETER H. BRUHN
ONE STATE STREET
HARTFORD, CT 06103

BINGHAM MCCUTCHEN LLP
KATHERINE DOBSON
ONE STATE STREET
HARTFORD, CT 06103

FILARDI LAW OFFICES LLC
CHARLES J. FILARDI, JR
65 TRUMBULL STREET
SECOND FLOOR
NEW HAVEN, CT 06510

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA 19102

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201

SHENWICK & ASSOCIATES
JAMES H. SHENWICK
655 THIRD AVENUE
20TH FLOOR
NEW YORK, NY 10017

DECHERT LLP
G. ERIC BRUNSTAD, JR
90 STATE HOUSE SQUARE
HARTFORD, CT 06103

DECHERT LLP
DONALD M. BADACZEWSKI
90 STATE HOUSE SQUARE
HARTFORD, CT 06103

YALE UNIVERSITY
BRIAN N. LIZOTTE, OFFICE OF VP
2 WHITNEY AVENUE
6TH FLOOR
NEW HAVEN, CT 06510

PA OFFICE OF ATTORNEY GENERAL
ATTN; THOMAS W. CORBETT, JR
21 S 12TH STREET
3RD FLOOR
PHILADELPHIA, PA 19107

BUCHALTER NEMER, A PROF.CORP
SHAWN M. CHRISTIANSON, ESQ
333 MARKET STREET
25TH FLOOR
SAN FRANCISCO, CA 94105

ROTHSCHILD, BARRY & MYERS LLP
JOHN D. SILK
55 W. MONROE STREET
SUITE 3900
CHICAGO, IL 60603

EXHIBIT B

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LUC DESPINS, ESQ.
lucdespins@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LESLIE A. PLASKON, ESQ.
leslieplaskon@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: KRISTINE SHYROCK, ESQ.
kristineshryock@paulhastings.com

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN, ESQ.
mark.somerstein@ropesgray.com

ROPES & GRAY LLP
ATTN: MARK I. BANE, ESQ.
mark.bane@ropesgray.com

BRACEWELL & GIULIANI LLP
ATTN: MARK B. JOACHIM, ESQ.
mark.joachim@bgllp.com

BRACEWELL & GIULIANI LLP
ATTN: ROBERT T. CAREY, ESQ.
robert.carey@bgllp.com

BRACEWELL & GIULIANI LLP
ATTN: ARIK PREIS, ESQ.
Arik.Preis@bgllp.com

THE BANK OF NEW YORK
ATTN: DAVID M. KERR, VP
loretta.lundberg@bnymellon.com

FRIEDMAN FLEISCHER & LOWE LLC
ATTN: SPENCER C. FLEISCHER
sfleischer@fflpartners.com

BINGHAM MCCUTCHEN LLP
ATTN: NEIL W. TOWNSEND, ESQ.
neil.townsend@bingham.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
LUC. A. DESPINS, ESQ.
lucdespins@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
LESLIE A. PLASKIN, ESQ
leslieplaskon@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
KRISTINE M. SHRYOCK, ESQ.
kristineshryock@paulhastings.com

| | |
|---|---|
| BARTLETT HACKETT FEINBERG PC<br>FRANK F. MCGINN<br>ffm@bostonbusinesslaw.com | BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>ROBERT MCL.BOOTE, ESQ.<br>boote@ballardspahr.com |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>JEFFREY MEYERS, ESQ.<br>meyers@ballardspahr.com | BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>TOBEY M. DALUZ, ESQ.<br>daluzt@ballardspahr.com |
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP<br>JOSHUA ZUGERMAN, ESQ.<br>zugermanj@ballardspahr.com | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>GIANNI DIMOS<br>gianni.dimos@pillsburylaw.com |
| JOHN MARK STERN<br>ASST ATTORNEY GENL<br>john.stern@oag.state.tx.us | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: MARIA A BOVE<br>mbove@pszjlaw.com |
| BRYAN CAVE LLP<br>ATTN: LAWRENCE P. GOTTESMAN, ESQ,<br>lawrence.gottesman@bryancave.com | BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON, ES<br>michelle.mcmahon@bryancave.com |
| LOWENSTEIN SANDLER PC<br>VINCENT D'AGOSTINO, ESQ<br>vdagostino@lowenstein.com | AT&T INC.<br>JAMES W. GRUDUS, ESQ.<br>james.grudus@att.com |
| HERRICK, FEINSTEIN LLP<br>PAUL RUBIN<br>prubin@herrick.com | CANON BUSINESS SOLUTIONS, INC.<br>RUTH WEINSTEIN<br>rweinstein@cusa.canon.com |

