**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                              :
**In re**                                                     :    Chapter 11 Case No.
                                                              :
**BEARINGPOINT, INC., et al.,**                               :    09 - 10691 (REG)
                                                              :
          Debtors.                                            :    (Jointly Administered)
                                                              :
------------------------------------------------------------------x

### ORDER GRANTING DEBTORS' MOTION PURSUANT TO SECTION 1121(d) OF THE BANKRUPTCY CODE REQUESTING EXTENSION OF EXCLUSIVE PERIODS FOR THE FILING OF A CHAPTER 11 PLAN AND SOLICITATION OF ACCEPTANCES THEREOF

Upon the motion, dated June 19, 2008 (the "*Motion*"), of BearingPoint, Inc. and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "*Debtors*," and together with their non-debtor affiliates, "*BearingPoint*"), pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*"), for an order extending the exclusive period during which the Debtors may file a chapter 11 plan (the "*Plan Period*") and the period during which the Debtors may solicit acceptances thereof (the "*Solicitation Period*," and together with the Filing Period, the "*Exclusive Periods*"), all as more fully described in the Motion, and all of the proceedings before the Court, the Court finds and determines the following:

        A.      Consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

        B.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

   C. The Court has jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of the United States District Court for the Southern District of New York, dated July 10, 2984 (Ward, Acting C.J.).

   D. The Debtors have provided due and proper notice of the Motion to parties in interest in accordance with the Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures, dated March 5, 2009 [Docket No. 117], and no further notice is necessary.

   E. The legal and factual bases set forth in the Motion establish just and sufficient cause to grant the relief requested therein.

Therefore, it is hereby ORDERED that:

   1. The Motion is granted.

   2. Pursuant to section 1121(d) of the Bankruptcy Code, each of the Debtor's exclusive Plan Period is extended through and including October 16, 2009.

   3. Pursuant to section 1121(d) of the Bankruptcy Code, each of the Debtor's Solicitation Period is extended through and including December 15, 2009.

   4. The extension of the Exclusive Periods granted herein is without prejudice to such further requests that may be made pursuant to section 1121(d) of the Bankruptcy Code.

   5. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: *July 7, 2009*
New York, New York

*s/ Robert E. Gerber*
**HONORABLE ROBERT E. GERBER**
**UNITED STATES BANKRUPTCY JUDGE**