**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
**In re** : Chapter 11 Case No.
:
**BEARINGPOINT, INC., et al.,** : 09 - 10691 (REG)
:
  Debtors. : (Jointly Administered)
:
------------------------------------------------------------x

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF DEBTORS' MODIFIED SECOND AMENDED JOINT PLAN UNDER CHAPTER 11 OF THE BANKRUPTCY CODE, DATED DECEMBER 17, 2009

PLEASE TAKE NOTICE that, on December 22, 2009, the United States Bankruptcy Court for the Southern District of New York entered an order in the above-captioned chapter 11 cases confirming the Debtors' Modified Second Amended Joint Plan Under Chapter 11 of the Bankruptcy Code, dated December 17, 2009 (the "***Plan***").

PLEASE TAKE FURTHER NOTICE that, on December 30, 2009, the Effective Date (as defined in the Plan) occurred and the Plan was substantially consummated.

Dated: December 31, 2009
       New York, New York

　　　　　　　　　　　　　　　　　　　　/s/ Alfredo R. Pérez
　　　　　　　　　　　　　　　　　　　Marcia L. Goldstein
　　　　　　　　　　　　　　　　　　　Joseph H. Smolinsky
　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　Alfredo R. Pérez
　　　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　　　700 Louisiana Street, Suite 1600
　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　Telephone: (713) 546-5000
　　　　　　　　　　　　　　　　　　　Facsimile: (713) 224-9511

　　　　　　　　　　　　　　　　　　　Attorneys for Debtors
　　　　　　　　　　　　　　　　　　　and Debtors in Possession