UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re:                                 :        Chapter 11
                                       :
BEARINGPOINT, INC., et al.,        :        Case No. 09-10691 (REG)
                                       :
                    Debtors.        :        (Jointly Administered)
-------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                            ) ss
COUNTY OF SUFFOLK    )

I, Karen E. Petriano, being duly sworn, depose and state:

1.      I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding.  Our business address is 105 Maxess Road, Melville, New York 11747.

2.      On December 30, 2009, at the direction of McKool Smith P.C. ("McKool"), special counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail or first class mail on the parties on the master service list, as set forth on the service lists annexed hereto as Exhibits "A" and "B", respectively:

- Notice of Debtors' First Omnibus Motion (with Omnibus Motion) for Order, Pursuant to 11 U.S.C. §§ 105(a), 502(c), and 1142, Estimating Certain Contingent or Unliquidated Claims for Purposes of Establishing Disputed Claims Reserves (the "Notice") [Docket No. 1576].

3.      On December 30, 2009, also as directed by McKool, I caused a true and correct copy of the Notice to be sent by first class mail to the additional parties on the service list annexed hereto

1

as Exhibit "C".

/s/ Karen E. Petriano
Karen E. Petriano

Sworn to before me this 31st day of
December, 2009

/s/ Marc Adam Wasserman
Marc Adam Wasserman
Notary Public, State of New York
No. 02WA6179778
Qualified in Nassau County
Commission Expires December 24, 2011

# EXHIBIT A

3M COMPANY
OFFICE OF GENERAL COUNSEL
cbwilson@mmm.com

3M COMPANY
ATT: ALAN E. BROWN, ESQ.
arbrown@mmm.com

ARAPAHOE COUNTY ATTORNEY
ATT: GEORGE ROSENBERG, ESQ.
grosenberg@co.arapahoe.co.us

ARAPAHOE COUNTY ATTORNEY
ATTN:KATE HOLMGREN
jholmgren@co.arapahoe.co.us

AT&T INC.
ATT: JAMES W. GRUDUS, ESQ.
james.grudus@att.com

AT&T SERVICES INC.
ATT: JAMES W. GRUDUS
jg5786@att.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN ROBERT MCL. BOOTE, ESQ.
boote@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: TOBEY DALUZ
daluzt@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: JOSHUA ZUGERMAN, ESQ.
zugermanj@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: JEFFREY MEYERS, ESQ.
meyers@ballardspahr.com

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN
ffm@bostonbusinesslaw.com

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN
jeffrey.sabin@bingham.com

BINGHAM MCCUTCHEN LLP
ATT: P. SABIN WILLETT
sabin.willett@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: KATHERINE DOBSON
katherine.dobson@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: PETER H BRUHN
peter.bruhn@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: ANDREW J GALLO
andrew.gallo@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: IAN WENNINGER
ian.wenniger@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JASON WATKINS
jason.watkins@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: ANTHONY CARBONE
anthony.carbone@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: JAMES R SOMMER
james.sommer@bingham.com

BINGHAM MCCUTCHEN LLP
ATTN: NEIL W. TOWNSEND, ESQ.
neil.townsend@bingham.com

BRACEWELL & GIULIANI LLP
ATTN: MARK B. JOACHIM, ESQ.
mark.joachim@bgllp.com

BRACEWELL & GIULIANI LLP
ATTN: ROBERT T. CAREY, ESQ.
robert.carey@bgllp.com

BROWN & CONNERY LLP
ATT: DONALD K. LUDMAN, ESQ.
dludman@brownconnery.com

BRYAN CAVE LLP
ATTN LAWRENCE GOTTESMAN
lawrence.gottesman@bryancave.com

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON
michelle.mcmahon@bryancave.com

BUCHALTER NEMER
ATT: SHAWN M. CHRISTIANSON, ESQ.
schristianson@buchalter.com

CANON BUSINESS SOLUTIONS, INC.
ATT: RUTH WEINSTEIN, ESQ.
rweinstein@cusa.canon.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATT: LISA M. SCHWEITZER
lschweitzer@cgsh.com

CONNECTICUT ATTORNEY GENERAL OFFICE
ATT: DENISE MONDELL, ASSISTANT ATTY GEN.
Denise.Mondell@po.state.ct.us

