Hearing Date and Time: March 5, 2010 at 9:45 a.m. (EST)
Response Deadline: February 23, 2010 at 4:00 p.m. (EST)

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS**

---

MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Peter S. Goodman

- and -

MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Nicholas Zugaro (*pro hac vice*)

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                            :
In re                                       :          **Chapter 11 Case No.**
                                            :
**BEARINGPOINT, INC., et al.,**             :          **09 - 10691 (REG)**
                                            :
**Debtors.**                                :          **(Jointly Administered)**
                                            :
-----------------------------------------------------------x

## NOTICE OF LIQUIDATING TRUSTEE'S
## SEVENTH OMNIBUS OBJECTION TO CLAIMS

**PLEASE TAKE NOTICE THAT:**

A hearing (the "*Hearing*") to consider the Seventh omnibus non-substantive objection, dated February 23, 2010 (the "*Seventh Omnibus Objection*"), of John DeGroote Services LLC as Liquidating Trustee to the BearingPoint Inc. Liquidating Trust to certain claims filed in the Debtors' chapter 11 cases shall be held before Honorable Robert E. Gerber, United States

Bankruptcy Judge, Room 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **March 5, 2010, at 9:45 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

The deadline to file any responses to the Seventh Omnibus Objection is **February 23, 2010, at 4:00 p.m. (Eastern Time)** (the "*Objection Deadline*").

**PARTIES RECEIVING NOTICE OF THE SEVENTH OMNIBUS OBJECTION SHOULD REVIEW THE SEVENTH OMNIBUS OBJECTION TO SEE IF THEIR NAMES AND/OR CLAIMS ARE LOCATED IN THE SEVENTH OMNIBUS OBJECTION AND/OR IN THE EXHIBITS ATTACHED THERETO.**

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Seventh Omnibus Objection, must be in writing, must (a) conform to the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Local Rules of the Bankruptcy Court for the Southern District of New York, and any case management orders in these chapter 11 cases, (b) set forth the name of the objecting party, the nature and amount of claims or interests held or asserted by the objecting party against the Debtors' estates or property, and (c) set forth the basis for the objection and the specific grounds therefore, and must be filed no later than the Objection Deadline with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court).

Registered users of the Bankruptcy Court's case filing system must electronically file their objections and responses. All other parties in interest must file their responses on a 3.5 inch floppy disk or flash drive, preferably in Portable Document Format (PDF), Microsoft Word or

any other Windows-based word processing format (with a hard copy delivered directly to the chambers of the Hon. Robert E. Gerber), in accordance with General Order M-182 – Electronic Means for Filing, Signing, and Verification of Documents, dated June 26, 1997.

Any objections or responses must also be served upon the following parties so as to be received no later than the Objection Deadline:

| Special Counsel to the Liquidating Trustee | Counsel to the Debtors |
|---|---|
| McKool Smith P.C.<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Attn: Peter S. Goodman, Esq. | Weil, Gotshal and Manages LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Abigail Zigman, Esq. |

Dated:    February 3, 2010
          New York, New York

                                        /s/ Peter S. Goodman
                                        MCKOOL SMITH P.C.
                                        One Bryant Park, 47th Floor
                                        New York, New York 10036
                                        Telephone: (212) 402-9200
                                        Facsimile: (212) 402-9444

                                            - and -

                                        Nicholas Zugaro (*pro hac vice*)
                                        MCKOOL SMITH P.C.
                                        600 Travis Street, Suite 7000
                                        Houston, Texas 77002
                                        Telephone: (713) 485-7300
                                        Facsimile: (713) 485-7344

                                        Counsel to the Liquidating Trustee

**Hearing Date and Time: March 5, 2010 at 9:45 a.m. (EST)**
**Response Deadline: February 23, 2010 at 4:00 p.m. (EST)**

---

**PLEASE CAREFULLY REVIEW THIS OBJECTION AND THE ATTACHMENTS
HERETO TO DETERMINE WHETHER THIS OBJECTION AFFECTS YOUR CLAIMS**

---

MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Peter S. Goodman

- and -

MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344
Nicholas Zugaro (*pro hac vice*)

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
                                                           :
<u>In re</u>                                               :          Chapter 11 Case No.
                                                           :
**BEARINGPOINT, INC., <u>et al.</u>,**                     :          09 - 10691 (REG)
                                                           :
**Debtors.**                                               :          (Jointly Administered)
                                                           :
-----------------------------------------------------------x

<u>**LIQUIDATING TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO CLAIMS**</u>

TO THE HONORABLE ROBERT E. GERBER
UNITED STATES BANKRUPTCY JUDGE:

        John DeGroote Services LLC, Liquidating Trustee (the "***Liquidating Trustee***") of the

BearingPoint Inc. Liquidating Trust, file this Seventh omnibus objection (the "***Seventh Omnibus***

***Objection***") to those claims listed on <u>Exhibit A</u>, <u>Exhibit B</u>, <u>Exhibit C</u>, <u>Exhibit D</u>, and <u>Exhibit E</u>

attached hereto.  This Seventh Omnibus Objection is filed pursuant to section 502 of title 11 of

the United States Code (the "**Bankruptcy Code**"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and the *Order Pursuant to Bankruptcy Code Section 105 Approving Notice Procedures for Claims Objections and Deemed Schedule Amendment Motions*, dated October 14, 2009 [Docket No. 1353] (the "**Procedures Order**").  The Liquidating Trustee's proposed order is attached hereto as <u>Annex A</u>.  In support of the Seventh Omnibus Objection, the Liquidating Trustee respectfully represents as follows:

## RELIEF REQUESTED

1.      The Liquidating Trustee objects and requests that the Court disallow and expunge the following categories of claims or otherwise grant the relief requested as identified herein:

(a)     Proofs of Claim that assert a priority status that exceeds that to which the claimant is entitled, as defined below, the Misclassified Claims;

(b)     Proofs of Claim that assert claims for which the Debtors are not liable, as defined below, the No Liability Claims;

(c)     Proofs of Claim that assert an amount in excess of that to which the claimant is entitled, as defined below, the Overstated Claims;

(d)     Proofs of Claim that assert an amount in excess of that to which the claimant is entitled and a priority status that exceeds that to which the claimant is entitled, as defined below, the Overstated and Misclassified Claims.

(e)     Proofs of Claim that assert tax claims for which the Debtors are not liable, as defined below, the No Liability Tax Claims.

## JURISDICTION

2.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.     On February 18, 2009, (the "**Commencement Date**"), each of the Debtors commenced with this Court a voluntary case under chapter 11 of the Bankruptcy Code.  The Debtors were authorized to continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.     On March 11, 2009, this Court entered the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof [Docket No. 191] (the "**Bar Date Order**").  The Bar Date Order established (a) April 17, 2009, at 5:00 p.m. (Eastern Time) as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file proofs of claim (including claims under section 503(b)(9) of the Bankruptcy Code) ("**Proofs of Claim**") based on prepetition claims against the Debtors (the "**General Bar Date**"), and (b) August 17, 2009, at 5:00 p.m. (Eastern Time) as the last date and time for governmental units (as defined in section 101(27) of the Bankruptcy Code) to file Proofs of Claim against the Debtors (together with the General Bar Date, the "**Bar Dates**").

5.     Pursuant to the terms of the Bar Date Order, on or about March 14, 2009, GCG mailed notice of the Bar Dates (the "**Bar Date Notice**") and proof of claim forms to, among others, all of the Debtors' creditors and other known holders of claims as of the Commencement Date, about 68,000 creditors and potential claimants in total.

6.     On December 22, 2009 the Court by written order confirmed the Debtors' Second Amended Joint Plan Under Chapter 11 of the Bankruptcy Code, Dated November 2, 2009 (the

"*Plan*").   John DeGroote Services LLC is the Liquidating Trustee to the BearingPoint Inc.

Liquidating Trust.

## PROOFS OF CLAIM

7.      On October 14, 2009, the Court entered the Procedures Order.

8.      As of the filing of this Seventh Omnibus Objection, the Bar Dates have passed,

and in excess of 1,100 Proofs of Claim have been filed in connection with these chapter 11 cases.

The Liquidating Trustee has continued the process of conducting a comprehensive review and

reconciliation of all prepetition claims, including both the claims scheduled in the Debtors'

Schedules (the "*Scheduled Claims*") and the claims asserted in the Proofs of Claim (the "*Filed*

*Claims*").   In addition, the Liquidating Trustee has continued identifying particular categories of

Filed Claims that may be targeted for disallowance and expungement, and certain Scheduled

Claims that may need to be adjusted.

9.      As part of their ongoing review, the Liquidating Trustee has reviewed each of the

proofs of claim listed on Exhibit A, Exhibit B, Exhibit C, Exhibit D, and Exhibit E hereto and

has concluded that each such claim is appropriately objected to on the basis set forth below.

10.      The Liquidating Trustee limit this Objection to the grounds stated herein and

reserve all rights and defenses, including, among other things, the right to further object to any of

the Proofs of Claim referenced herein on any basis.

## OBJECTION TO CLAIMS - MISCLASSIFIED CLAIMS

11.      Certain claimants have filed Proofs of Claim that assert priorities higher than the

priority permitted by the Bankruptcy Code ("*Misclassified Claims*").   Exhibit A, attached hereto,

identifies such Misclassified Claims and contains a short statement, next to each claim, why the

Liquidating Trustee alleges that the claims are misclassified.   As described in the Declaration of

Barry Folse, attached hereto as Exhibit F, the Liquidating Trustee has thoroughly reviewed each

of the Misclassified Claims and their claimants' books and records, and has determined based on this review and additional diligence, that these claims should be modified because the Misclassified Claims do not properly reflect the priority of the liability underlying the claim. The Liquidating Trustee requests that the Court reclassify the Misclassified Claims to the extent requested in <u>Exhibit A</u>. By requesting reclassification of claims, the Liquidating Trustee is not waiving any right to further object to any claim for any reason. The Liquidating Trustee is not admitting that any claim herein is allowable or should be allowed. The Liquidating Trustee reserves all rights to any cause of action it may have against claimants including, without limitation, the right to pursue potential preference avoidance actions under Chapter 5 of the Bankruptcy Code.

## <u>OBJECTION TO CLAIMS - NO LIABILITY CLAIMS</u>

12.    Certain claimants have filed Proofs of Claim that assert claims for which the Debtors are not liable ("***No Liability Claims***"). <u>Exhibit B</u>, attached hereto, identifies such No Liability Claims and contains a short statement, next to each claim, why the Liquidating Trustee denies liability. As described in the Declaration of Barry Folse, attached hereto as <u>Exhibit F</u>, the Liquidating Trustee has thoroughly reviewed each of the No Liability Claims and their books and records, and has determined based on this review and additional diligence, that these claims should be expunged because the No Liability Claims are not owed by any of the Debtors. Section 502(b)(1) of the Bankruptcy Code provides that a claim shall only be allowed if it is enforceable "against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Liquidating Trustee asserts that, based on its diligence and for the reasons set forth on <u>Exhibit B</u> that the No Liability Claims are not enforceable under any applicable law or agreement and, therefore, the Debtors are not liable for these Claims. Thus, the

Liquidating Trustee requests that the Court disallow and expunge the No Liability Claims in their entirety.

## OBJECTION TO CLAIMS - OVERSTATED CLAIMS

13.     Certain claimants have filed Proofs of Claim that assert claims for amounts larger than any amount owed by the Debtors ("*Overstated Claims*").  Exhibit C, attached hereto, identifies such Overstated Claims and contains a short statement, next to each claim, why the claim is overstated.  As described in the Affidavit of Barry Folse, attached hereto as Exhibit F, based on due diligence performed by the Liquidating Trustee including on the Debtors' accounting records, accounts receivable systems, accounts payable systems, or tax returns, the Overstated claims assert a liability greater than what is actually allowable.  Thus, the Liquidating Trustee requests that the Court reduce the amount claimed in the Overstated to the extent requested in Exhibit C.  By requesting reduction of claims, the Liquidating Trustee is not waiving any right to further object to any claim for any reason.  The Liquidating Trustee is not admitting that any claim herein is allowable or should be allowed.  The Liquidating Trustee reserves all rights to any cause of action it may have against claimants including, without limitation, the right to pursue potential preference avoidance actions under Chapter 5 of the Bankruptcy Code.

