**TODD & LEVI, LLP**
Jill Levi, Esq.
Suite 1202
444 Madison Avenue
New York, NY 10022
(212) 308-7400
(212) 308-8450 (facsimile)
jlevi@toddlevi.com

and

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
Jeffrey L. Tarkenton, Esq.
Todd D. Ross, Esq.
1401 Eye Street, NW
Seventh Floor
Washington, DC 20005
Tel: (202) 467-6900
Fax: (202) 467-6910

*Attorneys for DLT Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| BEARINGPOINT, INC., et al., | Case No. 09-10691 (REG) |
| | (Jointly Administered) |
| Debtors. | |

**CERTIFICATE OF SERVICE**

    I, Jill Levi, Esq. hereby certify that on this date I caused true and correct copies of the Motion of DLT Solutions, LLC for Allowance and Immediate Payment of an Administrative

Expense Claim Pursuant to Sections 503(b)(1)(A) and 507(a)(2) of the Bankruptcy Code to be served upon all parties listed on the Master Service List [Docket No. 1629] via first-class mail or email, and upon the following via first class mail:

| *Counsel to the Liquidating Trust:* | *Liquidating Trustee:* |
|---|---|
| Weil, Gotshal & Manges LLP,<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Marcia L. Goldstein, Esq.<br>Attn: Joseph H. Smolinsky, Esq.<br><br>Weil, Gotshal & Manges LLP<br>700 Louisiana Street, Suite 1600<br>Houston, Texas 77002<br>Attn: Alfredo R. Pérez, Esq. | BearingPoint, Inc. Liquidating Trust<br>100 Crescent Court, Suite 700<br>Dallas, Texas 75201<br>Attn: John DeGroote, Esq. |
| *Counsel to the Liquidating Trustee:* | *Office of the U.S. Trustee:* |
| Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110<br>Attn: Sabin Willett, Esq. | Office of the U.S. Trustee for the S.D.N.Y.<br>33 Whitehall St., 21st Floor<br>New York, New York 10004<br>Attn: Serene Nakano, Esq. |

Dated: February 12, 2010
      New York, New York

TODD & LEVI, LLP

_____
Jill Levi, Esq.
Suite 1202
444 Madison Avenue
New York, NY 10022
(212) 308-7400
(212) 308-8450 (facsimile)
jlevi@toddlevi.com

*Attorneys for DLT Solutions, LLC*

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                    :    Chapter 11
                                         :
BEARINGPOINT, INC., et al.,              :    09-10691 (REG)
                                         :
                        Debtors.         :    (Jointly Administered)
------------------------------------------------------------ X

# MASTER SERVICE LIST
(February 4, 2010)

The Garden City Group, Inc.
Claims and Noticing Agent
105 Maxess Road
Melville, NY 11747

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

U.S. BANKRUPTCY COURT, SDNY
HON. ROBERT E. GERBER (CHAMBERS)
ONE BOWLING GREEN
NEW YORK, NY 10004

OFFICE OF THE U.S. TRUSTEE FOR S.D.N.Y.
ATTN: SERENE NAKANO, ESQ.
33 WHITEHALL STREET
21ST FLOOR
NEW YORK, NY 10004
(212) 668-2255

WEIL, GOTSHAL & MANGES LLP
ATTN: RONIT BERKOVICH, ESQ.
767 FIFTH AVENUE
NEW YORK, NY 10153

WEIL, GOTSHAL & MANGES LLP
ATTN: ALFREDO R. PEREZ, ESQ
700 LOUISIANA STREET
SUITE 1600
HOUSTON, TX 77002

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LUC DESPINS, ESQ.
PARK AVENUE TOWER
75 EAST 55TH ST, 1ST FL
NEW YORK, NY 10022
(212) 230-7771
lucdespins@paulhastings.com

PAUL, HASTINGS, JANOFSKY & WALKER LLP
ATTN: LESLIE A. PLASKON, ESQ.
PARK AVENUE TOWER
75 EAST 55TH ST, 1ST FL
NEW YORK, NY 10022
(212) 230-5137
leslieplaskon@paulhastings.com