| | |
|---|---|
| BROWN & CONNERY LLP<br>DONALD K. LUDMAN, ESQ.<br>dludman@brownconnery.com | COWLES & THOMPSON P.C.<br>WILLIAM L. SIEGEL<br>bsiegel@cowlesthompson.com |
| BINGHAM MCCUTCHEN LLP<br>JEFFREY S. SABIN<br>jeffrey.sabin@bingham.com | BINGHAM MCCUTCHEN LLP<br>ANTHONY CARBONE<br>anthony.carbone@bingham.com |
| BINGHAM MCCUTCHEN LLP<br>NEIL W. TOWNSEND<br>neil.townsend@bingham.com | BINGHAM MCCUTCHEN LLP<br>JAMES R. SOMMER<br>james.sommer@bingham.com |
| BINGHAM MCCUTCHEN LLP<br>P. SABIN WILLETT<br>sabin.willett@bingham.com | BINGHAM MCCUTCHEN LLP<br>ANDREW J. GALLO<br>andrew.gallo@bingham.com |
| BINGHAM MCCUTCHEN LLP<br>IAN M. WENNIGER<br>ian.wenniger@bingham.com | BINGHAM MCCUTCHEN LLP<br>JASON L. WATKINS<br>jason.watkins@bingham.com |
| BINGHAM MCCUTCHEN LLP<br>PETER H. BRUHN<br>peter.bruhn@bingham.com | BINGHAM MCCUTCHEN LLP<br>KATHERINE DOBSON<br>katherine.dobson@bingham.com |
| FILARDI LAW OFFICES LLC<br>CHARLES J. FILARDI, JR<br>charles@filardi-law.com | SIRLIN GALLOGLY & LESSER, P.C.<br>DANA S. PLON, ESQ<br>dplon@sirlinlaw.com |

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ELIZABETH WELLER<br>dallas.bankruptcy@publicans.com | SHENWICK & ASSOCIATES<br>JAMES H. SHENWICK<br>jhs7@att.net |
| DECHERT LLP<br>G. ERIC BRUNSTAD, JR<br>eric.brunstad@dechert.com | DECHERT LLP<br>DONALD M. BADACZEWSKI<br>donald.badaczewski@dechert.com |
| YALE UNIVERSITY<br>BRIAN N. LIZOTTE, OFFICE OF VP<br>brian.lizotte@yale.edu | PA OFFICE OF ATTORNEY GENERAL<br>ATTN: THOMAS W. CORBETT, JR<br>crmomjian@attorneygeneral.gov |
| BUCHALTER NEMER, A PROF.CORP<br>SHAWN M. CHRISTIANSON, ESQ<br>schristianson@buchalter.com | ROTHSCHILD, BARRY & MYERS LLP<br>JOHN D. SILK<br>silk@rbmchicago.com |

# EXHIBIT C

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE FOR S.D.N.Y.<br>ATTN: SERENE NAKANO, ESQ.<br>(212) 668-2255 | ROPES & GRAY LLP<br>ATTN: SHUBA SATYAPRASAD<br>617-235-9808 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: ROBERT BICE<br>212-650-1361 | UNITED STATES ATTORNEY'S OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>212-637-2685 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL<br>202-307-6777 | UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>212-637-2685 |
| INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>410-962-9955 | DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>202-622-6415 |
| INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>212-436-1931 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: MARK SCHONFELD, REGIONAL DIRECTOR<br>212-336-1322 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL<br>202-772-9263 | NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>518-457-0617 |
| NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>718-403-3650 | OFFICE OF THE ATTORNEY GENERAL<br>ANDREW M. CUOMO<br>212-416-8369 |

MISSOURI DEPT OF REVENUE
STEVEN A. GINTHER
573-751-7232

THE PORT AUTHORITY OF NY AND NJ
MILTON H. PACHTER, ESQ.
212-435-3834

THE PORT AUTHORITY OF NY AND NJ
KATHLEEN M. COLLINS, ESQ.
212-435-3834

EXIGEN GROUP
ATTN: STUART SCHNECK, ESQ
415-402-1954

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
210-226-4308

GARDERE WYNNE SEWELL LLP
DEIRDRE B. RUCKMAN
214-999-3250

EXHIBIT D

U.S. BANKRUPTCY COURT, SDNY  
HON. ROBERT E. GERBER (CHAMBERS)  
ONE BOWLING GREEN  
NEW YORK, NY

INTERNAL REVENUE SERVICE  
ATTN: INSOLVENCY SECTION  
PO BOX 21126  
PHILADELPHIA, PA

NEW YORK STATE UNEMPLOYMENT INS. FUND  
ATTN: LEGAL DEPARTMENT  
PO BOX 551  
ALBANY, NY