COWLES & THOMPSON, P.C.
ATT: WILLIAM L. SIEGEL, ESQ.
bsiegel@cowlesthompson.com

DAY PITNEY LLP
ATTY FOR ORACLE USA, INC
adoshi@daypitney.com

DECHERT LLP
ATT: G. ERIC BRUNSTAD & DONALD BADACZEWS
eric.brunstad@dechert.com; donald.badaczewski@dechert.com

DECHERT LLP
ATT: JAMES O. MOORE, ESQ.
james.moore@dechert.com

DLA PIPER LLP
ATT: JACQUELYN H. CHOI, ESQ.
jacquelyn.choi@dlapiper.com

ELLIOTT GREENLEAF
ATT: RAFAEL ARAVENA & THEO KITTILA
rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com

ELLIOTT GREENLEAF
ATT: R. ZAHRALDDIN-ARAVENA & T. KITTILA
rxza@elliottgreenleaf.com; tak@elliottgreenleaf.com

FFL EXECUTIVE PARTNERS II, L.P.
C/O FRIEDMAN FLEISCHER & LOWE, LLC
sfleischer@fflpartners.com

FILARDI LAW OFFICES LLC
ATTY FOR HONEYWELL INTERNATIONAL INC.
charles@filardi-law.com

FRIEDMAN FLEISCHER & LOWE LLC
ATTN: SPENCER C. FLEISCHER
sfleischer@fflpartners.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: DAVID A. ROSENZWEIG, ESQ.
drosenzweig@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
ATT: JOHNATHAN C. BOLTON, ESQ.
jbolton@fulbright.com

GIBBONS P.C.
ATTY FOR HEWLITT-PACKARD FINANCIAL SER C
dcrapo@gibbonslaw.com

GOLD BENNETT CERA & SIDENER LLP
ATT: SOLOMON B. CERA, ESQ.
scera@gbcslaw.com

HAHN & HESSEN LLP
ATT: MARK POWER & NICHOLAS RIGANO
mpower@hahnhessen.com; nrigano@hahnhessen.com

HAHN & HESSEN LLP
ATTN: NICHOLAS RIGANO
nrigano@hahnhessen.com

HARTER SECREST & EMERY LLP
ATT: JOHN WEIDER & INGRID PALERMO
jweider@hselaw.com

HAYNES & BOONE, LLP
ATTN:  JASON BINFORD
jason.binford@haynesboone.com

HAYNES AND BOONE, LLP
ATT: TREY A. MONSOUR
trey.monsour@haynesboone.com

HERRICK, FEINSTEIN LLP
ATTN: PAUL RUBEN ESQ
prubin@herrick.com

HODGSON RUSS LLP
ATT: DEBORAH J. PIAZZA, ESQ.
dpiazza@hodgsonruss.com

JOHN MARK STERN
ASSISTANT ATTORNEY GENERAL
john.stern@oag.state.tx.us

KLESTADT & WINTERS, LLP
ATT: TRACY L. KLESTADT
tklestadt@klestadt.com

KLESTADT & WINTERS, LLP
ATTN:  PATRICK J ORR
porr@klestadt.com

LANE POWELL, PC
ATT: MARY JO HESTON, ESQ.
hestonm@lanepowell.com

LATHROP & GAGE LLP
ATT: STEPHEN K. DEXTER, ESQ.
sdexter@lathropgage.com

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
ATTY FOR CELGENE CORPORATION
ssatkowski@lavin-law.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATT: ELIZABETH WELLER, ESQ.
dallas.bankruptcy@publicans.com

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
ATTN: JOHN P. DILLMAN
houston_bankruptcy@publicans.com

LOWENSTEIN SANDLER PC
ATTY FOR AT&T
vdagostino@lowenstein.com

LOWENSTEIN SANDLER PC
ATT: MICHAEL S. ETKIN,  IRA M.LEVEE
metkin@lowenstein.com

LOWENSTEIN SANDLER PC
ATT: IRA M. LEVEE, MICHAEL S. ETKIN
ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN: IRA M LEVEE
ilevee@lowenstein.com