## OBJECTION TO CLAIMS - OVERSTATED AND MISCLASSIFIED CLAIMS

14.     Certain claimants have filed Proofs of Claim that assert claims for amounts larger than any amount owed by the Debtors in priorities higher than the priority permitted by the Bankruptcy Code ("*Overstated and Misclassified Claims*").  Exhibit D, attached hereto, identifies such Overstated and Misclassified Claims and contains a short statement, next to each claim, why the claim is overstated and misclassified.  As described in the Affidavit of Barry Folse, attached hereto as Exhibit F, based on due diligence performed by the Liquidating Trustee

including on the Debtors' accounting records, accounts receivable systems, accounts payable systems, or tax returns, the Overstated Claims assert a liability and priority greater than what is actually allowable. Thus, the Liquidating Trustee requests that the Court reduce the amount claimed in the Overstated and Misclassified Claims to the extent requested in Exhibit D. The Liquidating Trustee also requests that the Court reclassify the Overstated and Misclassified Claims to the extent requested in Exhibit D. By requesting reduction and reclassification of claims, the Liquidating Trustee is not waiving any right to further object to any claim for any reason. The Liquidating Trustee is not admitting that any claim herein is allowable or should be allowed. The Liquidating Trustee reserves all rights to any cause of action it may have against claimants including, without limitation, the right to pursue potential preference avoidance actions under Chapter 5 of the Bankruptcy Code.

## OBJECTION TO CLAIMS - NO LIABILITY TAX CLAIMS

15.    Certain claimants have filed Proofs of Claim that assert tax claims for which the Debtors are not liable ("*No Liability Claims*"). Exhibit E, attached hereto, identifies such No Liability Tax Claims and contains a short statement, next to each claim, of why the Liquidating Trustee denies liability. As described in the Affidavit of Barry Folse, attached hereto as Exhibit F, the Liquidating Trustee has thoroughly reviewed each of the No Liability Tax Claims and the Debtors' books and records, and has determined based on this review and additional diligence, that these claims should be expunged because the No Tax Liability Claims are not owed by any of the Debtors. Section 502(b)(1) of the Bankruptcy Code provides that a claim shall only be allowed if it is enforceable "against the debtor and property of the debtor, under any agreement or applicable law." 11 U.S.C. § 502(b)(1). The Liquidating Trustee asserts that, based on its diligence and for the reasons set forth on Exhibit E, that the No Liability Tax Claims are not enforceable under any applicable law or agreement and, therefore, the Debtors are not liable for

these Claims.  Thus, the Liquidating Trustee requests that the Court disallow and expunge the No Liability Tax Claims in their entirety.

## **RESERVATION OF RIGHTS**

16.     The Liquidating Trustee expressly reserves the right to amend, modify or supplement the objections asserted herein and to file additional objections to the Proofs of Claim or any other claims (filed or not) which may be asserted against the Debtors or the Liquidating Trustee.  Should one or more of the grounds of objection stated in this Motion be dismissed, the Liquidating Trustee reserves its rights to object on any other grounds that the Liquidating Trustee identifies. In addition, the Liquidating Trustee reserves the right to seek further reduction of any claim to the extent such claim has been paid.

17.     Further, the Liquidating Trustee reserves its rights with respect to potential preference and avoidance actions against any claimant herein, and this Objection shall not constitute a waiver of the right of the Liquidating Trustee to pursue such causes of action or to seek the disallowance of Proof of Claims for any other reason.

## **NOTICE**

18.     The Liquidating Trustee shall serve notice of this Seventh Omnibus Objection to parties in interest in accordance with the Procedures Order.  The Liquidating Trustee submits that, in view of the facts and circumstances, such notice is sufficient and no other or further notice need be provided

WHEREFORE the Liquidating Trustee respectfully requests the Court grant the relief requested herein and such other and further relief as is just and proper.

Dated:  February 3, 2010
        New York, New York

/s/ Peter S. Goodman
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9200
Facsimile: (212) 402-9444

- and -

Nicholas Zugaro (*pro hac vice*)
MCKOOL SMITH P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

# **EXHIBIT A**

## **(MISCLASSIFIED CLAIMS)**

Seventh Omnibus Objection

**Exhibit A**

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 784 | 09-10691 (REG) | **Creditor:** | $0.00 | $9,600.00 | $0.00 | $0.00 | $9,600.00 | ☐ | ☐ | ☐ |
| | | | ALPHASOFT SERVICES CORPORATION | | | | | | | | |
| **Filed On:** 4/24/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN: VP AND GENERAL COUNSEL 2121 N. CALIFORNIA BLVD SUITE 350 WALNUT CREEK, CA  94596 | $0.00 | $0.00 | $0.00 | $9,600.00 | $9,600.00 | | | |
| | | | Comments: | The Debtors contend the claim is for services rendered, not entitled to priority under 507(a) | | | | | | | |
| **Filed Claim Amount** | 520 | 09-10691 (REG) | **Creditor:** | $0.00 | $8,179.77 | $0.00 | $15,315.70 | $23,495.47 | ☐ | ☐ | ☐ |
| | | | BETTERCOM INC | | | | | | | | |
| **Filed On:** 4/16/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 200 FIFTH AVE 4TH FL WALTHAM, MA  2451 | $0.00 | $0.00 | $0.00 | $23,495.47 | $23,495.47 | | | |
| | | | Comments: | The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 393 | 09-10691 (REG) | **Creditor:** | $0.00 | $1,821.15 | $0.00 | $0.00 | $1,821.15 | ☐ | ☐ | ☐ |
| | | | CENTRAL VIRGINIA TECHNOLOGY GROUP LLC | | | | | | | | |
| **Filed On:** 4/14/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | P O BOX 1021 LOUISA, VA  23093 | $0.00 | $0.00 | $0.00 | $1,821.15 | $1,821.15 | | | |
| | | | Comments: | The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 1051 | 09-10691 (REG) | **Creditor:** | $0.00 | $10,827.74 | $0.00 | $0.00 | $10,827.74 | ☐ | ☐ | ☐ |
| | | | CITIZANT INC | | | | | | | | |
| **Filed On:** 10/8/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 5180 PARKSTONE DR #100 CHANTILLY, VA  20151 | $0.00 | $0.00 | $0.00 | $10,827.74 | $10,827.74 | | | |
| | | | Comments: | The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 349 | 09-10691 (REG) | **Creditor:** CLEANING MAID EASY (CME) | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/10/2009 | | | KIM WARD 131 DEER RUN RD. | | | | | | | | |
| **Modified Priority Status Amount** | | | HATTIESBURG, MS 39402 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided pre petition not entitled to U.S.C. §507 (a)(4) treatmen | | | | | | | |
| **Filed Claim Amount** | 155 | 09-10691 (REG) | **Creditor:** DIVERSIFIED INFORMATION TECHNOLOGIES INC | $0.00 | $12,493.41 | $0.00 | $2,580.93 | $15,074.34 | ☐ | ☐ | ☐ |
| **Filed On:** 3/30/2009 | | | 123 WYOMING AVE | | | | | | | | |
| **Modified Priority Status Amount** | | | SCRANTON, PA 18503 | $0.00 | $0.00 | $0.00 | $15,074.34 | $15,074.34 | | | |
| | | | Comments: | The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 1057 | 09-10691 (REG) | **Creditor:** GREENSBORO DRIVE PROPERTY LLC | $39,569.54 | $0.00 | $0.00 | $218,856.61 | $258,426.15 | ☐ | ☐ | ☐ |
| **Filed On:** 10/9/2009 | | | ATTN CHRISTOPHER J MAJOR ESQ ROBINSON & COLE LLP 1055 WASHINGTON BLVD | | | | | | | | |
| **Modified Priority Status Amount** | | | STAMFORD, CT 6901 | $0.00 | $0.00 | $0.00 | $258,426.15 | $258,426.15 | | | |
| | | | Comments: | The Debtors contend that lease rejection damages are not secured and should be reclassified as a general unsecured claim | | | | | | | |

Exhibit A

Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **163** | 09-10691 (REG) | **Creditor:** GROUP 360 LLC | $0.00 | $15,858.00 | $0.00 | $0.00 | $15,858.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/31/2009 | | | 718 7TH STREET NW SUITE 310 | | | | | | | | |
| **Modified Priority Status Amount** | | | WASHINGTON, DC  20001 | $0.00 | $0.00 | $0.00 | $15,858.00 | $15,858.00 | | | |
| | | | Comments:    The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | | |
| **Filed Claim Amount** | **635** | 09-10691 (REG) | **Creditor:** INX, INC | $0.00 | $0.00 | $5,119.60 | $0.00 | $5,119.60 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | C/O JASON M RUDD DIAMOND | | | | | | | | |
| **Modified Priority Status Amount** | | | MCCARTHY LLP 909 FANNIN, STE 1500 HOUSTON, TX  77010 | $0.00 | $0.00 | $0.00 | $5,119.60 | $5,119.60 | | | |
| | | | Comments:    The Debtors contend the claim is for services; not entitled to priority under U.S.C. §502(a)(2) | | | | | | | | |
| **Filed Claim Amount** | **941** | 09-10691 (REG) | **Creditor:** IT SERVICE MANAGEMENT FORUM USA | $9,000.00 | $0.00 | $9,000.00 | $0.00 | $18,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 7/21/2009 | | | 465 FORBES BOULEVARD | | | | | | | | |
| **Modified Priority Status Amount** | | | SAN FRANCISCO, CA  94080 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | | | |
| | | | Comments:    The Debtors contend the claim is valid for $9,000 as a general unsecured claim | | | | | | | | |
| **Filed Claim Amount** | **282** | 09-10691 (REG) | **Creditor:** JOHN DE LANNOY | $0.00 | $0.00 | $12,242.20 | $0.00 | $12,242.20 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | 788 CHIMNEY ROCK RD | | | | | | | | |
| **Modified Priority Status Amount** | | | WESTON, FL  33327 | $0.00 | $0.00 | $0.00 | $12,242.20 | $12,242.20 | | | |
| | | | Comments:    The Debtors contend that the claim is valid but as a general unsecured claim because Claimant has previously been paid up to the $10,950 cap under U.S.C. §507 (a)(4) | | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 64 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $21,383.46 | $0.00 | $21,383.46 | ☐ | ☐ | ☐ |
| **Filed On:** 3/24/2009 | | | KS SOLUTIONS LLC | | | | | | | | |
| **Modified Priority Status Amount** | | | 42734 MIDDLE RIDGE PLACE BROADLANDS, VA  20148 | $0.00 | $0.00 | $0.00 | $21,383.46 | $21,383.46 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 306 | 09-10691 (REG) | **Creditor:** | $2,515.00 | $0.00 | $0.00 | $0.00 | $2,515.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | LEARNING TREE INTERNATIONAL USA, INC | | | | | | | | |
| **Modified Priority Status Amount** | | | PO BOX 930756 ATLANTA, GA  31193 | $0.00 | $0.00 | $0.00 | $2,515.00 | $2,515.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507 | | | | | | | |
| **Filed Claim Amount** | 62 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $4,737.50 | $0.00 | $4,737.50 | ☐ | ☐ | ☐ |
| **Filed On:** 3/24/2009 | | | MAB INC | | | | | | | | |
| **Modified Priority Status Amount** | | | 8607 WEST FAIRWAY WOODS DRIVE NORTH CHARLESTON, SC  29420 | $0.00 | $0.00 | $0.00 | $4,737.50 | $4,737.50 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 368 | 09-10691 (REG) | **Creditor:** | $0.00 | $918.00 | $0.00 | $0.00 | $918.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/13/2009 | | | NETWORK PARKING CO LTD | | | | | | | | |
| **Modified Priority Status Amount** | | | 8260 GREENSBORO DRIVE SUITE 275 MCLEAN, VA  22102 | $0.00 | $0.00 | $0.00 | $918.00 | $918.00 | | | |
| | | | Comments: | The Debtors contend that the claim for parking over allowance; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 116 | 09-10691 (REG) | **Creditor:** QUINT WELLINGTON REDWOOD | $27,950.00 | $0.00 | $0.00 | $0.00 | $27,950.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/26/2009 | | | ATTN: LEGAL DEPARTMENT 407 LINCOLN ROAD SUITE 701 MIAMI BEACH, FL 33139 | | | | | | | | |
| **Modified Priority Status Amount** | | | | $0.00 | $0.00 | $0.00 | $27,950.00 | $27,950.00 | | | |
| | | | Comments: | The Debtors contend they agree with the amount of the claim as general unsecured claim | | | | | | | |
| **Filed Claim Amount** | 129 | 09-10691 (REG) | **Creditor:** ROB BULLER | $0.00 | $0.00 | $4,680.00 | $0.00 | $4,680.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | BULLER GROUP LLC 12801 WORLDGATE DR ST 500 HERNDON, VA 20170 | | | | | | | | |
| **Modified Priority Status Amount** | | | | $0.00 | $0.00 | $0.00 | $4,680.00 | $4,680.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507 | | | | | | | |
| **Filed Claim Amount** | 252 | 09-10705 (REG) | **Creditor:** ROBERT E WENZEL | $0.00 | $0.00 | $4,954.83 | $0.00 | $4,954.83 | ☐ | ☐ | ☐ |
| **Filed On:** 4/6/2009 | | | 14 SILVER ROCK ROAD SANTE FE, NM 87508 | | | | | | | | |
| **Modified Priority Status Amount** | | | | $0.00 | $0.00 | $0.00 | $4,954.83 | $4,954.83 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 464 | 09-10698 (REG) | **Creditor:** RR DONNELLEY GLOBAL SOLUTIONS BV | $16,637.27 | $0.00 | $0.00 | $0.00 | $16,637.27 | ☐ | ☑ | ☐ |
| **Filed On:** 4/15/2009 | | | EBBEHOUT 26 EBBEHOUT ZAANDAM 1507 EA NETHERLAND, | | | | | | | | |
| **Modified Priority Status Amount** | | | | $0.00 | $0.00 | $0.00 | $16,637.27 | $16,637.27 | | | |
| | | | Comments: | The Debtors contend they agree with the amount of the claim as general unsecured claim | | | | | | | |