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN, ESQ.
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(646) 728-1663
mark.somerstein@ropesgray.com

ROPES & GRAY LLP
ATTN: DAVID S. ELKIND, ESQ
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(646) 728-1662
david.elkind@ropesgray.com

ROPES & GRAY LLP
ATTN: BENJAMIN L. SCHNEIDER, ESQ
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
(646) 728-1662
benjamin.schneider@ropesgray.com

ROPES & GRAY LLP
ATTN: SHUBA SATYAPRASAD
ONE INTERNATIONAL PLACE
BOSTON, MA 02110
617-951-7050

BRACEWELL & GIULIANI LLP
ATTN: MARK B. JOACHIM, ESQ.
1177 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10036
(212) 938-3855
mark.joachim@bgllp.com

BRACEWELL & GIULIANI LLP
ATTN: ROBERT T. CAREY, ESQ.
1177 AVENUE OF THE AMERICAS
19TH FLOOR
NEW YORK, NY 10036
(212) 508-6101
robert.carey@bgllp.com

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: ROBERT BICE
400 MADISON AVENUE
SUITE 4D
NEW YORK, NY 10017
212-750-1361

THE BANK OF NEW YORK
ATTN: DAVID M. KERR, VP
101 BARCLAY STREET, 8W
NEW YORK, NY 10286
loretta.lundberg@bnymellon.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

FRIEDMAN FLEISCHER & LOWE LLC
ATTN: SPENCER C. FLEISCHER
ONE MARITIME PLAZA
SUITE 1000
SAN FRANCISCO, CA 94111
(415) 402-2111
sfleischer@fflpartners.com

BINGHAM MCCUTCHEN LLP
ATTN: NEIL W. TOWNSEND, ESQ.
399 PARK AVENUE
NEW YORK, NY 10022
(212) 702-3644
neil.townsend@bingham.com

UNITED STATES ATTORNEY'S OFFICE
ATTN: CLAIMS UNIT - ROOM 417
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
212-637-2686

UNITED STATES DEPT. OF JUSTICE
ATTN: ERIC H. HOLDER, JR., ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530
202-307-6777

UNITED STATES ATTORNEYS OFFICE
ATTN: LEV DASSIN, USA
ONE ST. ANDREWS PLAZA
NEW YORK, NY 10007
212-637-2686

INTERNAL REVENUE SERVICE
ATTN: LEGAL DEPARTMENT
31 HOPKINS PLAZA
MAIL STOP RM 1150
BALTIMORE, MD 21201
410-962-9955

DEPARTMENT OF THE TREASURY
ATTN: OFFICE OF GENERAL COUNSEL
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20220

INTERNAL REVENUE SERVICE
ATTN: INSOLVENCY SECTION
PO BOX 21126
PHILADELPHIA, PA 19114

INTERNAL REVENUE SERVICE
ATTN: LEGAL DEPARTMENT
290 BROADWAY
NEW YORK, NY 10007
212-436-1931

SECURITIES AND EXCHANGE COMMISSION
ATTN: NEAL JACOBSON
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NY 10281
doesn't want faxes
jacobsonN@sec.gov

SECURITIES AND EXCHANGE COMMISSION
ATTN: ANDREW N. VOLLMER, ACTING GEN. COUNSEL
100 F STREET, ND
WASHINGTON, DC 20549
202-772-9370 (or 9371)

NEW YORK STATE DEPT TAXATION & FINANCE
ATTN: BANKRUPTCY/SPECIAL PROC. SECT.
PO BOX 5300
ALBANY, NY 12205
518-457-0617

NEW YORK STATE UNEMPLOYMENT INS. FUND
ATTN: LEGAL DEPARTMENT
PO BOX 551
ALBANY, NY 12201

NEW YORK CITY DEPT. OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN
345 ADAMS ST- 3RD FLOOR
BROOKLYN, NY 11201
718-935-6533