LOWENSTEIN SANDLER PC
ATTN FOR MATRIX CAPITAL MANAGEMENT
ilevee@lowenstein.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
ATTY FOR WALNUT & THIRD, INC.
elobello@msek.com

MILES & STOCKBRIDGE P.C.
ATT: J. D. CUTHBERTSON & BRIAN KENNEY
jcuthbertson@milesstockbridge.com;
bkenney@milesstockbridge.com

MILES & STOCKBRIDGE P.C.
ATTN: BRIAN F. KENNEY, ESQ
bkenney@milesstockbridge.com

NEAL S. MANN
ASSISANT ATTORNEY GENERAL
neal.mann@oag.state.ny.us

OFFICE OF ATTORNEY GENERAL
ATT: CHRISTOPHER MOMJIAN, SR. ATTY GENER
crmomjian@attorneygeneral.gov

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: MARIA A BOVE ESQ
mbove@pszjlaw.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LUC DESPINS, ESQ.
lucdespins@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LESLIE A. PLASKON, ESQ.
leslieplaskon@paulhastings.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN: GIANNI DIMOS ESQ
gianni.dimos@pillsburylaw.com

POST & SCHELL, P.C.
ATT: BRIAN W. BISIGNANI, ESQ.
bbisignani@postschell.com

RIDDELL WILLIAMS P.S.
ATT: JOSEPH SHICKICH
jshickich@riddellwilliams.com

RIDDELL WILLIAMS P.S.
ATTN: MARIA ANN MILANO
mmilano@riddellwilliams.com

ROPES & GRAY LLP
ATTY FOR LAW DEBENTURE TRUST CO OF NY
david.elkind@ropesgray.com

ROPES & GRAY LLP
ATTN: BENJAMIN L. SCHNEIDER
benjamin.schneider@ropesgray.com

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN, ESQ.
mark.somerstein@ropesgray.com

ROTHSCHILD, BARRY & MYERS LLP
ATT: JOHN D. SILK, ESQ.
silk@rbmchicago.com

ROYSE LAW FIRM, PC
ATT: ROGER ROYSE
rroyse@rroyselaw.com

ROYSE LAW FIRM, PC
JONATHAN GOLUB
jgolub@rroyselaw.com

SECURITIES AND EXCHANGE COMMISSION
ATTN: NEAL JACOBSON
jacobsonn@SEC.gov

SIRLIN GALLOGLY & LESSER PC
ATTN: DANA S PLON ESQ
dplon@sirlinlaw.com

SONNENSCHEIN NATH & ROSENTHAL LLP
ATTY FOR 3M COMPANY
cneville@sonnenschein.com

THE GARDEN CITY GROUP INC.
ATTN: KAREN PETRIANO
karen.petriano@gardencitygroup.com

THE PORT AUTHORITY OF NEW YORK & NJ
OFFICE OF MILTON H. PACHTER
cklee@panynj.gov

THOMPSON HINE LLP
ATTY FOR MIAMI VALLEY RESEARCH FOUNDATIO
lauren.mcevoy@thompsonhine.com

THOMPSON HINE LLP
ATTY FOR MIAMI VALLEY RESEARCH FOUNDATIO
thdaytonecf@thompsonhine.com

TRENK, DIPASQUALE, WEBSTER, DELLA FERA &
SODONO, P.C.
rtrenk@trenklawfirm.com

UNITED STATES ATTORNEY FOR SDNY
ATT: JOSEPH A. PANTOJA, ESQ.
joseph.pantoja@usdoj.gov

YALE UNIVERSITY
ATT: BRIAN N. LIZOTTE
brian.lizotte@yale.edu

YOUNG, GOLDMAN & VAN BEEK, P.C.
ATT: NEIL D. GOLDMAN, ESQ.
ngoldman@ygvb.com

EXHIBIT B

ANDREWS & KURTH LLP
ATT: JONATHAN LEVINE, ESQ.
ATTY FOR HEWLETT PACKARD COMPANY
450 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NY 10017

CEDARS-SINAI MEDICAL CENTER
LEGAL AFFAIRS DEPT ATTN: GENERAL COUNSEL
8700 BEVERLY BLVD
SUITE TSB-290
LOS ANGELES, CA 90048