Seventh Omnibus Objection

## Exhibit A
## Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 366 | 09-10691 (REG) | **Creditor:** | $0.00 | $5,815.00 | $0.00 | $0.00 | $5,815.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/13/2009 | | | SHARON L. BAKER D/B/A SLB EDITORIAL SVCS | | | | | | | | |
| **Modified Priority Status Amount** | | | 10715 OLD BRIDGE LANE CHARLOTTE, NC  28269 | $0.00 | $0.00 | $0.00 | $5,815.00 | $5,815.00 | | | |
| | | | Comments: | The Debtors contend they agree with claim amount but the claim is for services not entitled to priority under 503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 83 | 09-10691 (REG) | **Creditor:** | $0.00 | $2,596.00 | $0.00 | $0.00 | $2,596.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/25/2009 | | | STOTZER,WILLIAM G | | | | | | | | |
| **Modified Priority Status Amount** | | | 863 COLFAX AVENUE ELMHURST, IL  60126 | $0.00 | $0.00 | $0.00 | $2,596.00 | $2,596.00 | | | |
| | | | Comments: | The Debtors contend that the claim for employee expense (LTA Taxes); not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 465 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $764.05 | $764.05 | $1,528.10 | ☐ | ☐ | ☐ |
| **Filed On:** 4/15/2009 | | | VERREX CORPORATION | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN MARISOL MUNIZ 1130 RT 22 WEST MOUNTAINSIDE, NJ  7092 | $0.00 | $0.00 | $0.00 | $764.05 | $764.05 | | | |
| | | | Comments: | The Debtors contend that the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

## Exhibit A

Case No 09-10691 (REG) Jointly Administered

## Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 965 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $574.39 | $574.39 | $1,148.78 | ☐ | ☐ | ☐ |
| **Filed On:** 8/6/2009 | | | VERREX CORPORATION | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN MARISOL MUNIZ 1130 RT 22 WEST MOUNTAINSIDE, NJ  7092 | $0.00 | $0.00 | $0.00 | $574.39 | $574.39 | | | |

Comments:        The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9)

| | Claim # | | | Secured | Administrative | Priority | Unsecured | Total |
|---|---|---|---|---|---|---|---|---|
| **Filed Claim Totals** | 23 | | | $95,671.81 | $68,109.07 | $66,656.03 | $238,091.68 | $468,528.59 |
| **Modified Priority Status Totals** | | | | $0.00 | $0.00 | $0.00 | $458,190.15 | $458,190.15 |

## EXHIBIT B

## (NO LIABILITY CLAIMS)

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit B**

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 313 | 09-10691 (REG) | **Creditor:** ALHAMDANI,TALIB AZIZ | $0.00 | $0.00 | $0.00 | $66,666.00 | $66,666.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | P.O.BOX 50535 IRVINE, CA 92619 | | | | | | | | |
| | | | Comments: The Debtors contend that claimant not entitled to severance because he was termed for "lack of work". This code was used when the practice provided employees a chance to find work (work out their otherwise severance period) and not eligible for severance | | | | | | | | |
| **Claim To Be Disallowed** | 761 | 09-10691 (REG) | **Creditor:** ALOK AJMERA | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/23/2009 | | | 50 COLUMBUS AVE APT D21 TUCKAHOE, NY 10707 | | | | | | | | |
| | | | Comments: The Debtors contend that Performance Cash Award profitability goals never achieved to trigger required payouts | | | | | | | | |
| **Claim To Be Disallowed** | 571 | 09-10691 (REG) | **Creditor:** HEWLETT-PACKARD FINANCIAL SERVICES CO | $0.00 | $0.00 | $0.00 | $627,268.17 | $627,268.17 | ☑ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | ATTN RECOVERY PARALEGAL 420 MOUNTAIN AVENUE MURRAY, NJ 7974 | | | | | | | | |
| | | | Comments: The Debtors contend the claim is for leased equipment under a contract which was assumed and assigned to Deloitte Consulting on May 29, 2009 | | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit B**

Case No 09-10691 (REG) Jointly Administered

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **381** | 09-10691 (REG) | **Creditor:** IRINA SWIFT | $0.00 | $0.00 | $0.00 | $4,638.15 | $4,638.15 | ☐ | ☐ | ☐ |
| **Filed On:** 4/14/2009 | | | 95146 HITHER HILLS WY FERNANDINA BEACH, FL  32034 | | | | | | | | |

Comments:  The Debtors contend Claimant was an independent contractor to the Debtors.  Terms of the contract between the Debtors and Claimant's state that Claimant "may" receive post differential payment.  Claimant only speculates that the Debtors claimed, and were reimbursed for, post differential payments which were not paid.

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **964** | 09-10691 (REG) | **Creditor:** JOHN C DISTEFANO | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 8/6/2009 | | | 14307 MANDERLEIGH WOODS DRIVE CHESTERFIELD, MO  63017 | | | | | | | | |

Comments:  The Debtors contend there is no liability because Claimant's Cash Payment Award Agreement was voluntarily terminated as part of the sale of the Debtor's Public Services business unit to Deloitte

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **60** | 09-10691 (REG) | **Creditor:** LARRY RUTT AIRSHOW ANNOUNCING LLC | $0.00 | $0.00 | $5,453.90 | $536.70 | $5,990.60 | ☐ | ☐ | ☐ |
| **Filed On:** 3/24/2009 | | | 5625 RIDGE ROAD ELIZABETHTOWN, PA  17022 | | | | | | | | |

Comments:  The Debtors contend that they have no record of unpaid liability to Claimant

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit B**

Case No 09-10691 (REG) Jointly Administered

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 124 | 09-10691 (REG) | **Creditor:** MARKOWSKI,JAMES J | $0.00 | $0.00 | $150,000.00 | $0.00 | $150,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | 7 KITCHAWAN ROAD POUND RIDGE, NY  10576 | | | | | | | | |
| | | | Comments: | | The Debtors contend that Performance Cash Award profitability goals never achieved to trigger required payouts | | | | | | |
| **Claim To Be Disallowed** | 138 | 09-10691 (REG) | **Creditor:** OHIO BUREAU OF WORKERS COMPENSATION | $0.00 | $0.00 | $8,808.76 | $0.00 | $8,808.76 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH  43215 | | | | | | | | |
| | | | Comments: | | The Debtors contend that all all Insurance premiums due to Claimant have been paid | | | | | | |
| **Claim To Be Disallowed** | 224 | 09-10691 (REG) | **Creditor:** PROACTIVE RECRUITING | $0.00 | $19,000.00 | $0.00 | $0.00 | $19,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | 914 CENTRAL AVENUE DEERFIELD, IL  60015 | | | | | | | | |
| | | | Comments: | | The Debtors contend that the hiring source as internet, not agency for Allen Malave.  Additionally, Malave did not stay the prerequisite 90 days as required. | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit B**

Case No 09-10691 (REG) Jointly Administered

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **705** | 09-10691 (REG) | **Creditor:**<br>TAYLOR,JOHN<br><br>C/O INFORMA INC 9307 SHOUSE DRIVE<br>VIENNA, VA  22182 | $0.00 | $0.00 | $9,620.00 | $0.00 | $9,620.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | | | | | | | | | |
| | | | Comments: The Debtors contend that they have no record of unpaid liability to Claimant | | | | | | | | |
| **Claim To Be Disallowed** | **135** | 09-10691 (REG) | **Creditor:**<br>THOMPSON,BILL<br><br>2905 HIDDEN FOREST DRIVE<br>MCKINNEY, TX  75070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | | | | | | | | | |
| | | | Comments: The Debtors contend that all wages/overtime were paid to all employees in accordance with the terms of all employment contracts and wage and hour law | | | | | | | | |
| **Claim To Be Disallowed** | **459** | 09-10691 (REG) | **Creditor:**<br>TURNKEY ENTERPRISES INC<br><br>5211 AUTH ROAD SUITE 100<br>SUITLAND, MD  20746 | $0.00 | $0.00 | $0.00 | $3,869.50 | $3,869.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/15/2009 | | | | | | | | | | | |
| | | | Comments: The Debtors contend that the claim is not supported by underlying invoices | | | | | | | | |
| **Claims To Be Disallowed Totals** | | | **12** | $0.00 | $19,000.00 | $203,882.66 | $952,978.52 | $1,175,861.18 | | | |

## EXHIBIT C

## (OVERSTATED CLAIMS)

**Seventh Omnibus Objection**

## Exhibit C

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C U D |
|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **577** | 09-10691 (REG) | **Creditor:** | $0.00 | $12,285.34 | $0.00 | $0.00 | $12,285.34 | ☐☑☐ |
| **Filed On:** 4/17/2009 | | | ARAMARK REFRESHMENT SERVICES, LLC F/K/A | | | | | | |
| **Reduced Amount** | | | ARAMARK REFRESHMENT SERVICES INC MCCARTER&ENGLISH LLP-JOSEPH LUBERTAZZI J FOUR GATEWAY CENTER, 100 MULBERRY STREET NEWARK, NJ 7102 | $0.00 | $11,467.86 | $0.00 | $0.00 | $11,467.86 | |
| | | | Comments: | The Debtors agree with 503(b)(9) claim of $12,285.34 less $817.48 paid 3/18/2009 on check number 80000679 | | | | | |
| **Filed Claim Amount** | **173** | 09-10691 (REG) | **Creditor:** | $1,159.23 | $0.00 | $0.00 | $0.00 | $1,159.23 | ☐☐☐ |
| **Filed On:** 3/31/2009 | | | ARAPAHOE COUNTY TREASURER | | | | | | |
| **Reduced Amount** | | | PO BOX 571 LITTLETON, CO 80160 | $1,139.23 | $0.00 | $0.00 | $0.00 | $1,139.23 | |
| | | | Comments: | The Debtors contend that the tax bill received from claimant supports the reduced amount | | | | | |
| **Filed Claim Amount** | **365** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $861,937.67 | $861,937.67 | ☐☐☐ |
| **Filed On:** 4/13/2009 | | | AT&T CORP. | | | | | | |
| **Reduced Amount** | | | ATTORNEY JAMES GRUDUS, ESQ ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 7921 | $0.00 | $0.00 | $0.00 | $166,806.10 | $166,806.10 | |
| | | | Comments: | The Debtors contend the claim should be reduced to the sum of the list of invoice supporting the claim | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit C**

Case No 09-10691 (REG) Jointly Administered

**Overstated Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C U D |
|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **754** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $58,770.00 | $58,770.00 | ☐☐☐ |
| | | | CONSULTING SOLUTIONS INTERNATIONAL | | | | | | |
| **Filed On:** 4/21/2009 | | | | | | | | | |
| **Reduced Amount** | | | 3512 MACLAY BLVD | $0.00 | $0.00 | $0.00 | $30,458.43 | $30,458.43 | |
| | | | TALLAHASSEE, FL 32312 | | | | | | |
| | | | Comments: | The Debtors contend invoice 9438 was paid on check numbers 80002202 and 80002282 and accordingly have reduced the claim | | | | | |
| **Filed Claim Amount** | **942** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $230,235.36 | $542,296.68 | $772,532.04 | ☐☐☐ |
| | | | EMC CORPORATION | | | | | | |
| **Filed On:** 7/22/2009 | | | | | | | | | |
| **Reduced Amount** | | | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 4396 TIMONIUM, MD 21094 | $0.00 | $156,211.29 | $0.00 | $69,098.31 | $225,309.60 | |
| | | | Comments: | The Debtors performed thorough research on the claim and reduced the unsecured portion by $473,198 and the administrative portion by $74,024. These reductions are the result payments, stipulated resolution, post rejection liabilities claimed or the Debtors having no record of invoices | | | | | |
| **Filed Claim Amount** | **332** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $147,587.45 | $147,587.45 | ☐☐☐ |
| | | | GTSI CORP | | | | | | |
| **Filed On:** 4/9/2009 | | | | | | | | | |
| **Reduced Amount** | | | ATTN: LEGAL DEPARTMENT 2553 DULLES VIEW DRIVE HERNDON, VA 20171 | $0.00 | $0.00 | $0.00 | $15,649.95 | $15,649.95 | |
| | | | Comments: | The Debtors contend that invoices PS24 and PS25 were paid 3/27/2009 CK Num 80001166. Remainder of claim amount of $15,649.95 related to inv 86637 | | | | | |