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

OFFICE OF THE ATTORNEY GENERAL
ANDREW M. CUOMO
120 BROADWAY
NEW YORK, NY 10271
212-416-8369

BARTLETT HACKETT FEINBERG PC
FRANK F. MCGINN
155 FEDERAL STREET
9TH FLOOR
BOSTON, MA 02110
617-422-0383
ffm@bostonbusinesslaw.com

THE PORT AUTHORITY OF NY AND NJ
KATHLEEN M. COLLINS, ESQ.
225 PARK AVENUE SOUTH
13TH FLOOR
NEW YORK, NY 10003
212-435-3834

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
JEFFREY MEYERS, ESQ.
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19103
215-864-8999
meyers@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
JOSHUA ZUGERMAN, ESQ.
919 N. MARKET STREET
12TH FLOOR
WILMINGTON, DE 19801
302-252-4466
zugermanj@ballardspahr.com

JOHN MARK STERN
ASST ATTORNEY GENL
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX 78711
john.stern@oag.state.tx.us

BRYAN CAVE LLP
ATTN: LAWRENCE P. GOTTESMAN, ESQ,
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
212-541-4630
lawrence.gottesman@bryancave.com

MISSOURI DEPT OF REVENUE
STEVEN A. GINTHER
301 W. HIGH STREET, ROOM 670
PO BOX 475
JEFFERSON CITY, MO 65105
573-751-7232

THE PORT AUTHORITY OF NY AND NJ
OFFICE OF MILTON H. PACHTER, ESQ.
ATTN: CAREN LEE, ESQ
225 PARK AVENUE SOUTH, 13TH FLOOR
NEW YORK, NY 10003
212-435-3834
cklee@panynj.gov

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ROBERT MCL.BOOTE, ESQ.
1735 MARKET STREET
51ST FLOOR
PHILADELPHIA, PA 19103
215-864-8999
boote@ballardspahr.com

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
TOBEY M. DALUZ, ESQ.
919 N. MARKET STREET
12TH FLOOR
WILMINGTON, DE 19801
302-252-4466
daluzt@ballardspahr.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
GIANNI DIMOS
1540 BROADWAY
NEW YORK, NY 10036
212-858-1500
gianni.dimos@pillsburylaw.com

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: MARIA A BOVE
780 THIRD AVENUE
36TH FLOOR
NEW YORK, NY 10017
212-561-7777
mbove@pszjlaw.com

BRYAN CAVE LLP
ATTN: MICHELLE MCMAHON, ES
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104
212-541-4630
michelle.mcmahon@bryancave.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

LOWENSTEIN SANDLER PC
VINCENT D'AGOSTINO, ESQ
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-597-2400
vdagostino@lowenstein.com

HERRICK, FEINSTEIN LLP
PAUL RUBIN
TWO PARK AVENUE
NEW YORK, NY 10016
212-592-1500
prubin@herrick.com

BROWN & CONNERY LLP
DONALD K. LUDMAN, ESQ.
6 NORTH BROAD STREET
WOODBURY, NJ 08096
856-853-9933
dludman@brownconnery.com

COWLES & THOMPSON P.C.
WILLIAM L. SIEGEL
901 MAIN STREET
SUITE 3900
DALLAS, TX 75202
214-672-2326
bsiegel@cowlesthompson.com

BINGHAM MCCUTCHEN LLP
ANTHONY CARBONE
399 PARK AVENUE
NEW YORK, NY 10022
212-752-5378
anthony.carbone@bingham.com

BINGHAM MCCUTCHEN LLP
JAMES R. SOMMER
399 PARK AVENUE
NEW YORK, NY 10022
212-752-5378
james.sommer@bingham.com

BINGHAM MCCUTCHEN LLP
ANDREW J. GALLO
ONE FEDERAL STREET
BOSTON, MA 01220
617-951-8736
andrew.gallo@bingham.com

AT&T INC.
JAMES W. GRUDUS, ESQ.
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
832-213-0157
james.grudus@att.com