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220 0001

DEPARTMENT OF TRANSPORTATION
ATT: JODY L. KING, ESQ.
OFFICE OF CHIEF COUNSEL
P.O. BOX 8212
HARRISBURG, PA 17105 8212

EMC CORPORATION
ATTN: RONALD ROWLAND, ESQ.
C/O RECEIVABLE MANAGEMENT SERVICES
301 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

HEWLETT PACKARD COMPANY
ATT: RAMONA NEAL, CORP. COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
BOISE, ID 83714 0021

HEWLETT PACKARD COMPANY
ATT: KEN HIGMAN
2125 E. KATELLA AVENUE, SUITE 400
ANAHEIM, CA 92806

HEWLETT PACKARD COMPANY
ATT: ANNE MARIE KENNELLY
3000 HANOVER STREET
PALO ALTO, CA 94304 1112

INTERNAL REVENUE SERVICE
ATTN: LEGAL DEPARTMENT
31 HOPKINS PLAZA
MAIL STOP RM 1150
BALTIMORE, MD 21201

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
ATTN: LEGAL DEPARTMENT
290 BROADWAY
NEW YORK, NY 10007

J. MICHAEL MCBRIDE, P.C.
ATT: J. MICHAEL MCBRIDE, ESQ.
ATTY FOR IBM CORP; IBM CREDIT
6300 RIDGLEA PLACE, SUITE 101
FORT WORTH, TX 76116

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: ROBERT BICE
400 MADISON AVENUE
NEW YORK, NY 10022

LAW OFFICES OF ROBERT E. LUNA, P.C.
ATT: ANDREA SHEEHAN, ESQ.
ATTY FOR CARROLLTON-FARMERS BRANCH ISD
4411 N. CENTRAL EXPRESSWAY
DALLAS, TX 75205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATT: DAVID G. AELVOET, ESQ.
ATTY FOR BEXAR COUNTY
TRAVIS BLDG, 711 NAVARRO, STE 300
SAN ANTONIO, TX 78205

MARY ANN QUINN, C/O BEARINGPOINT
GUSTAV MAHLERPLEIN 62, 8TH FLOOR
1082 MA AMSTERDAM
PO BOX 75882
1070 A W AMSTERDAM

MISSOURI DEPT OF REVENUE BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
JEFFERSON CITY, MO 65105 0475

MORRISON COHEN LLP
ATT: MICHAEL R. DAL LAGO, ESQ.
ATTY FOR NORTHROP GRUMMAN CORP
909 THIRD AVENUE
NEW YORK, NY 10022

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205 0300

NEW YORK STATE UNEMPLOYMENT INS. FUND
ATTN: LEGAL DEPARTMENT
PO BOX 551
ALBANY, NY 12201

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271 0332

OFFICE OF THE U.S. TRUSTEE FOR S.D.N.Y.
ATTN: SERENE NAKANO, ESQ.
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004

ROPES & GRAY LLP
ATTN: SHUBA SATYAPRASAD
ONE INTERNATIONAL PLACE
BOSTON, MA 02110 2624

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER,
ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE
BANKRUPTCY DIVISION
PO BOX 20207
NASHVILLE, TN 20207

THE PORT AUTHORITY OF NEW YORK & NJ
ATT: KATHLEEN COLLINS
225 PARK AVENUE SOUTH, 13TH FLOOR
NEW YORK, NY 10003

UNISYS CORPORATION
ATT: JANET FITZPATRICK, LEGAL ASSISTANT
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424

UNITED STATES ATTORNEYS OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007

UNITED STATES BANKRUPTCY COURT (S.D.N.Y)
HONORABLE ROBERT E GERBER
ONE BOWLING GREEN
NEW YORK, NY 10004 1408

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR.,
ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530 0001

WELTMAN & MOSKOWITZ, LLP
ATTY FOR CEDARS-SINAI MEDICAL CENTER
ATTN: MICHAEL L. MOSKOWITZ, ESQ.
270 MADISON AVENUE, SUITE 1400
NEW YORK, NY 10016