Exhibit C

**Overstated Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C U D |
|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 1110 | 09-10691 (REG) | **Creditor:** | $0.00 | $677,084.27 | $0.00 | $0.00 | $677,084.27 | ☐ ☐ ☐ |
| **Filed On:** 12/17/2009 | | | HEWLETT PACKARD COMPANY | | | | | | |
| **Reduced Amount** | | | ATTN K HIGMAN 2125 E KATELLA AVE ANAHEIM, CA  92806 | $0.00 | $5,411.03 | $0.00 | $0.00 | $5,411.03 | |
| | | | Comments: | The Debtors contend the only liabilities that exist related to invoices 65264304, 404000476 and 65380431 is $6,779.40, $342.71 and $742.92, respectively net of a credit of $2,454 | | | | | |
| **Filed Claim Amount** | 503 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $78,570.00 | $78,570.00 | ☐ ☐ ☐ |
| **Filed On:** 4/16/2009 | | | INPUT INC | | | | | | |
| **Reduced Amount** | | | KEVIN GATES 11720 PLAZA AMERICA DR SUITE 1200 RESTON, VA  20190 | $0.00 | $0.00 | $0.00 | $43,267.32 | $43,267.32 | |
| | | | Comments: | The Debtors contend the claimed invoice partially paid 8/12/2009 CK #80004622 leaving $43,267.32 as an allowe amount | | | | | |
| **Filed Claim Amount** | 33 | 09-10690 (REG) | **Creditor:** | $2,584.56 | $0.00 | $0.00 | $0.00 | $2,584.56 | ☐ ☑ ☐ |
| **Filed On:** 3/5/2009 | | | MIAMI DADE COUNTY TAX COLLECTOR | | | | | | |
| **Reduced Amount** | | | MIAMI DADE COUNTY BANKRUPTCY UNIT 140 WEST FLAGLER STREET SUITE 1403 MIAMI, FL  33130 | $746.73 | $0.00 | $0.00 | $0.00 | $746.73 | |
| | | | Comments: | The Debtors contend that the tax bill received from claimant supports the reduced amount | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit C**

Case No 09-10691 (REG) Jointly Administered

**Overstated Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **561** | 09-10692 (REG) | **Creditor:** QUESTEX MEDIA GROUP, INCORPORATED | $0.00 | $0.00 | $0.00 | $163,037.86 | $163,037.86 | ☐ | ☐ | ☐ |
| **Filed On:** 4/16/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | C/O DAVID M. AMIDON, ESQUIRE BURNS & LEVINSON LLP 125 SUMMER ST BOSTON, MA 2110 | $0.00 | $0.00 | $0.00 | $142,643.85 | $142,643.85 | | | |
| | | | Comments: | The Debtors contend that the rent paid by the claimant for the post rejection period of February 2009 has no basis since the tenant remained in the space and the Landlord was paid for the entire month of February | | | | | | | |
| **Filed Claim Amount** | **1069** | 09-10691 (REG) | **Creditor:** RI DIVISION OF TAXATION | $0.00 | $0.00 | $12,217.00 | $0.00 | $12,217.00 | ☑ | ☐ | ☐ |
| **Filed On:** 10/15/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | ONE CAPITOL HILL PROVIDENCE, RI 2908 | $0.00 | $0.00 | $11,967.00 | $0.00 | $11,967.00 | | | |
| | | | Comments: | The Debtors agree with claim as filed except for the $250 against BearingPoint USA, Inc. (43-1965085) which did not conduct business in RI during 2002 | | | | | | | |
| **Filed Claim Amount** | **912** | 09-10691 (REG) | **Creditor:** SPRINGFIELD OFFICE CENTER LLC | $0.00 | $14,253.10 | $0.00 | $875,218.51 | $889,471.61 | ☐ | ☐ | ☐ |
| **Filed On:** 7/2/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | C/O ATLANTIC REALTY COMPANIES INC 8150 LEESBURG PIKE STE 1100 VIENNA, VA 22182 | $0.00 | $0.00 | $0.00 | $875,218.51 | $875,218.51 | | | |
| | | | Comments: | The Debtors contend that the lease was rejected effective 5/31/2009 and accordingly the administrative portion of the claim has no basis for rents for June 1 - 4, 2009. | | | | | | | |
| **Filed Claim Amount** | **234** | 09-10691 (REG) | **Creditor:** THOUGHTFORM INC | $0.00 | $0.00 | $0.00 | $1,363.50 | $1,363.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | FAITH MILAZZO 3700 SOUTH WATER STREET SUITE 300 PITTSBURGH, PA 15203 | $0.00 | $0.00 | $0.00 | $839.08 | $839.08 | | | |
| | | | Comments: | The Debtors contend that a parital payment of $524.42 made 4/17/2009 CK #80002121 reduces the claim | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Exhibit C

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 235 | 09-10691 (REG) | **Creditor:** THOUGHTFORM INC. | $0.00 | $0.00 | $0.00 | $1,365.83 | $1,365.83 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | FAITH MILAZZO 3700 SOUTH WATER STREET SUITE 300 PITTSBURGH, PA  15203 | $0.00 | $0.00 | $0.00 | $840.51 | $840.51 | | | |
| | | | Comments: | The Debtors contend that a parital payment of $525.32 made 4/17/2009 CK #80002121 reduces the claim | | | | | | | |
| **Filed Claim Amount** | 191 | 09-10691 (REG) | **Creditor:** VENCON RESEARCH INTERNATIONAL GMBH | $0.00 | $0.00 | $0.00 | $9,747.36 | $9,747.36 | ☐ | ☐ | ☐ |
| **Filed On:** 4/1/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | BERLINER STRASSE 69 BERLIN BE 13169 GERMANY, | $0.00 | $0.00 | $0.00 | $9,300.00 | $9,300.00 | | | |
| | | | Comments: | The Debtors agree with claim as filed less the $447.36 (USD) of interest | | | | | | | |
| **Filed Claim Amount** | 192 | 09-10691 (REG) | **Creditor:** VENCON RESEARCH INTERNATIONAL GMBH | $0.00 | $0.00 | $0.00 | $163,872.26 | $163,872.26 | ☐ | ☐ | ☐ |
| **Filed On:** 4/1/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | BERLINER STRASSE 69 BERLIN BE 13169 GERMANY, | $0.00 | $0.00 | $0.00 | $156,366.66 | $156,366.66 | | | |
| | | | Comments: | The Debtors agree with claim as filed less the $7,505.60 (USD) of interest | | | | | | | |
| | **Filed Claim Totals** | | 16 | $3,743.79 | $703,622.71 | $242,452.36 | $2,903,767.12 | $3,853,585.98 | | | |
| | **Reduced Amount Totals** | | | $1,885.96 | $173,090.18 | $11,967.00 | $1,510,488.72 | $1,697,431.86 | | | |

# EXHIBIT D

## (OVERSTATED AND MISCLASSIFIED CLAIMS)

**Exhibit D**

**Overstated and Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 735 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $7,116.78 | $4,785.09 | $11,901.87 | ☐ | ☐ | ☐ |
| | | | AVAYA INC | | | | | | | | |
| **Filed On:** 4/20/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD  21094 | $0.00 | $0.00 | $0.00 | $1,670.37 | $1,670.37 | | | |
| | | | Comments: | | The Debtors contend that, based upon the supporting invoice documentation, the claimed priority amount of $7,116.78 and $3,114.72 unsecured are not the Debtors liability. | | | | | | |
| **Filed Claim Amount** | 1070 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | ☐ | ☐ | ☐ |
| | | | BETHANY HALE | | | | | | | | |
| **Filed On:** 10/26/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 105 DUANE ST #7B NEW YORK, NY  10007 | $0.00 | $0.00 | $10,061.54 | $888.46 | $10,950.00 | | | |
| | | | Comments: | | The Debtors contend that the Claim should be adjusted  to reduce the 507(a)(4) cap of $10,950 for payouts with remaining claim amount as unsecured | | | | | | |
| **Filed Claim Amount** | 53 | 09-10691 (REG) | **Creditor:** | $0.00 | $8,502.61 | $0.00 | $39,037.38 | $47,539.99 | ☐ | ☐ | ☐ |
| | | | DOCUDATA SOLUTIONS LLC | | | | | | | | |
| **Filed On:** 3/23/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 7777 JOHN CARPENTER FREEWAY DALLAS, TX  75247 | $0.00 | $0.00 | $0.00 | $36,366.78 | $36,366.78 | | | |
| | | | Comments: | | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $11,173.21 of claim on 3/13/2009 on check #80000581.  Remainder of claim is $36,366.78 general unsecured. | | | | | | |
| **Filed Claim Amount** | 223 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $16,184.77 | $16,184.77 | $32,369.54 | ☐ | ☐ | ☐ |
| | | | J2 GLOBAL COMMUNICATIONS INC | | | | | | | | |
| **Filed On:** 4/3/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 6922 HOLLYWOOD BLVD #500 LOS ANGELES, CA  90028 | $0.00 | $0.00 | $0.00 | $14,068.55 | $14,068.55 | | | |
| | | | Comments: | | The Debtors contend that the Claim is for services performed not entitled to priority.  $2,116.22 of claim paid 4/8/2009 Check #80001603.  Remainder of claim is $14,068.55 general unsecured claim. | | | | | | |

Seventh Omnibus Objection

**Exhibit D**

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Overstated and Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 2 | 09-10691 (REG) | **Creditor:** OFFICEMAX | $0.00 | $0.00 | $19,425.92 | $13,798.60 | $33,224.52 | ☐ | ☐ | ☐ |
| **Filed On:** 2/23/2009 | | | ATTN ANESTIS DEMALIS 263 SHUMAN BLVD | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | NAPERVILLE, IL  60563 | $0.00 | $0.00 | $10,344.98 | $13,974.56 | $24,319.54 | | | |
| | | | Comments: | The Debtors contend that the Claim should be reduced for payments of $2,761.01 on 3/9/2009 (CK#80000466) and $6,143.97 on 4/8/2009 (CK#80001619) and that the remaining amount entitled to priority is $10,344.98 and 13,974.56 unsecured | | | | | | | |
| **Filed Claim Amount** | 1089 | 09-10691 (REG) | **Creditor:** ORACLE USA INC ET AL | $0.00 | $1,084,492.60 | $0.00 | $0.00 | $1,084,492.60 | ☐ | ☐ | ☐ |
| **Filed On:** 12/4/2009 | | | ATTN SHAWN CHRISTIANSON ESQ BUCHALTER NEMER P C 333 MARKET ST 25TH FLOOR | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | SAN FRANCISCO, CA  94105 | $0.00 | $0.00 | $0.00 | $427,218.24 | $427,218.24 | | | |
| | | | Comments: | The Debtors contend that all Administrative components of the claim were fully satisfied and that invoice USIN000192 for $304,229.28 was not delivered per the project Managing Director and not due.  Remainder is $427,218.24 general unsecured claim. | | | | | | | |
| **Filed Claim Amount** | 174 | 09-10691 (REG) | **Creditor:** SHIFT COMMUNICATIONS, LLC | $0.00 | $20,000.00 | $0.00 | $5,000.00 | $25,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/31/2009 | | | 20 GUEST STREET | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | BRIGHTON, MA  2135 | $0.00 | $0.00 | $0.00 | $21,071.43 | $21,071.43 | | | |
| | | | Comments: | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $3,928.57 of claim on 7/2/2009 on check #80004136.  Remainder of claim is $21,071.43 general unsecured | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