CANON BUSINESS SOLUTIONS, INC.
RUTH WEINSTEIN
1 CANON PLAZA
LAKE SUCCESS, NY 11042
516-328-5129
rweinstein@cusa.canon.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
DAVID G. AELVOET
TRAVIS BUILDING
711 NAVARRO, SUITE 300
SAN ANTONIO, TX 78205
210-226-4308

BINGHAM MCCUTCHEN LLP
JEFFREY S. SABIN
399 PARK AVENUE
NEW YORK, NY 10022
212-752-5378
jeffrey.sabin@bingham.com

BINGHAM MCCUTCHEN LLP
NEIL W. TOWNSEND
399 PARK AVENUE
NEW YORK, NY 10022
212-752-5378
neil.townsend@bingham.com

BINGHAM MCCUTCHEN LLP
P. SABIN WILLETT
ONE FEDERAL STREET
BOSTON, MA 01220
617-951-8736
sabin.willett@bingham.com

BINGHAM MCCUTCHEN LLP
IAN M. WENNIGER
ONE FEDERAL STREET
BOSTON, MA 01220
617-951-8736
ian.wenniger@bingham.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

BINGHAM MCCUTCHEN LLP
JASON L. WATKINS
ONE FEDERAL STREET
BOSTON, MA 01220
617-951-8736
jason.watkins@bingham.com

BINGHAM MCCUTCHEN LLP
KATHERINE DOBSON
ONE STATE STREET
HARTFORD, CT 06103
katherine.dobson@bingham.com

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQ
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA 19102
dplon@sirlinlaw.com

DECHERT LLP
G. ERIC BRUNSTAD, JR
90 STATE HOUSE SQUARE
12TH FLOOR
HARTFORD, CT 06103
860-524-3930
eric.brunstad@dechert.com

YALE UNIVERSITY
BRIAN N. LIZOTTE, OFFICE OF VP
2 WHITNEY AVENUE
6TH FLOOR
NEW HAVEN, CT 06510
brian.lizotte@yale.edu

BUCHALTER NEMER, A PROF.CORP
SHAWN M. CHRISTIANSON, ESQ
333 MARKET STREET
25TH FLOOR
SAN FRANCISCO, CA 94105
415-227-0770
schristianson@buchalter.com

UNITED STATES OF AMERICA
JOSEPH A. PANTOJA, ASST U.S. ATTORNEY
86 CHAMBERS STREET
NEW YORK, NY 10007
212-637-2750
joseph.pantoja@usdoj.gov

BINGHAM MCCUTCHEN LLP
PETER H. BRUHN
ONE STATE STREET
HARTFORD, CT 06103
peter.bruhn@bingham.com

FILARDI LAW OFFICES LLC
CHARLES J. FILARDI, JR
65 TRUMBULL STREET
SECOND FLOOR
NEW HAVEN, CT 06510
866-890-3061
charles@filardi-law.com

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ELIZABETH WELLER
2323 BRYAN STREET
SUITE 1600
DALLAS, TX 75201
469-221-5002
dallas.bankruptcy@publicans.com

DECHERT LLP
JAMES O. MOORE
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
212-698-3599
james.moore@dechert.com

PA OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
21 S 12TH STREET
3RD FLOOR
PHILADELPHIA, PA 19107
215-560-2202
crmomjian@attorneygeneral.gov

ROTHSCHILD, BARRY & MYERS LLP
JOHN D. SILK
55 WEST MONROE STREET
SUITE 3900
CHICAGO, IL 60603
312-372-2350
silk@rbmchicago.com

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN, ESQ.
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020
212-262-7402
metkin@lowenstein.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

LOWENSTEIN SANDLER PC
MICHAEL S. ETKIN, ESQ.
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-597-2481
metkin@lowenstein.com

LOWENSTEIN SANDLER PC
IRA M. LEVEE
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068
973-597-2481
ilevee@lowenstein.com

HAYNES AND BOONE, LLP
TREY A. MONSOUR, ESQ.
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
214-651-5940
trey.monsour@haynesboone.com