EXHIBIT C

ACE AMERICAN INSURANCE COMPANY
MARGERY N REED, ESQUIRE
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

ACE AMERICAN INSURANCE COMPANY
C/O ACE USA
ATTN: SAVERIO ROCCA, ESQ
436 WALNUT ST
PHILADELPHIA PA 19106

ALEXIS SAHARA GALLOWAY
101 BEECHWOOD DR
OAKLAND CA 94618

ALEXIS,SAHARA GALLOWAY
C/O ALAN B. EXELROD
RUDY, EXELROD & ZIEFF, L.L.P.
351 CALIFORNIA STREET, SUITE 700
SAN FRANCISCO CA 94104

AMERICAN HOME ASSURANCE COMPANY ET AL
COMMERCIAL INS BANKRUPTCY COLLECTIONS
MICHELLE A LEVITT AUTHORIZED REP
175 WATER STREET 18TH FLOOR
NEW YORK NY 10038

ARAMARK REFRESHMENT SERVICES LLC
F/K/A ARAMARK REFRESHMENT SERVICES INC
MCCARTER&ENGLISH LLP-JOSEPH LUBERTAZZA J
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK NJ 07102

ARAMARK REFRESHMENT SERVICES, LLC F/K/A
ARAMARK REFRESHMENT SERVICES INC
MCCARTER&ENGLISH LLP-JOSEPH LUBERTAZZI J
FOUR GATEWAY CENTER, 100 MULBERRY STREET
NEWARK NJ 07102

ARCH SPECAILITY INSURANCE COMPANY
MARTIN J. NILSEN, SR VP
SECRETARY AND GENERAL COUNSEL
ONE LIBERTY PLAZA 53RD FLOOR
NEW YORK NY 10006

BEERS & CUTLER PLLC
PILLSBURY WINTHROP SHAW PITTMAN LLP
ATTN GIANNI DIMOS ESQ
1540 BROADWAY
NEW YORK NY 10036

BFP TOWER C CO LLC
C/O BROOKFIELD FINANCIAL PROPERTIES, L P
ATTN GENERAL COUNSEL
THREE WORLD FINANCIAL CTR 200 VESEY ST
NEW YORK NY 10281-1021

BFP TOWER C CO LLC
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN LISA M SCHWEITZER ESQ
ONE LIBERTY PLAZA
NEW YORK NY 10006

BOOZ ALLEN HAMILTON INC
ATTN CHRISTOPHER M BELLOMY
ASSOCIATE GENERAL COUNSEL
8283 GREENSBORO DR
MCLEAN VA 22102

CALVIN K JOHNSON
1528 FROST ROAD
VIRGINIA BEACH VA 23455-4210

CISCO SYSTEM CANADA CO
LAWRENCE SCHWAB / THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO CA 94306

CISCO SYSTEMS INC
LAWRENCE SCHWAB / THOMAS GAA
BIALSON BERGEN & SCHWAB
2600 EL CAMINO REAL STE 300
PALO ALTO CA 94306

COUNTY OF MARION, INDIANAPOLIS, IN
1060 CITY-COUNTY BLDG.
INDIANAPOLIS IN 46204

COUNTY OF SANTA CLARA
TAX COLLECTOR, TAX COLLECTION DIVISION
COUNTY GOVERNMENT CTR 6TH FL EAST WING
70 W HEDDING ST
SAN JOSE CA 95110

CYDNEY AIKEN
1731 HADLEY ST
HOUSTON TX 77003

DAVIS, SUSAN P
738 SHARP MOUNTAIN CREEK
MARIETTA GA 30067

DELOITTE CONSULTING LLP
C/O KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN ROBERT I SCHMIDT ESQ
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

DORIS MALOY, LEON COUNTY TAX COLLECTOR
PO BOX 1835
TALLAHASSEE FL 32302-1835

DREYER EDMONDS & ROBBINS
355 SOUTH GRAND AVENUE SUITE 1710
LOS ANGELES CA 90071

ELECTRONIC DATA SYSTEMS LLC, AN HP CO.
HEWLETT PACKARD COMPANY
ATTN: K HIGMAN
2125 E KATELLA AVE, SUITE 400
ANAHEIM CA 92806