# Exhibit D

Case No 09-10691 (REG) Jointly Administered

## Overstated and Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 348 | 09-10691 (REG) | **Creditor:** TANGOE INC | $0.00 | $6,370.00 | $0.00 | $36,727.50 | $43,097.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/10/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 1440 MAIN ST WALTHAM, MA 2451 | $0.00 | $0.00 | $0.00 | $36,727.50 | $36,727.50 | | | |
| | | | Comments: | | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $6,370.00 of claim on 4/9/2009 on check #80001718.  Remainder of claim is $36,727.50 general unsecured | | | | | | |
| **Filed Claim Amount** | 569 | 09-10691 (REG) | **Creditor:** THE COMPUTER MERCHANT LTD | $0.00 | $0.00 | $33,695.63 | $0.00 | $33,695.63 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 95 LONGWATER CIR NORWELL, MA 2061 | $0.00 | $0.00 | $0.00 | $22,691.12 | $22,691.12 | | | |
| | | | Comments: | | The Debtors contend that only $22,691.12 pre petition liabilty exists and debt is general unsecured in nature | | | | | | |
| **Filed Claim Amount** | 930 | 09-10691 (REG) | **Creditor:** TRINTECH, INC | $0.00 | $20,000.00 | $0.00 | $11,761.64 | $31,761.64 | ☐ | ☐ | ☐ |
| **Filed On:** 7/17/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | ATTN CHERYL CRAWFORD 15851 DALLAS PARKWAY, SUITE 900 ADDISON, TX  75001 | $0.00 | $8,136.98 | $0.00 | $23,624.66 | $31,761.64 | | | |
| | | | Comments: | | Debtors agree with claim amount with $8,136,98 Administrative and $23,624.66 general unsecured | | | | | | |
| **Filed Claim Amount** | 1021 | 09-10691 (REG) | **Creditor:** VIJAY JAGDISH BADONI | $0.00 | $0.00 | $71,409.90 | $0.00 | $71,409.90 | ☐ | ☐ | ☐ |
| **Filed On:** 7/21/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 1004 SAN JACINTO DRIVE APT #435 IRVING, TX  75063 | $0.00 | $0.00 | $9,934.62 | $61,475.28 | $71,409.90 | | | |
| | | | Comments: | | The Debtors contend that the Claim should be adjusted  to reduce the 507(a)(4) cap of $10,950 for payouts with remaining claim amount as unsecured | | | | | | |
| | **Filed Claim Totals** | | 11 | $0.00 | $1,139,365.21 | $158,783.00 | $127,294.98 | $1,425,443.19 | | | |
| | **Modified Priority Status/Reduced Amount Totals** | | | $0.00 | $8,136.98 | $30,341.13 | $659,776.96 | $698,255.07 | | | |

# **EXHIBIT E**

## **(NO LIABILITY TAX CLAIMS)**

**Exhibit E**

## No Liability Tax Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 1076 | 09-10692 (REG) | **Creditor:** MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA | $0.00 | $0.00 | $0.00 | $3,503,934.85 | $3,503,934.85 | ☐ | ☐ | ☐ |
| **Filed On:** 8/13/2009 | | | JI DR WAHIDIN NO 1 GEDUNG GJUANDA I 15TH FLOOR JAKARTA 10710 INDONESIA, | | | | | | | | |
| | | | Comments: | | The Debtors contend that the claimed liability is between the Claimant and a non-debtor entity (PT Barent Indonesia) and accordingly, the claim has no basis | | | | | | |
| **Claim To Be Disallowed** | 1019 | 09-10711 (REG) | **Creditor:** MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA | $0.00 | $0.00 | $0.00 | $389,326.09 | $389,326.09 | ☐ | ☐ | ☐ |
| **Filed On:** 8/13/2009 | | | REPUBLIC OF INDONESIA JL DR WAHIDIN NO 1 JAKARTA 10710 INDONESIA, | | | | | | | | |
| | | | Comments: | | The Debtors contend that the claimed liability is between the Claimant and a non-debtor entity (PT Barent Indonesia) and accordingly, the claim has no basis | | | | | | |
| **Claim To Be Disallowed** | 5 | 09-10694 (REG) | **Creditor:** NYS DEPARTMENT OF TAXATION AND FINANCE | $14,020.93 | $0.00 | $0.00 | $0.00 | $14,020.93 | ☐ | ☑ | ☐ |
| **Filed On:** 3/3/2009 | | | BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205 | | | | | | | | |
| | | | Comments: | | The Debtor contends that the assets of Barents Group LLC not conveyed to Debtor entity until February 2000 so there is no tax liability for 1998 and 1999.  Additionally, at conveyence, all employees of Barents Group, LLC immediately became employees of Debtor so Barents 2000 tax liability = $0 | | | | | | |

**Exhibit E**

## No Liability Tax Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 956 | 09-10691 (REG) | **Creditor:**<br>STATE OF NEW JERSEY<br><br>DIVISION OF TAXATION COMPLIANCE<br>ACTIVITY PO BOX 245<br>TRENTON, NJ  8695 | $0.00 | $0.00 | $78,770.91 | $0.00 | $78,770.91 | ☐ | ☐ | ☐ |
| **Filed On:** | 7/28/2009 | | | | | | | | | | |

Comments:    The Debtor contends that per claimant they owe the Estate a refund of $544K for corporate income tax and $29K
for withholding after application of $32K 2007 overpayment against 2008 withholding due.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Disallowed Totals** | | **4** | | **$14,020.93** | **$0.00** | **$78,770.91** | **$3,893,260.94** | **$3,986,052.78** | |

# EXHIBIT F

## (DECLARATION OF BARRY FOLSE)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                              :        Chapter 11 Case No.
                                                   :
BEARINGPOINT, INC., et al.,                        :        09 - 10691 (REG)
                                                   :
        Debtors.[1]                                :        (Jointly Administered)
                                                   :

-------------------------------------------------------------x

## DECLARATION OF BARRY FOLSE IN SUPPORT OF
## LIQUIDATING TRUSTEE'S SEVENTH OMNIBUS OBJECTION TO CLAIMS

Barry Folse makes this declaration under 28 U.S.C. § 1746 and states:

1.      I am a Managing Director of AP Services LLC ("APS"). John DeGroote Services LLC (the "Liquidating Trustee") has retained APS as temporary employees. I am authorized to execute this Declaration on behalf of the Liquidating Trustee. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2.      I submit this declaration in support of the Liquidating Trustee's Seventh Omnibus Objection to Claims (the "Objection").

3.      I, or employees of the Liquidating Trustee under my direction and control, have reviewed the claims on Exhibit A and, based on a review and analysis of the Debtors' books and records and other due diligence, have concluded that, for the reasons stated on Exhibit A, the claims listed should be reclassified as indicated.

---

[1] The Debtors include: BE New York Holdings, Inc., BearingPoint, Inc., BearingPoint, LLC, BearingPoint Americas, Inc., BearingPoint BG, LLC, BearingPoint Enterprise Holdings, LLC, BearingPoint Global, Inc., BearingPoint Global Operations, Inc., BearingPoint International I, Inc., BearingPoint Israel, LLC, BearingPoint Puerto Rico, LLC, BearingPoint Russia, LLC, BearingPoint South Pacific, LLC, BearingPoint Southeast Asia LLC, BearingPoint Technology Procurement Services, LLC, BearingPoint USA, Inc., i2 Mid Atlantic LLC, i2 Northwest LLC, Metrius, Inc., OAD Acquisition Corp., OAD Group, Inc., Peloton Holdings, L.L.C., Softline Acquisition Corp., and Softline Consulting and Integrators, Inc.

4.      I, or employees of the Liquidating Trustee under my direction and control, have reviewed the claims on Exhibit B and, based on the a review of the Debtors' books and records and other due diligence, have concluded that, for the reasons stated on Exhibit B, the Debtors have no liability for the claims.

5.      I, or employees of the Liquidating Trustee under my direction and control, have reviewed the claims on Exhibit C and, based on the a review of the Debtors' books and records and other due diligence, have concluded that, for the reasons stated on Exhibit C, the claims listed should be reduced as indicated.

6.      I, or employees of the Liquidating Trustee under my direction and control, have reviewed the claims on Exhibit D and, based on a review and analysis of the Debtors' books and records and other due diligence, have concluded that, for the reasons stated on Exhibit D, the claims listed should be reduced and reclassified as indicated.

7.      I, or employees of the Liquidating Trustee under my direction and control, have reviewed the claims on Exhibit B and, based on the a review of the Debtors' books and records and other due diligence, have concluded that, for the reasons stated on Exhibit B, the Debtors have no liability for the claims.

**[Remainder of Page Intentionally Left Blank]**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __3__ day of February, 2010.

Barry Folse
Managing Director, AP Services, LLC

## ANNEX A

## (PROPOSED ORDER)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
<u>In re</u>                                                       :          **Chapter 11 Case No.**
                                                             :
**BEARINGPOINT, INC., <u>et al.</u>,**                              :          **09 - 10691 (REG)**
                                                             :
**Debtors.**                                                     :          **(Jointly Administered)**
                                                             :
-------------------------------------------------------------x

**ORDER GRANTING LIQUIDATING TRUSTEE'S**
**<u>SEVENTH OMNIBUS OBJECTION TO CLAIMS</u>**

Upon consideration of the objection, dated February 3, 2010 (the "***Seventh Omnibus Objection***"),[1] of John DeGroote Services LLC, Liquidating Trustee to the BearingPoint Inc. Liquidating Trust, for entry of an order disallowing and expunging in their entirety certain claims filed against these estates, all as more fully set forth in the Seventh Omnibus Objection; and the Court having held a hearing to consider the relief requested herein (the "***Hearing***") with the appearances of all interested parties noted in the record of the Hearing; and upon all of the proceedings before the Court, the Court finds and determines the following:

A.    Consideration of the Seventh Omnibus Objection and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

B.    Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

C.    The Court has jurisdiction to consider the Seventh Omnibus Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Seventh Omnibus Objection.

D.    The Liquidating Trustee has provided due and proper notice of the Seventh Omnibus Objection and Hearing to parties in interest (the "**Notice Parties**"), including to each holder of a claim listed on the attached exhibits, in accordance with the *Order Pursuant to Bankruptcy Code Section 105 Approving Notice Procedures for Claims Objections and Deemed Schedule Amendment Motions*, dated October 14, 2009 [Docket No. 1353], and no further notice is necessary.

E.    The legal and factual bases set forth in the Seventh Omnibus Objection establish just and sufficient cause to grant the relief requested therein.

F.    The relief granted herein is in the best interests of the Debtors, their estates, creditors, the Liquidating Trust, and all parties in interest.

G.    Notwithstanding the relief granted herein, the Liquidating Trustee reserves all rights under chapter 5 of the Bankruptcy Code and all claims they may have against any claimant.

Therefore, it is hereby ORDERED that:

1.    The Seventh Omnibus Objection is GRANTED as set forth herein.

2.    Each claim listed on Exhibit A attached hereto is hereby reduced to the priority stated therein.

3.    Each claim listed on Exhibit B attached hereto is hereby disallowed and expunged in its entirety.

4.    Each claim listed on Exhibit C attached hereto is hereby reduced to the amount stated therein.

5.    Each claim listed on Exhibit D attached hereto is hereby reduced to the amount and priority stated therein.

6.      Each claim listed on <u>Exhibit E</u> attached hereto is hereby disallowed and expunged in its entirety.

7.      Garden City Group is authorized and directed to delete the claims disallowed and expunged pursuant to this Order from the official claims register in these chapter 11 cases.

8.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated:    New York, New York
          _____, 2010

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT A**

## **(MISCLASSIFIED CLAIMS)**

Seventh Omnibus Objection

**Exhibit A**

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 784 | 09-10691 (REG) | **Creditor:** | $0.00 | $9,600.00 | $0.00 | $0.00 | $9,600.00 | ☐ | ☐ | ☐ |
| | | | ALPHASOFT SERVICES CORPORATION | | | | | | | | |
| **Filed On:** 4/24/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN: VP AND GENERAL COUNSEL 2121 N. CALIFORNIA BLVD SUITE 350 WALNUT CREEK, CA 94596 | $0.00 | $0.00 | $0.00 | $9,600.00 | $9,600.00 | | | |
| | | | Comments: | The Debtors contend the claim is for services rendered, not entitled to priority under 507(a) | | | | | | | |
| **Filed Claim Amount** | 520 | 09-10691 (REG) | **Creditor:** | $0.00 | $8,179.77 | $0.00 | $15,315.70 | $23,495.47 | ☐ | ☐ | ☐ |
| | | | BETTERCOM INC | | | | | | | | |
| **Filed On:** 4/16/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 200 FIFTH AVE 4TH FL WALTHAM, MA 2451 | $0.00 | $0.00 | $0.00 | $23,495.47 | $23,495.47 | | | |
| | | | Comments: | The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 393 | 09-10691 (REG) | **Creditor:** | $0.00 | $1,821.15 | $0.00 | $0.00 | $1,821.15 | ☐ | ☐ | ☐ |
| | | | CENTRAL VIRGINIA TECHNOLOGY GROUP LLC | | | | | | | | |
| **Filed On:** 4/14/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | P O BOX 1021 LOUISA, VA 23093 | $0.00 | $0.00 | $0.00 | $1,821.15 | $1,821.15 | | | |
| | | | Comments: | The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 1051 | 09-10691 (REG) | **Creditor:** | $0.00 | $10,827.74 | $0.00 | $0.00 | $10,827.74 | ☐ | ☐ | ☐ |
| | | | CITIZANT INC | | | | | | | | |
| **Filed On:** 10/8/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 5180 PARKSTONE DR #100 CHANTILLY, VA 20151 | $0.00 | $0.00 | $0.00 | $10,827.74 | $10,827.74 | | | |
| | | | Comments: | The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **349** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $3,200.00 | $0.00 | $3,200.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/10/2009 | | | CLEANING MAID EASY (CME) | | | | | | | | |
| **Modified Priority Status Amount** | | | KIM WARD 131 DEER RUN RD. HATTIESBURG, MS  39402 | $0.00 | $0.00 | $0.00 | $3,200.00 | $3,200.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided pre petition not entitled to U.S.C. §507 (a)(4) treatmen | | | | | | | |
| **Filed Claim Amount** | **155** | 09-10691 (REG) | **Creditor:** | $0.00 | $12,493.41 | $0.00 | $2,580.93 | $15,074.34 | ☐ | ☐ | ☐ |
| **Filed On:** 3/30/2009 | | | DIVERSIFIED INFORMATION TECHNOLOGIES INC | | | | | | | | |
| **Modified Priority Status Amount** | | | 123 WYOMING AVE SCRANTON, PA  18503 | $0.00 | $0.00 | $0.00 | $15,074.34 | $15,074.34 | | | |
| | | | Comments: | The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | **1057** | 09-10691 (REG) | **Creditor:** | $39,569.54 | $0.00 | $0.00 | $218,856.61 | $258,426.15 | ☐ | ☐ | ☐ |
| **Filed On:** 10/9/2009 | | | GREENSBORO DRIVE PROPERTY LLC | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN CHRISTOPHER J MAJOR ESQ ROBINSON & COLE LLP 1055 WASHINGTON BLVD STAMFORD, CT  6901 | $0.00 | $0.00 | $0.00 | $258,426.15 | $258,426.15 | | | |
| | | | Comments: | The Debtors contend that lease rejection damages are not secured and should be reclassified as a general unsecurec claim | | | | | | | |