LATHROP & GAGE LLP
STEPHEN K. DEXTER
370 17TH STREET
SUITE 4650
DENVER, CO 80202
720-931-3201
sdexter@lathropgage.com

CARROLLTON-FARMERS BRANCH INDEPENDENT
SCHOOL DISTRICT
LAW OFFICE OF ROBERT E. LUNA, P.C.
ANDREA SHEEHAN, ESQ.
4411 NORTH CENTRAL EXPRESSWAY
DALLAS, TX 75205
214-521-1738

ROYSE LAW FIRM, PC
JONATHAN GOLUB
2600 EL CAMINO REAL
SUTE 110
PALO ALTO, CA 94306
650-813-9777
jgolub@rroyselaw.com

ARAPAHOE COUNTY
KATE HOLMGREN
5334 S. PRINCE STREET
LITTLETON, CO 80166
jholmgren@co.arapahoe.co.us

LOWENSTEIN SANDLER PC
IRA M. LEVEE
1251 AVENUE OF THE AMERICAS
18TH FLOOR
NEW YORK, NY 10020
212-262-7402
ilevee@lowenstein.com

GOLD BENNETT CERA & SIDENER LLP
SOLOMON B. CERA
595 MARKET STREET
SUITE 2300
SAN FRANCISCO, CA 94105
415-777-5189
scera@gbcslaw.com

HAYNES AND BOONE, LLP
JASON B. BINFORD, ESQ.
2323 VICTORY AVENUE
SUITE 700
DALLAS, TX 75219
214-651-5940
jason.binford@haynesboone.com

UNISYS CORPORATION
JANET FITZPATRICK
UNISYS WAY
P.O. BOX 500, M/S E8-108
BLUE BELL, PA 19424
215-986-5721

ROYSE LAW FIRM, PC
ROGER ROYSE
2600 EL CAMINO REAL
SUTE 110
PALO ALTO, CA 94306
650-813-9777
rroyse@rroyselaw.com

ARAPAHOE COUNTY
GEORGE ROSENBERG, ESQ.
5334 S. PRINCE STREET
LITTLETON, CO 80166
grosenberg@co.arapahoe.co.us

RIDDELL WILLIAMS P.S.
JOSEPH E. SHICKICH, JR
1001-4TH AVENUE
SUITE 4500
SEATTLE, WA 98154
206-389-1708
jshickich@riddellwilliams.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

RIDDELL WILLIAMS P.S.
MARIA ANN MILANO
1001-4TH AVENUE
SUITE 4500
SEATTLE, WA 98154
206-389-1708
mmilano@riddellwilliams.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
LISA M. SCHWEITZER
ONE LIBERTY PLAZA
NEW YORK, NY 10006
212-225-3999
lschweitzer@cgsh.com

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
EDWARD J. LOBELLO, ESQ.
1350 BROADWAY
SUITE 501
P.O. BOX 822
NEW YORK, NY 10018
212-763-7031
elobello@msek.com

3 M COMPANY
C/O CATHERINE BARNETT WILSON, ESQ.
3M CENTER
BLDG 220-9E-02
ST. PAUL, MN 55144
651-736-9469
cbwilson@mmm.com

NYSTATE DEPT OF EDUCATION
ATTN: NEAL S. MANN, ASST ATTY GENERAL
120 BROADWAY
24TH FLOOR
NEW YORK, NY 10271
neal.mann@oag.state.ny.us

THOMPSON HINE LLP
LAUREN MCEVOY
335 MADISON AVE
12TH FLOOR
NEW YORK, NY 10017
lauren.mcevoy@thompsonhine.com

LAVIN, O'NEIL, RICCI, CEDRONE & DISIPIO
SUSAN E. SATKOWSKI, ESQUIRE
190 NORTH INDEPENDENCE MALL WEST
SUITE 500
PHILADELPHIA, PA 19106
215-627-2551
ssatkowski@lavin-law.com