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
ROBERT K DAWKINS
100 ALABAMA STREET SW SUITE 4R30
ATLANTA GA 30303

ESCAMBIA COUNTY TAX COLLECTOR
PO BOX 1312
PENSACOLA FL 32591

FLORIDA POWER AND LIGHT COMPANY
ATTN RACHEL S BUDKE ESQ
700 UNIVERSE BLVD
JUNO BEACH FL 33408

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO CA 95812-2952

FULTON COUNTY TAX COMMISSIONER
141 PRYOR ST SUITE 1113
ATLANTA GA 30303

GENERAL ELECTRIC CAPITAL CORPORATION
GE CAPITAL
ATTN TONY SHEBECK
1010 THOMAS EDISON BLVD SW
CEDAR RAPIDS IA 52404

GRANITE PLAZA MANAGEMENT LLC
ATTN TIMOTHY R DUNN CFO
5601 GRANITE PKWY STE 800
DALLAS TX 75024

HARRY L YOU
PROSKAUER ROSE LLP
STEVEN M KAYMAN ESQ & SCOTT R RUTSKY ESQ
1585 BROADWAY
NEW YORK NY 10036

HARTFORD FIRE INSURANCE COMPANY AS
ASSIGNEE OF HARTFORD SPECIALTY
HARTFORD SPECIALTY CO C/O HARTFORD FIRE
BANKRUPTCY UNIT T-1-55 - HARTFORD PLAZA
HARTFORD CT 06115

HENRICO COUNTY
ATTN RHYSA GRIFFITH SOUTH
ASSISTANT COUNTY ATTORNEY
PO BOX 90775
HENRICO VA 23273-0775

HEWLETT-PACKARD FINANCIAL SERVICES CO
ATTN RECOVERY PARALEGAL
420 MOUNTAIN AVENUE
MURRAY NJ 07974

HINES CHARLOTTE PLAZA LP
C/O KING & SPALDING LLP
ATTN HEATH D ROSENBLAT
1185 AVENUE OF THE AMERICAS
NEW YORK NY 10036-4003

HINES CHARLOTTE PLAZA LP
C/O HINES INTERESTS LIMITED PARTNERSHIP
ATTN MS TORI KERR
FIVE RAVINIA DRIVE
ATLANTA GA 30346

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE ID 83722

IDAHO STATE TAX COMMISSION
BANKRUPTCY UNIT
PO BOX 36
BOISE ID 83722

ILLINOIS UNION INSURANCE COMPANY
MARGERY N REED, ESQUIRE
DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA PA 19103-4196

ILLINOIS UNION INSURANCE COMPANY
C/O ACE USA
ATTN SAVERIO ROCCA ESQ
436 WALNUT STREET
PHILADELPHIA PA 19106

IPSEN PHARMA SAS
SUCCESSOR-IN-INTEREST TO SCRAS SAS
ATTN: CLAIRE GIRAUT
65 QUAI GEORGES GORSE
92100 BOULOGNE-BILLANCOURT FRANCE

JOHN SCHNEEBERGER
420 E BISSELL AVE
OIL CITY PA 16301

JUDY ETHELL
823 FAIRFIELD LAKE DRIVE
CHESTERFIELD MO 63017

KPMG LLP
C/O LOEB & LOEB LLP
P GREGORY SCHWED ESQ, JASON BLUMBERG ESQ
345 PARK AVENUE
NEW YORK NY 10154

KPMG LLP
ATTN:  STEVEN B CARLIN
757 THIRD AVE
NEW YORK NY 10017

KPMG LLP
SIDLEY AUSTIN LLP
ATTN:  DAVID H LEE
787 SEVENTH AVENUE
NEW YORK NY 10019

KPMG LLP
SIDLEY AUSTIN LLP
ATTN:  SHALOM L KOHN
787 SEVENTH AVENUE
NEW YORK NY 10019

LAW OFFICE OF TIMOTHY FARRELL SWEENEY
LYNN ROWE LARSEN, ESQ.
THE 820 BUILDING, SUITE 430
820 WEST SUPERIOR AVE.
CLEVELAND OH 44113-1800