**Exhibit A**

## Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 163 | 09-10691 (REG) | **Creditor:** GROUP 360 LLC | $0.00 | $15,858.00 | $0.00 | $0.00 | $15,858.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/31/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 718 7TH STREET NW SUITE 310 WASHINGTON, DC  20001 | $0.00 | $0.00 | $0.00 | $15,858.00 | $15,858.00 | | | |
| | | | Comments: | The Debtors contend that the claim for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | 635 | 09-10691 (REG) | **Creditor:** INX, INC | $0.00 | $0.00 | $5,119.60 | $0.00 | $5,119.60 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | C/O JASON M RUDD DIAMOND MCCARTHY LLP 909 FANNIN, STE 1500 HOUSTON, TX  77010 | $0.00 | $0.00 | $0.00 | $5,119.60 | $5,119.60 | | | |
| | | | Comments: | The Debtors contend the claim is for services; not entitled to priority under U.S.C. §502(a)(2) | | | | | | | |
| **Filed Claim Amount** | 941 | 09-10691 (REG) | **Creditor:** IT SERVICE MANAGEMENT FORUM USA | $9,000.00 | $0.00 | $9,000.00 | $0.00 | $18,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 7/21/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 465 FORBES BOULEVARD SAN FRANCISCO, CA  94080 | $0.00 | $0.00 | $0.00 | $9,000.00 | $9,000.00 | | | |
| | | | Comments: | The Debtors contend the claim is valid for $9,000 as a general unsecured claim | | | | | | | |
| **Filed Claim Amount** | 282 | 09-10691 (REG) | **Creditor:** JOHN DE LANNOY | $0.00 | $0.00 | $12,242.20 | $0.00 | $12,242.20 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 788 CHIMNEY ROCK RD WESTON, FL  33327 | $0.00 | $0.00 | $0.00 | $12,242.20 | $12,242.20 | | | |
| | | | Comments: | The Debtors contend that the claim is valid but as a general unsecured claim because Claimant has previously been paid up to the $10,950 cap under U.S.C. §507 (a)(4) | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit A**

Case No 09-10691 (REG) Jointly Administered

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 64 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $21,383.46 | $0.00 | $21,383.46 | ☐ | ☐ | ☐ |
| **Filed On:** 3/24/2009 | | | KS SOLUTIONS LLC | | | | | | | | |
| **Modified Priority Status Amount** | | | 42734 MIDDLE RIDGE PLACE<br>BROADLANDS, VA  20148 | $0.00 | $0.00 | $0.00 | $21,383.46 | $21,383.46 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 306 | 09-10691 (REG) | **Creditor:** | $2,515.00 | $0.00 | $0.00 | $0.00 | $2,515.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | LEARNING TREE INTERNATIONAL USA, INC | | | | | | | | |
| **Modified Priority Status Amount** | | | PO BOX 930756<br>ATLANTA, GA  31193 | $0.00 | $0.00 | $0.00 | $2,515.00 | $2,515.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507 | | | | | | | |
| **Filed Claim Amount** | 62 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $4,737.50 | $0.00 | $4,737.50 | ☐ | ☐ | ☐ |
| **Filed On:** 3/24/2009 | | | MAB INC | | | | | | | | |
| **Modified Priority Status Amount** | | | 8607 WEST FAIRWAY WOODS DRIVE<br>NORTH CHARLESTON, SC  29420 | $0.00 | $0.00 | $0.00 | $4,737.50 | $4,737.50 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 368 | 09-10691 (REG) | **Creditor:** | $0.00 | $918.00 | $0.00 | $0.00 | $918.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/13/2009 | | | NETWORK PARKING CO LTD | | | | | | | | |
| **Modified Priority Status Amount** | | | 8260 GREENSBORO DRIVE SUITE 275<br>MCLEAN, VA  22102 | $0.00 | $0.00 | $0.00 | $918.00 | $918.00 | | | |
| | | | Comments: | The Debtors contend that the claim for parking over allowance; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 116 | 09-10691 (REG) | **Creditor:** QUINT WELLINGTON REDWOOD | $27,950.00 | $0.00 | $0.00 | $0.00 | $27,950.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/26/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN: LEGAL DEPARTMENT 407 LINCOLN ROAD SUITE 701 MIAMI BEACH, FL 33139 | $0.00 | $0.00 | $0.00 | $27,950.00 | $27,950.00 | | | |
| | | | Comments: | The Debtors contend they agree with the amount of the claim as general unsecured claim | | | | | | | |
| **Filed Claim Amount** | 129 | 09-10691 (REG) | **Creditor:** ROB BULLER | $0.00 | $0.00 | $4,680.00 | $0.00 | $4,680.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | BULLER GROUP LLC 12801 WORLDGATE DR ST 500 HERNDON, VA 20170 | $0.00 | $0.00 | $0.00 | $4,680.00 | $4,680.00 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507 | | | | | | | |
| **Filed Claim Amount** | 252 | 09-10705 (REG) | **Creditor:** ROBERT E WENZEL | $0.00 | $0.00 | $4,954.83 | $0.00 | $4,954.83 | ☐ | ☐ | ☐ |
| **Filed On:** 4/6/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | 14 SILVER ROCK ROAD SANTE FE, NM 87508 | $0.00 | $0.00 | $0.00 | $4,954.83 | $4,954.83 | | | |
| | | | Comments: | The Debtors contend that the claim is for services provided not entitled to priority under U.S.C. §507(a)(4) | | | | | | | |
| **Filed Claim Amount** | 464 | 09-10698 (REG) | **Creditor:** RR DONNELLEY GLOBAL SOLUTIONS BV | $16,637.27 | $0.00 | $0.00 | $0.00 | $16,637.27 | ☐ | ☑ | ☐ |
| **Filed On:** 4/15/2009 | | | | | | | | | | | |
| **Modified Priority Status Amount** | | | EBBEHOUT 26 EBBEHOUT ZAANDAM 1507 EA NETHERLAND, | $0.00 | $0.00 | $0.00 | $16,637.27 | $16,637.27 | | | |
| | | | Comments: | The Debtors contend they agree with the amount of the claim as general unsecured claim | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **366** | 09-10691 (REG) | **Creditor:** | $0.00 | $5,815.00 | $0.00 | $0.00 | $5,815.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/13/2009 | | | SHARON L. BAKER D/B/A SLB EDITORIAL SVCS | | | | | | | | |
| **Modified Priority Status Amount** | | | 10715 OLD BRIDGE LANE CHARLOTTE, NC  28269 | $0.00 | $0.00 | $0.00 | $5,815.00 | $5,815.00 | | | |
| | | | Comments: | The Debtors contend they agree with claim amount but the claim is for services not entitled to priority under 503(b)(9) | | | | | | | |
| **Filed Claim Amount** | **83** | 09-10691 (REG) | **Creditor:** | $0.00 | $2,596.00 | $0.00 | $0.00 | $2,596.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/25/2009 | | | STOTZER,WILLIAM G | | | | | | | | |
| **Modified Priority Status Amount** | | | 863 COLFAX AVENUE ELMHURST, IL  60126 | $0.00 | $0.00 | $0.00 | $2,596.00 | $2,596.00 | | | |
| | | | Comments: | The Debtors contend that the claim for employee expense (LTA Taxes); not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |
| **Filed Claim Amount** | **465** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $764.05 | $764.05 | $1,528.10 | ☐ | ☐ | ☐ |
| **Filed On:** 4/15/2009 | | | VERREX CORPORATION | | | | | | | | |
| **Modified Priority Status Amount** | | | ATTN MARISOL MUNIZ 1130 RT 22 WEST MOUNTAINSIDE, NJ  7092 | $0.00 | $0.00 | $0.00 | $764.05 | $764.05 | | | |
| | | | Comments: | The Debtors contend that the claim is for services; not entitled to priority under U.S.C. §503(b)(9) | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.
Case No 09-10691 (REG) Jointly Administered

**Exhibit A**

**Misclassified Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 965 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $574.39 | $574.39 | $1,148.78 | ☐ | ☐ | ☐ |
| | | | VERREX CORPORATION | | | | | | | | |
| **Filed On:** 8/6/2009 | | | ATTN MARISOL MUNIZ 1130 RT 22 WEST | | | | | | | | |
| **Modified Priority Status Amount** | | | MOUNTAINSIDE, NJ  7092 | $0.00 | $0.00 | $0.00 | $574.39 | $574.39 | | | |

Comments:      The Debtors contend the claim is for services; not entitled to priority under U.S.C. §503(b)(9)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Filed Claim Totals** | 23 | | | $95,671.81 | $68,109.07 | $66,656.03 | $238,091.68 | $468,528.59 |
| **Modified Priority Status Totals** | | | | $0.00 | $0.00 | $0.00 | $458,190.15 | $458,190.15 |

# **EXHIBIT B**

## **(NO LIABILITY CLAIMS)**

**Exhibit B**

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 313 | 09-10691 (REG) | **Creditor:** ALHAMDANI,TALIB AZIZ | $0.00 | $0.00 | $0.00 | $66,666.00 | $66,666.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/8/2009 | | | P.O.BOX 50535 IRVINE, CA  92619 | | | | | | | | |
| | | | Comments: | | The Debtors contend that claimant not entitled to severance because he was termed for "lack of work".  This code was used when the practice provided employees a chance to find work (work out their otherwise severance period) and not eligible for severance | | | | | | |
| **Claim To Be Disallowed** | 761 | 09-10691 (REG) | **Creditor:** ALOK AJMERA | $0.00 | $0.00 | $30,000.00 | $0.00 | $30,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/23/2009 | | | 50 COLUMBUS AVE APT D21 TUCKAHOE, NY  10707 | | | | | | | | |
| | | | Comments: | | The Debtors contend that Performance Cash Award profitability goals never achieved to trigger required payouts | | | | | | |
| **Claim To Be Disallowed** | 571 | 09-10691 (REG) | **Creditor:** HEWLETT-PACKARD FINANCIAL SERVICES CO | $0.00 | $0.00 | $0.00 | $627,268.17 | $627,268.17 | ☑ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | ATTN RECOVERY PARALEGAL 420 MOUNTAIN AVENUE MURRAY, NJ  7974 | | | | | | | | |
| | | | Comments: | | The Debtors contend the claim is for leased equipment under a contract which was assumed and assigned to Deloitte Consulting on May 29, 2009 | | | | | | |

**Exhibit B**

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed**<br>**Filed On:** 4/14/2009 | **381** | 09-10691 (REG) | **Creditor:**<br>IRINA SWIFT<br><br>95146 HITHER HILLS WY<br>FERNANDINA BEACH, FL  32034 | $0.00 | $0.00 | $0.00 | $4,638.15 | $4,638.15 | ☐ | ☐ | ☐ |
| | | | Comments:  The Debtors contend Claimant was an independent contractor to the Debtors.  Terms of the contract between the Debtors and Claimant's state that Claimant "may" receive post differential payment.  Claimant only speculates that the Debtors claimed, and were reimbursed for, post differential payments which were not paid. | | | | | | | | |
| **Claim To Be Disallowed**<br>**Filed On:** 8/6/2009 | **964** | 09-10691 (REG) | **Creditor:**<br>JOHN C DISTEFANO<br><br>14307 MANDERLEIGH WOODS DRIVE<br>CHESTERFIELD, MO  63017 | $0.00 | $0.00 | $0.00 | $250,000.00 | $250,000.00 | ☐ | ☐ | ☐ |
| | | | Comments:  The Debtors contend there is no liability because Claimant's Cash Payment Award Agreement was voluntarily terminated as part of the sale of the Debtor's Public Services business unit to Deloitte | | | | | | | | |
| **Claim To Be Disallowed**<br>**Filed On:** 3/24/2009 | **60** | 09-10691 (REG) | **Creditor:**<br>LARRY RUTT AIRSHOW ANNOUNCING LLC<br><br>5625 RIDGE ROAD<br>ELIZABETHTOWN, PA  17022 | $0.00 | $0.00 | $5,453.90 | $536.70 | $5,990.60 | ☐ | ☐ | ☐ |
| | | | Comments:  The Debtors contend that they have no record of unpaid liability to Claimant | | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