ANDREWS KURTH LLP
JONATHAN LEVINE, ESQ
450 LEXINGTON AVENUE
15TH FLOOR
NEW YORK, NY 10017
212-850-2929

TENNESSEE DEPT OF REVENUE
C/O TN ATTORNEY GENERAL, BANKRUPTCY DIVISIONS
PO BOX 20207
NASHVILLE, TN 37202
615-741-3334

YOUNG GOLDMAN & VAN BEEK PC
NEIL D. GOLDMAN, ESQ
510 KING STREET
SUITE 416
ALEXANDRIA, VA 22313
703-548-4742
ngoldman@ygvb.com

DAY PITNEY LLP
ANISH R. DOSHI, ESQ.
7 TIMES SQUARE
NEW YORK, NY 10036
212-916-2940
adoshi@daypitney.com

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
ONE GATEWAY CENTER
NEWARK, NJ 07102
973-639-6244
dcrapo@gibbonslaw.com

THOMPSON HINE LLP
JONATHAN S. HAWKINS, ESQ
200 COURTHOUSE PLAZA, NE
10 W. SECOND STREET
DAYTON, OH 45402
thdaytonecf@thompsonhine.com

SIRLIN GALLOGLY & LESSER, P.C.
DANA S. PLON, ESQUIRE
1529 WALNUT STREET
SUITE 600
PHILADELPHIA, PA 19102
dplon@sirlinlaw.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
JOHN P. DILLMAN
PO BOX 3064
HOUSTON, TX 77253
713-844-3503
houston_bankruptcy@publicans.com

WELTMAN & MOSKOWITZ, LLP
MICHAEL L. MOSKOWITZ, ESQ
270 MADISON AVENUE
SUITE 1400
NEW YORK, NY 10016

KLESTADT & WINTERS, LLP
TRACY L. KLESTADT
292 MADISON AVENUE
17TH FLOOR
NEW YORK, NY 10017-6314
212-972-2245
tklestadt@klestadt.com

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
909 THIRD AVENUE
NEW YORK, NY 10022

HEWLETT-PACKARD COMPANY
RAMONA NEAL
M.S. 314
11311 CHINDEN BLVD
BOISE, ID 83714
ramona.neal@hp.com

HEWLETT-PACKARD COMPANY
ANNE MARIE KENNELLY
3000 HANOVER STREET
MS: 1050
PALO ALTO, CA 94304
650-852-8617
anne.kennelly@hp.com

MS. MARY ANN QUINN
C/O BEARINGPOINT, INC.
GUSTAV MAHLERPLEIN 62, 8TH FLOOR
1082 MA AMSTERDAM
PO BOX 75882
AMSTERDAM, NETHERLANDS,

DLA PIPER
JACQUELYN H. CHOI
550 SOUTH HOPE STREET
SUITE 2300
LOS ANGELES, CA 90071
213-330-7701
jacquelyn.choi@dlapiper.com

CEDARS-SINAI MEDICAL CENTER
LEGAL AFFAIRS DEPT, ATTN: GENERAL COUNSEL
8700 BEVERLY BLVD
SUITE TSB-290
LOS ANGELES, CA 90048

KLESTADT & WINTERS, LLP
PATRICK J. ORR
292 MADISON AVENUE
17TH FLOOR
NEW YORK, NY 10017-6314
212-972-2245
porr@klestadt.com

TRENK, DIPASQUALE, WEBSTER, DELLA FERA & SODONO, P.C.
RICHARD D. TRENK
347 MT. PLEASANT AVENUE
SUITE 300
WEST ORANGE, NJ 07052
973-243-8677
rtrenk@trenklawfirm.com

HEWLETT-PACKARD COMPANY
KEN HIGMAN
2125 E KATELLA AVE
SUITE 400
ANAHEIM, CA 92806
ken.higman@hp.com

EMC CORPORATION C/O RECEIVABLE MGMT SERVICES
RONALD ROWLAND, ESQ.
307 INTERNATIONAL CIRCLE
SUITE 270
HUNT VALLEY, MD 21094
410-773-4057