MARY J. CRAIG
810 CATAYA COVE
WOODSTOCK GA 30188

MERCER
CHRISTINE VACHULA IPS ACCTG
MERCER
462 S 4TH ST
LOU KY 40202

MIAMI DADE COUNTY TAX COLLECTOR
MIAMI DADE COUNTY BANKRUPTCY UNIT
140 WEST FLAGLER STREET SUITE 1403
MIAMI FL 33130

MICHAEL SCHEIDT
635 4TH AVE NE
APT 319
CALGARY, AB, CANADA T2E 0J9

MORGAN STANLEY & CO INCORPORATED
CORPORATE EQUITY SOLUTIONS
HARBORSIDE FINANCIAL CENTER
PLAZA 2 - 7TH FLOOR, ATTN ANA FRANCO
JERSEY CITY NJ 07311

NASH,DWIGHT V
835 OGLETHORPE AVE. #603
ATLANTA GA 30310

NATALIE MCCLEAF
7408 WINDY HILL CT.
MCLEAN VA 22102

NEW YORK STATE DEPT TAXATION & FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NORTHROP GRUMMAN CORPORATION
MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO ESQ
909 THIRD AVENUE
NEW YORK NY 10022

NORTHROP GRUMMAN CORPORATION
JAMES M WEITZEL, JR  SENIOR COUNSEL
NORTHROP GRUMMAN INFORMATION TECH, INC
7575 COLSHIRE DR
MCLEAN VA 22102

NORTHROP GRUMMAN INFORMATION TECHNOL INC
MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO ESQ
909 THIRD AVENUE
NEW YORK NY 10022

NORTHROP GRUMMAN INFORMATION TECHNOLOGY
JAMES M WEITZEL, JR
SENIOR COUNSEL
7575 COLSHIRE DR
MCLEAN VA 22102

NY STATE DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NYS DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

O.S.T., INC
2001 M STREET NW
SUITE 300
WASHINGTON DC 20036

OAKLAND COUNTY TREASURER
1200 N TELEGRAPH ROAD
DEPARTMENT 479
PONTIAC MI 48341

OHIO DEPARTMENT OF TAXATION
C/O REBECCA DAUM
30 EAST BROAD STREET
COLUMBUS OH 43215

OHIO DEPARTMENT OF TAXATION
ATTORNEY GENERAL OF THE STATE OF OH
COLLECTION ENFORCEMENT
150 E GAY ST, 21ST FL
COLUMBUS OH 43215

OKLAHOMA COUNTY TREASURER
FORREST "BUTCH" FREEMAN
320 ROBERT S KERR RM 307
OKLAHOMA CITY OK 73102

PHILLIPE GREENFILED
SCP LE FOYER DE COSTIL & GUILLARD:
17 BIS RUE LEGENDRE
75017 PARIS FRANCE

PRINCE GEORGE'S COUNTY, MARYLAND
C/O MEYERS RODBELL & ROSENBAUM P A
6801 KENILWORTH AVE SUITE 400
RIVERDALE MD 20737-1385

QUINCY FOXBOROUGH LLC
C/O QUINCY MUTUAL FIRE INSURANCE CO
ATTN GARLAN MORSE, ASSET MANAGER
57 WASHINGTON ST
QUINCY MA 02169

QUINCY FOXBOROUGH LLC
C/O NIXON PEABODY LLP
ATTN RICHARD C PEDONE & LESLEY VARGHESE
100 SUMMER ST
BOSTON MA 02110

REED SMITH LLP
ATTN: WILLIAM G. THOMAS
3110 FAIRVIEW PARK DR, SUITE 1400
FALLS CHURCH VA 22042

RI DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE RI 02908

ROSSITER,STEPHEN P
DAR TAKFUL IBB 2 SERVICE APT
LORONG GERAI TIMOR, JALAN PEMANCHA
BANDAR SERI BEGAWAN BS8511
BRUNEI DARUSSALAM

RR DONNELLEY GLOBAL SOLUTIONS BV
EBBEHOUT 26
EBBEHOUT
ZAANDAM 1507 EA NETHERLAND

SAN MATEO COUNTY
LEE BUFFINGTON, TAX COLLECTOR
555 COUNTY CENTER 1ST FLOOR
REDWOOD CITY CA 94063-0966

SHELBY COUNTY TRUSTEE
PO BOX 2751
MEMPHIS TN 38101-2751

SIEMENS IT SOLUTIONS & SERVICES INC
ATTN JOSEPH S SHEERIN,  MCGUIREWOODS LLP
ONE JAMES CENTER
901 E CARY ST
RICHMOND VA 23219