**Exhibit B**

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | 124 | 09-10691 (REG) | **Creditor:** MARKOWSKI,JAMES J | $0.00 | $0.00 | $150,000.00 | $0.00 | $150,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | 7 KITCHAWAN ROAD POUND RIDGE, NY 10576 | | | | | | | | |
| | | | Comments:    The Debtors contend that Performance Cash Award profitability goals never achieved to trigger required payouts | | | | | | | | |
| **Claim To Be Disallowed** | 138 | 09-10691 (REG) | **Creditor:** OHIO BUREAU OF WORKERS COMPENSATION | $0.00 | $0.00 | $8,808.76 | $0.00 | $8,808.76 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | LEGAL DIVISION BANKRUPTCY UNIT PO BOX 15567 COLUMBUS, OH 43215 | | | | | | | | |
| | | | Comments:    The Debtors contend that all all Insurance premiums due to Claimant have been paid | | | | | | | | |
| **Claim To Be Disallowed** | 224 | 09-10691 (REG) | **Creditor:** PROACTIVE RECRUITING | $0.00 | $19,000.00 | $0.00 | $0.00 | $19,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | 914 CENTRAL AVENUE DEERFIELD, IL 60015 | | | | | | | | |
| | | | Comments:    The Debtors contend that the hiring source as internet, not agency for Allen Malave.  Additionally, Malave did not stay the prerequisite 90 days as required. | | | | | | | | |

**Exhibit B**

**No Liability Claims**

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **705** | 09-10691 (REG) | **Creditor:** TAYLOR,JOHN C/O INFORMA INC 9307 SHOUSE DRIVE VIENNA, VA  22182 | $0.00 | $0.00 | $9,620.00 | $0.00 | $9,620.00 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | | | | | | | | | |
| | | | Comments:         The Debtors contend that they have no record of unpaid liability to Claimant | | | | | | | | |
| **Claim To Be Disallowed** | **135** | 09-10691 (REG) | **Creditor:** THOMPSON,BILL 2905 HIDDEN FOREST DRIVE MCKINNEY, TX  75070 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/27/2009 | | | | | | | | | | | |
| | | | Comments:         The Debtors contend that all wages/overtime were paid to all employees in accordance with the terms of all employment contracts and wage and hour law | | | | | | | | |
| **Claim To Be Disallowed** | **459** | 09-10691 (REG) | **Creditor:** TURNKEY ENTERPRISES INC 5211 AUTH ROAD SUITE 100 SUITLAND, MD  20746 | $0.00 | $0.00 | $0.00 | $3,869.50 | $3,869.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/15/2009 | | | | | | | | | | | |
| | | | Comments:         The Debtors contend that the claim is not supported by underlying invoices | | | | | | | | |
| | **Claims To Be Disallowed Totals** | | **12** | **$0.00** | **$19,000.00** | **$203,882.66** | **$952,978.52** | **$1,175,861.18** | | | |

# EXHIBIT C

## (OVERSTATED CLAIMS)

**Exhibit C**

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **577** | 09-10691 (REG) | **Creditor:** | $0.00 | $12,285.34 | $0.00 | $0.00 | $12,285.34 | ☐ | ☑ | ☐ |
| **Filed On:** 4/17/2009 | | | ARAMARK REFRESHMENT SERVICES, LLC F/K/A | | | | | | | | |
| **Reduced Amount** | | | ARAMARK REFRESHMENT SERVICES INC MCCARTER&ENGLISH LLP-JOSEPH LUBERTAZZI J FOUR GATEWAY CENTER, 100 MULBERRY STREET NEWARK, NJ 7102 | $0.00 | $11,467.86 | $0.00 | $0.00 | $11,467.86 | | | |
| | | | Comments: | The Debtors agree with 503(b)(9) claim of $12,285.34 less $817.48 paid 3/18/2009 on check number 80000679 | | | | | | | |
| **Filed Claim Amount** | **173** | 09-10691 (REG) | **Creditor:** | $1,159.23 | $0.00 | $0.00 | $0.00 | $1,159.23 | ☐ | ☐ | ☐ |
| **Filed On:** 3/31/2009 | | | ARAPAHOE COUNTY TREASURER | | | | | | | | |
| **Reduced Amount** | | | PO BOX 571 LITTLETON, CO 80160 | $1,139.23 | $0.00 | $0.00 | $0.00 | $1,139.23 | | | |
| | | | Comments: | The Debtors contend that the tax bill received from claimant supports the reduced amount | | | | | | | |
| **Filed Claim Amount** | **365** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $861,937.67 | $861,937.67 | ☐ | ☐ | ☐ |
| **Filed On:** 4/13/2009 | | | AT&T CORP. | | | | | | | | |
| **Reduced Amount** | | | ATTORNEY JAMES GRUDUS, ESQ ONE AT&T WAY, ROOM 3A218 BEDMINSTER, NJ 7921 | $0.00 | $0.00 | $0.00 | $166,806.10 | $166,806.10 | | | |
| | | | Comments: | The Debtors contend the claim should be reduced to the sum of the list of invoice supporting the claim | | | | | | | |

Exhibit C

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **754** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $58,770.00 | $58,770.00 | | | |
| **Filed On:** 4/21/2009 | | | CONSULTING SOLUTIONS INTERNATIONAL | | | | | | | | |
| **Reduced Amount** | | | 3512 MACLAY BLVD | $0.00 | $0.00 | $0.00 | $30,458.43 | $30,458.43 | | | |
| | | | TALLAHASSEE, FL  32312 | | | | | | | | |
| | | | Comments: | The Debtors contend invoice 9438 was paid on check numbers 80002202 and 80002282 and accordingly have reduced the claim | | | | | | | |
| **Filed Claim Amount** | **942** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $230,235.36 | $542,296.68 | $772,532.04 | | | |
| **Filed On:** 7/22/2009 | | | EMC CORPORATION | | | | | | | | |
| **Reduced Amount** | | | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) PO BOX 4396 TIMONIUM, MD  21094 | $0.00 | $156,211.29 | $0.00 | $69,098.31 | $225,309.60 | | | |
| | | | Comments: | The Debtors performed thorough research on the claim and reduced the unsecured portion by $473,198 and the administrative portion by $74,024.  These reductions are the result payments, stipulated resolution, post rejection liabilities claimed or the Debtors having no record of invoices | | | | | | | |
| **Filed Claim Amount** | **332** | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $147,587.45 | $147,587.45 | | | |
| **Filed On:** 4/9/2009 | | | GTSI CORP | | | | | | | | |
| **Reduced Amount** | | | ATTN: LEGAL DEPARTMENT 2553 DULLES VIEW DRIVE HERNDON, VA  20171 | $0.00 | $0.00 | $0.00 | $15,649.95 | $15,649.95 | | | |
| | | | Comments: | The Debtors contend that invoices PS24 and PS25 were paid 3/27/2009 CK Num 80001166.  Remainder of claim amount of $15,649.95 related to inv 86637 | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Exhibit C

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 1110 | 09-10691 (REG) | **Creditor:** | $0.00 | $677,084.27 | $0.00 | $0.00 | $677,084.27 | ☐ | ☐ | ☐ |
| | | | HEWLETT PACKARD COMPANY | | | | | | | | |
| **Filed On:** 12/17/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | ATTN K HIGMAN 2125 E KATELLA AVE ANAHEIM, CA  92806 | $0.00 | $5,411.03 | $0.00 | $0.00 | $5,411.03 | | | |
| | | | Comments: | The Debtors contend the only liabilities that exist related to invoices 65264304, 404000476 and 65380431 is $6,779.40, $342.71 and $742.92, respectively net of a credit of $2,454 | | | | | | | |
| **Filed Claim Amount** | 503 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $0.00 | $78,570.00 | $78,570.00 | ☐ | ☐ | ☐ |
| | | | INPUT INC | | | | | | | | |
| **Filed On:** 4/16/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | KEVIN GATES 11720 PLAZA AMERICA DR SUITE 1200 RESTON, VA  20190 | $0.00 | $0.00 | $0.00 | $43,267.32 | $43,267.32 | | | |
| | | | Comments: | The Debtors contend the claimed invoice partially paid 8/12/2009 CK #80004622 leaving $43,267.32 as an allowe amount | | | | | | | |
| **Filed Claim Amount** | 33 | 09-10690 (REG) | **Creditor:** | $2,584.56 | $0.00 | $0.00 | $0.00 | $2,584.56 | ☐ | ☑ | ☐ |
| | | | MIAMI DADE COUNTY TAX COLLECTOR | | | | | | | | |
| **Filed On:** 3/5/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | MIAMI DADE COUNTY BANKRUPTCY UNIT 140 WEST FLAGLER STREET SUITE 1403 MIAMI, FL  33130 | $746.73 | $0.00 | $0.00 | $0.00 | $746.73 | | | |
| | | | Comments: | The Debtors contend that the tax bill received from claimant supports the reduced amount | | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Exhibit C

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | **561** | 09-10692 (REG) | **Creditor:** QUESTEX MEDIA GROUP, INCORPORATED | $0.00 | $0.00 | $0.00 | $163,037.86 | $163,037.86 | ☐ | ☐ | ☐ |
| **Filed On:** 4/16/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | C/O DAVID M. AMIDON, ESQUIRE BURNS & LEVINSON LLP 125 SUMMER ST BOSTON, MA  2110 | $0.00 | $0.00 | $0.00 | $142,643.85 | $142,643.85 | | | |
| | | | Comments: | The Debtors contend that the rent paid by the claimant for the post rejection period of February 2009 has no basis since the tenant remained in the space and the Landlord was paid for the entire month of February | | | | | | | |
| **Filed Claim Amount** | **1069** | 09-10691 (REG) | **Creditor:** RI DIVISION OF TAXATION | $0.00 | $0.00 | $12,217.00 | $0.00 | $12,217.00 | ☑ | ☐ | |
| **Filed On:** 10/15/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | ONE CAPITOL HILL PROVIDENCE, RI  2908 | $0.00 | $0.00 | $11,967.00 | $0.00 | $11,967.00 | | | |
| | | | Comments: | The Debtors agree with claim as filed except for the $250 against BearingPoint USA, Inc. (43-1965085) which did not conduct business in RI during 2002 | | | | | | | |
| **Filed Claim Amount** | **912** | 09-10691 (REG) | **Creditor:** SPRINGFIELD OFFICE CENTER LLC | $0.00 | $14,253.10 | $0.00 | $875,218.51 | $889,471.61 | ☐ | ☐ | ☐ |
| **Filed On:** 7/2/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | C/O ATLANTIC REALTY COMPANIES INC 8150 LEESBURG PIKE STE 1100 VIENNA, VA  22182 | $0.00 | $0.00 | $0.00 | $875,218.51 | $875,218.51 | | | |
| | | | Comments: | The Debtors contend that the lease was rejected effective 5/31/2009 and accordingly the administrative portion of the claim has no basis for rents for June 1 - 4, 2009. | | | | | | | |
| **Filed Claim Amount** | **234** | 09-10691 (REG) | **Creditor:** THOUGHTFORM INC | $0.00 | $0.00 | $0.00 | $1,363.50 | $1,363.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | FAITH MILAZZO 3700 SOUTH WATER STREET SUITE 300 PITTSBURGH, PA  15203 | $0.00 | $0.00 | $0.00 | $839.08 | $839.08 | | | |
| | | | Comments: | The Debtors contend that a parital payment of $524.42 made 4/17/2009 CK #80002121 reduces the claim | | | | | | | |