HARTER SECREST & EMERY LLP
JOHN R. WEIDER, ESQ.
1600 BAUSCH & LOMB PLACE
ROCHESTER, NY 14604
585-232-2152
jweider@hselaw.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

COMMONWEALTH OF PENNSYLVANIA
JODY L. KING, ASST COUNSEL
OFFICE OF CHIEF COUNSEL, DEPT OF TRANSPORTATION
P.O.BOX 8212
HARRISBURG, PA 17105

HAHN & HESSEN LLP
NICHOLAS RIGANO
488 MADISON AVENUE
NEW YORK, NY 10022
212-478-7400
nrigano@hahnhessen.com

MILES & STOCKBRIDGE P.C.
BRIAN F KENNEY
1751 PINNACLE DRIVE
SUITE 500
MCCLEAN, VA 22102
703-610-8686
bkenney@milesstockbridge.com

LANE POWELL, PC
MARY JO HESTON
1420 5TH AVE
SUITE 4100
SEATTLE, WA 98101
206-223-7107
hestonm@lanepowell.com

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI
17 NORTH 2ND STREET
12TH FLOOR
HARRISBURG, PA 17101
717-731-1985
bbisignani@postschell.com

3M COMPANY
ATTN; CATHERINE BARNETT WILSON
3M CENTER
BUILDING 220-9E-02
ST. PAUL, MN 55144
651-736-9469
cbwilson@mmm.com

ELLIOTT GREENLEAF
THEODORE A. KITTILA, ESQ.
1105 NORTH MARKET STREET
17TH FLOOR, P.O. BOX 2327
WILMINGTON, DE 19801
302-384-9399
tak@elliottgreenleaf.com

HAHN & HESSEN LLP
MARK T. POWER
488 MADISON AVENUE
NEW YORK, NY 10022
212-478-7400
mpower@hahnhessen.com

MILES & STOCKBRIDGE P.C.
J. DOUGLAS CUTHBERTSON
1751 PINNACLE DRIVE
SUITE 500
MCCLEAN, VA 22102
703-610-8686
jcuthbertson@milesstockbridge.com

HODGSON RUSS LLP
DEBORAH J. PIAZZA
60 EAST 42ND STREET
37TH FLOOR
NEW YORK, NY 10165
212-972-1677
dpiazza@Hodgsonruss.com

STATE OF CONNECTICUT
ATTN: DENISE MONDELL
ASSISTANT ATTORNEY GENERAL
P.0. BOX 120
55 ELM STREET, FOURTH FLOOR
HARTFORD, CT 06141
860-808-5383
denise.mondell@po.state.ct.us

J. MICHAEL MCBRIDE, P.C.
J. MICHAEL MCBRIDE, ESQ
6300 RIDGLEA PLACE
SUITE 101
FORT WORTH, TX 76116
817-877-1797

ELLIOTT GREENLEAF
RAFAEL X. ZAHRALDDIN-ARAVENA ESQ.
1105 NORTH MARKET STREET
17TH FLOOR, P.O. BOX 2327
WILMINGTON, DE 19801
302-384-9399
rxza@elliottgreenleaf.com

FULBRIGHT & JAWORSKI L.L.P.
DAVID A. ROSENZWEIG, ESQUIRE
666 FIFTH AVENUE
NEW YORK, NY 10103
212-318-3400
drosenzweig@fulbright.com

**BearingPoint, Inc., et al., Debtors**
**Master Service List (with fax numbers and email addresses where available)**

FULBRIGHT & JAWORSKI L.L.P.
JOHNATHAN C. BOLTON, ESQUIRE
FULBRIGHT TOWER
1301 MCKINNEY
SUITE 5100
HOUSTON, TX 77010
713-651-5246
jbolton@fulbright.com

3M COMPANY
ATTN: ALAN E. BROWN, ESQ.
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144
651-736-9469
arbrown@mmm.com

AT&T SERVICES INC.
ATTN: JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921
jg5786@att.com