SKILLSOFT CORPORATION
ATTN GREG PORTO
107 NORTHEASTERN BLVD
NASHUA NH 03062

ST LOUIS, CITY OF
ATTN: GREGORY FX DALY, COLLECTOR
1200 MARKET ST, RM 110
ST LOUIS MO 63103

STATE OF HAWAII DEPARTMENT OF TAXATION
STATE TAX COLLECTOR
PO BOX 259
ATTN BANKRUPTCY UNIT
HONOLULU HI 96809

STATE OF NEW JERSEY
DIVISION OF TAXATION
COMPLIANCE ACTIVITY
PO BOX 245
TRENTON NJ 08695

STATE OF NEW JERSEY
ATTN: JAMIE ARBITELL
BANKRUPTCY SECTION
PO BOX 245
TRENTON NJ 08695-0245

STATE OF NEW JERSEY
ATTN: ANNE MILGRAM, ATTY GENERAL OF NJ
RICHARD J HUGHES COMPLEX
PO BOX 106
TRENTON NJ 08625-0106

SUMMIT REALTY GROUP LTD
C/O RALPH E DILL
37 WEST BROAD ST SUITE 950
COLS OH 43215

SUSAN DAVIS
738 SHARP MOUNTAIN CREEK
MARIETTA GA 30067

TASC INC
MORRISON COHEN LLP
ATTN MICHAEL R DAL LAGO ESQ
909 THIRD AVENUE
NEW YORK NY 10022

TASC INC
JAMES M WEITZEL, JR
SENIOR COUNSEL
7575 COLSHIRE DR
MCLEAN VA 22102

THE BANK OF NY MELLON
AS INDENTURE TRUSTEE
C/O LAWRENCE P GOTTESMAN ESQ
1290 AVENUE OF THE AMERICAS
NEW YORK NY 10104

THE TRAVELERS INDEMNITY CO & ITS AFFILIA
SCOT FREEMAN
ACCOUNT RESOLUTION 5MN
ONE TOWER SQUARE
HARTFORD CT 06183

THOMAS MCKELVEY
C/O CLOUSE DUNN KHOSHBIN LLP
ATTN ALYSON BROWN
1201 ELM ST SUITE 5200
DALLAS TX 75270

THOMSON REUTERS
C/O CASS S WEIL ESQ
MOSS & BARNETT
4800 WELLS FARGO CTR 90 S 7TH ST
MINNEAPOLIS MN 55402-4129

TRAVELERS CASUALTY AND SURETY COMPANY
OF AMERICA
ROBERT L SCANLON
ONE TOWER SQUARE S202A
HARTFORD CT 06183

US DEPT OF LABOR/OFFICE OF FEDERAL
CONTRACT COMPLIANCE PROGRAMS
170 S INDEPENDENCE MALL WEST-- SUITE 750
PHILADELPHIA PA 19106-3308

VERIZON COMMUNICATIONS INC
ATTN DALE E BARNEY ESQ
GIBBONS PC
ONE GATEWAY CENTER
NEWARK NJ 07102-5310

WEBER STATE UNIVERSITY
OFFICE OF SPONSORED PROJECTS
1027 UNIVERSITY CIRCLE
OGDEN UT 84408-1027

WEST HURON JOINT VENTURE      JV 335132
C/O THE NORTHWESTERN MUTUAL LIFE INS CO
ATTN: JUDITH L PERKINS, LAW DEPARTMENT
720 EAST WISCONSIN AVENUE
MILWAUKEE WI 53202

WEST HURON JOINT VENTURE      JV 335132
THE NORTHWESTERN INVESTMENT MGMT CO
C/O THE NORTHWESTERN MUTUAL LIFE INS CO
100 N RIVERSIDE PLZ ST 2250 ATTN REG MGR
CHICAGO IL 60606

WISCONSIN DEPARTMENT OF REVENUE
SPECIAL PROCEDURES UNIT
PO BOX 8901
MADISON WI 53708-8901

WORLD LEARNING INC
ATTN BRENDA MORGAN
P O BOX 676
KIPLING ROAD
BRATTLEBORO VT 05302-0676