Seventh Omnibus Objection

**Exhibit C**

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Overstated Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 235 | 09-10691 (REG) | **Creditor:** THOUGHTFORM INC. | $0.00 | $0.00 | $0.00 | $1,365.83 | $1,365.83 | | | |
| **Filed On:** 4/3/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | FAITH MILAZZO 3700 SOUTH WATER STREET SUITE 300 PITTSBURGH, PA  15203 | $0.00 | $0.00 | $0.00 | $840.51 | $840.51 | | | |
| | | | Comments: | The Debtors contend that a parital payment of $525.32 made 4/17/2009 CK #80002121 reduces the claim | | | | | | | |
| **Filed Claim Amount** | 191 | 09-10691 (REG) | **Creditor:** VENCON RESEARCH INTERNATIONAL GMBH | $0.00 | $0.00 | $0.00 | $9,747.36 | $9,747.36 | | | |
| **Filed On:** 4/1/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | BERLINER STRASSE 69 BERLIN BE 13169 GERMANY, | $0.00 | $0.00 | $0.00 | $9,300.00 | $9,300.00 | | | |
| | | | Comments: | The Debtors agree with claim as filed less the $447.36 (USD) of interest | | | | | | | |
| **Filed Claim Amount** | 192 | 09-10691 (REG) | **Creditor:** VENCON RESEARCH INTERNATIONAL GMBH | $0.00 | $0.00 | $0.00 | $163,872.26 | $163,872.26 | | | |
| **Filed On:** 4/1/2009 | | | | | | | | | | | |
| **Reduced Amount** | | | BERLINER STRASSE 69 BERLIN BE 13169 GERMANY, | $0.00 | $0.00 | $0.00 | $156,366.66 | $156,366.66 | | | |
| | | | Comments: | The Debtors agree with claim as filed less the $7,505.60 (USD) of interest | | | | | | | |
| | **Filed Claim Totals** | | 16 | $3,743.79 | $703,622.71 | $242,452.36 | $2,903,767.12 | $3,853,585.98 | | | |
| | **Reduced Amount Totals** | | | $1,885.96 | $173,090.18 | $11,967.00 | $1,510,488.72 | $1,697,431.86 | | | |

Page 5

# EXHIBIT D

## (OVERSTATED AND MISCLASSIFIED CLAIMS)

**Exhibit D**

## Overstated and Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 735 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $7,116.78 | $4,785.09 | $11,901.87 | ☐ | ☐ | ☐ |
| **Filed On:** 4/20/2009 | | | AVAYA INC | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | C/O RMS BANKRUPTCY RECOVERY SERVICES PO BOX 5126 TIMONIUM, MD  21094 | $0.00 | $0.00 | $0.00 | $1,670.37 | $1,670.37 | | | |
| | | | Comments: | | The Debtors contend that, based upon the supporting invoice documentation, the claimed priority amount of $7,116.78 and $3,114.72 unsecured are not the Debtors liability. | | | | | | |
| **Filed Claim Amount** | 1070 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $10,950.00 | $0.00 | $10,950.00 | ☐ | ☐ | ☐ |
| **Filed On:** 10/26/2009 | | | BETHANY HALE | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 105 DUANE ST #7B NEW YORK, NY  10007 | $0.00 | $0.00 | $10,061.54 | $888.46 | $10,950.00 | | | |
| | | | Comments: | | The Debtors contend that the Claim should be adjusted  to reduce the 507(a)(4) cap of $10,950 for payouts with remaining claim amount as unsecured | | | | | | |
| **Filed Claim Amount** | 53 | 09-10691 (REG) | **Creditor:** | $0.00 | $8,502.61 | $0.00 | $39,037.38 | $47,539.99 | ☐ | ☐ | ☐ |
| **Filed On:** 3/23/2009 | | | DOCUDATA SOLUTIONS LLC | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 7777 JOHN CARPENTER FREEWAY DALLAS, TX  75247 | $0.00 | $0.00 | $0.00 | $36,366.78 | $36,366.78 | | | |
| | | | Comments: | | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $11,173.21 of claim on 3/13/2009 on check #80000581.  Remainder of claim is $36,366.78 general unsecured. | | | | | | |
| **Filed Claim Amount** | 223 | 09-10691 (REG) | **Creditor:** | $0.00 | $0.00 | $16,184.77 | $16,184.77 | $32,369.54 | ☐ | ☐ | ☐ |
| **Filed On:** 4/3/2009 | | | J2 GLOBAL COMMUNICATIONS INC | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 6922 HOLLYWOOD BLVD #500 LOS ANGELES, CA  90028 | $0.00 | $0.00 | $0.00 | $14,068.55 | $14,068.55 | | | |
| | | | Comments: | | The Debtors contend that the Claim is for services performed not entitled to priority.  $2,116.22 of claim paid 4/8/2009 Check #80001603.  Remainder of claim is $14,068.55 general unsecured claim. | | | | | | |

**Exhibit D**

## Overstated and Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 2 | 09-10691 (REG) | **Creditor:** OFFICEMAX | $0.00 | $0.00 | $19,425.92 | $13,798.60 | $33,224.52 | ☐ | ☐ | ☐ |
| **Filed On:** 2/23/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | ATTN ANESTIS DEMALIS 263 SHUMAN BLVD NAPERVILLE, IL  60563 | $0.00 | $0.00 | $10,344.98 | $13,974.56 | $24,319.54 | | | |
| | | | Comments: | The Debtors contend that the Claim should be reduced for payments of $2,761.01 on 3/9/2009 (CK#80000466) and $6,143.97 on 4/8/2009 (CK#80001619) and that the remaining amount entitled to priority is $10,344.98 and 13,974.56 unsecured | | | | | | | |
| **Filed Claim Amount** | 1089 | 09-10691 (REG) | **Creditor:** ORACLE USA INC ET AL | $0.00 | $1,084,492.60 | $0.00 | $0.00 | $1,084,492.60 | ☐ | ☐ | ☐ |
| **Filed On:** 12/4/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | ATTN SHAWN CHRISTIANSON ESQ BUCHALTER NEMER P C 333 MARKET ST 25TH FLOOR SAN FRANCISCO, CA  94105 | $0.00 | $0.00 | $0.00 | $427,218.24 | $427,218.24 | | | |
| | | | Comments: | The Debtors contend that all Administrative components of the claim were fully satisfied and that invoice USIN000192 for $304,229.28 was not delivered per the project Managing Director and not due.  Remainder is $427,218.24 general unsecured claim. | | | | | | | |
| **Filed Claim Amount** | 174 | 09-10691 (REG) | **Creditor:** SHIFT COMMUNICATIONS, LLC | $0.00 | $20,000.00 | $0.00 | $5,000.00 | $25,000.00 | ☐ | ☐ | ☐ |
| **Filed On:** 3/31/2009 | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 20 GUEST STREET BRIGHTON, MA  2135 | $0.00 | $0.00 | $0.00 | $21,071.43 | $21,071.43 | | | |
| | | | Comments: | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $3,928.57 of claim on 7/2/2009 on check #80004136.  Remainder of claim is $21,071.43 general unsecured | | | | | | | |

Seventh Omnibus Objection

**Exhibit D**

In re:BearingPoint, Inc., et al.

Case No 09-10691 (REG) Jointly Administered

## Overstated and Misclassified Claims

| | Claim # | Debtor | Name and Address of Claimant | | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Filed Claim Amount** | 348 | 09-10691 (REG) | **Creditor:** TANGOE INC | | $0.00 | $6,370.00 | $0.00 | $36,727.50 | $43,097.50 | ☐ | ☐ | ☐ |
| **Filed On:** 4/10/2009 | | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 1440 MAIN ST WALTHAM, MA  2451 | | $0.00 | $0.00 | $0.00 | $36,727.50 | $36,727.50 | | | |
| | | | | Comments: | The Debtors contend that the Claim is for services; not entitled to 503(b)(9) priority.  The Debtors paid $6,370.00 of claim on 4/9/2009 on check #80001718.  Remainder of claim is $36,727.50 general unsecured | | | | | | | |
| **Filed Claim Amount** | 569 | 09-10691 (REG) | **Creditor:** THE COMPUTER MERCHANT LTD | | $0.00 | $0.00 | $33,695.63 | $0.00 | $33,695.63 | ☐ | ☐ | ☐ |
| **Filed On:** 4/17/2009 | | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 95 LONGWATER CIR NORWELL, MA  2061 | | $0.00 | $0.00 | $0.00 | $22,691.12 | $22,691.12 | | | |
| | | | | Comments: | The Debtors contend that only $22,691.12 pre petition liabilty exists and debt is general unsecured in nature | | | | | | | |
| **Filed Claim Amount** | 930 | 09-10691 (REG) | **Creditor:** TRINTECH, INC | | $0.00 | $20,000.00 | $0.00 | $11,761.64 | $31,761.64 | ☐ | ☐ | ☐ |
| **Filed On:** 7/17/2009 | | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | ATTN CHERYL CRAWFORD 15851 DALLAS PARKWAY, SUITE 900 ADDISON, TX  75001 | | $0.00 | $8,136.98 | $0.00 | $23,624.66 | $31,761.64 | | | |
| | | | | Comments: | Debtors agree with claim amount with $8,136,98 Administrative and $23,624.66 general unsecured | | | | | | | |
| **Filed Claim Amount** | 1021 | 09-10691 (REG) | **Creditor:** VIJAY JAGDISH BADONI | | $0.00 | $0.00 | $71,409.90 | $0.00 | $71,409.90 | ☐ | ☐ | ☐ |
| **Filed On:** 7/21/2009 | | | | | | | | | | | | |
| **Modified Priority Status/Reduced Amount** | | | 1004 SAN JACINTO DRIVE APT #435 IRVING, TX  75063 | | $0.00 | $0.00 | $9,934.62 | $61,475.28 | $71,409.90 | | | |
| | | | | Comments: | The Debtors contend that the Claim should be adjusted  to reduce the 507(a)(4) cap of $10,950 for payouts with remaining claim amount as unsecured | | | | | | | |
| | **Filed Claim Totals** | | 11 | | $0.00 | $1,139,365.21 | $158,783.00 | $127,294.98 | $1,425,443.19 | | | |
| | **Modified Priority Status/Reduced Amount Totals** | | | | $0.00 | $8,136.98 | $30,341.13 | $659,776.96 | $698,255.07 | | | |

Page 3

# **EXHIBIT E**

## **(NO LIABILITY TAX CLAIMS)**

**Exhibit E**

## No Liability Tax Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **1076** | 09-10692 (REG) | **Creditor:** MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA | $0.00 | $0.00 | $0.00 | $3,503,934.85 | $3,503,934.85 | ☐ | ☐ | ☐ |
| **Filed On:** | 8/13/2009 | | JI DR WAHIDIN NO 1 GEDUNG GJUANDA I 15TH FLOOR JAKARTA 10710 INDONESIA, | | | | | | | | |
| | | | Comments: | | The Debtors contend that the claimed liability is between the Claimant and a non-debtor entity (PT Barent Indonesia) and accordingly, the claim has no basis | | | | | | |
| **Claim To Be Disallowed** | **1019** | 09-10711 (REG) | **Creditor:** MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA | $0.00 | $0.00 | $0.00 | $389,326.09 | $389,326.09 | ☐ | ☐ | ☐ |
| **Filed On:** | 8/13/2009 | | REPUBLIC OF INDONESIA JL DR WAHIDIN NO 1 JAKARTA 10710 INDONESIA, | | | | | | | | |
| | | | Comments: | | The Debtors contend that the claimed liability is between the Claimant and a non-debtor entity (PT Barent Indonesia) and accordingly, the claim has no basis | | | | | | |
| **Claim To Be Disallowed** | **5** | 09-10694 (REG) | **Creditor:** NYS DEPARTMENT OF TAXATION AND FINANCE | $14,020.93 | $0.00 | $0.00 | $0.00 | $14,020.93 | ☐ | ☑ | ☐ |
| **Filed On:** | 3/3/2009 | | BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY  12205 | | | | | | | | |
| | | | Comments: | | The Debtor contends that the assets of Barents Group LLC not conveyed to Debtor entity until February 2000 so there is no tax liability for 1998 and 1999.  Additionally, at conveyence, all employees of Barents Group, LLC immediately became employees of Debtor so Barents 2000 tax liability = $0 | | | | | | |

Seventh Omnibus Objection

In re:BearingPoint, Inc., et al.

**Exhibit E**

Case No 09-10691 (REG) Jointly Administered

## No Liability Tax Claims

| | Claim # | Debtor | Name and Address of Claimant | Secured | Administrative | Priority | Unsecured | Total | C | U | D |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Claim To Be Disallowed** | **956** | 09-10691 (REG) | **Creditor:**<br>STATE OF NEW JERSEY<br><br>DIVISION OF TAXATION COMPLIANCE<br>ACTIVITY PO BOX 245<br>TRENTON, NJ  8695 | $0.00 | $0.00 | $78,770.91 | $0.00 | $78,770.91 | ☐ | ☐ | ☐ |
| **Filed On:** | 7/28/2009 | | | | | | | | | | |

Comments:     The Debtor contends that per claimant they owe the Estate a refund of $544K for corporate income tax and $29K
for withholding after application of $32K 2007 overpayment against 2008 withholding due.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claims To Be Disallowed Totals** | | | **4** | **$14,020.93** | **$0.00** | **$78,770.91** | **$3,893,260.94** | **$3,986,052.78** | |