WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Andrew A. Jones, Esq.

Attorneys for FIS, parent company of Link2Gov Corp.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUL 26 2010
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **BEARINGPOINT, INC.,** *et al.,* | ) | **Case No. 09-10691 (REG)** |
| | ) | |
| **Debtors.** | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| | ) | |

## LINK2GOV'S RESPONSE TO DEBTORS' ELEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM NO LIABILITY CLAIMS

Link2Gov Corp. ("Link2Gov"), by its attorneys Andrew A. Jones and Whyte Hirschboeck Dudek S.C., hereby files this Response to BearingPoint, Inc.'s ("BearingPoint") Eleventh Omnibus Objection to Proofs of Claim (the "Objection") whereby BearingPoint denied liability for the claim filed by Link2Gov. In support of its claim, Link2Gov states as follows:

### BACKGROUND

1.     In August 2008, September 2008, and February 2009 Link2Gov provided goods and/or services to BearingPoint totaling $20,471.50. Link2Gov then issued invoices requesting payment for these services (the "Invoices") (attached hereto as Ex. A). The Invoices were sent

via e-mail to Terry Stanley at the following email address: terry.stanley@bearingpoint.com. This email address is the last known email address used by the Debtor for receipt of invoices from Link2Gov. According to the records of Link2Gov, the Invoices remain unpaid.

2.     On April 15, 2009, Link2Gov properly and timely submitted a Proof of Claim for the Invoices in these Chapter 11 proceedings (the "Claim"). On June 29, 2010, the Debtor filed the Objection.

3.     BearingPoint has failed to provide any detail, evidence, or other factual background as to the basis of its Objection other than an unsupported declaration that the amount of the Claim is not owed by the Debtor.

## RELIEF REQUESTED

4.     Link2Gov respectfully requests that this Court deny the Debtor's Objection and grant payment of the Claim.

## BASIS FOR RELIEF REQUESTED

5.     Link2Gov renews its claim that the Invoices remain unpaid and that the Debtor owes Link2Gov $20,471.50. The Claim should be paid by the Debtor as part of the Debtor's liquidation or reorganization plan.

6.     The Debtor has failed to provide any detail, evidence, or factual background in its Objection for the proposition that the amount of the Claim is not owed by the Debtor. The Debtor has not claimed, nor has it provided any evidence to show that the goods and/or services included in the Invoices were not received by the Debtor, or, in the alternative, that the Debtor is

not obligated to pay the amount due under the Invoices. Further, the Debtor has failed to provide evidence of payment of the Invoices. Although Link2Gov has provided evidentiary support for its Claim in the form of the Invoices, the Debtor has only offered an unsupported declaration that the Claim is not owed. Such a declaration is insufficient to support an objection to the Claim. Absent any evidentiary support that the Debtor does not owe Link2Gov the amount of the Claim, it should be assumed that the Invoices remain unpaid and the Claim should be allowed.

For the foregoing reasons, the Debtor's Objection to Link2Gov's Claim should be denied, and the claim should be allowed.

Respectfully, submitted this 22nd day of July, 2010.

WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Andrew A. Jones, Esq.

By: _____
Andrew A. Jones (AJ5623)

WHD/7270470.1

# EXHIBIT A

LINK2GOV/Metavante
5430 Data Court, Suite 100
Ann Arbor, MI 48108

(734) 222-2000

**LINK2GOV®**

**Metavante®**

Invoice Number: 34086511
Page: 1 of 1
Invoice Date: 03/12/2009

Services for the month of February 2009

## INVOICE

Bearing Point, Inc.

ATTN: Terry Stanley

| | |
|---|---|
| Account Number: | 607430 |
| Account Executive: | Rob Lundy (RL) |
| Territory: | |
| Terms: | Due On Receipt |

| QTY | Code | Description | Volume | Markup | | Total |
|---|---|---|---|---|---|---|
| | | | | Per Volume | Per Item | |
| | | **INTERCHANGE FEES** | | | | |
| | | **Merchant Fees** | | | | |
| 2,552 | FEE | Transaction Fee - L2G | | | $1.7500 | $4,466.00 |
| | | | | | Total Amount Due: | $4,466.00 |

Please remit to:

Accounting Department
Link2Gov Corporation
PO Box 88310
Milwaukee, WI 53288-0310

MCN 131185

 **LINK2GOV**

| LINK2GOV CORP | Remit To: |
|---|---|
| 1 Burton Hills Blvd. Suite #300 | LINK2GOV CORP |
| Nashville, TN 37215 | P.O. Box 88310 |
| 615.297.2770  fax: 615.297.9407 | Milwaukee, WI 53288-0310 |

**Invoice**

Customer:
Bearing Point, Inc.
ATTN: Terry Stanley
Terry Stanley
terry.stanley@bearingpoint.com

| Invoice #: | 20021 |
|---|---|
| Date: | 9/16/2008 |
| Period Covered: | 08/01/2008-08/31/2008 |

**EMAIL**

| QTY | Code | Description | Volume | Markup | | Total |
|---|---|---|---|---|---|---|
| | | | | Per Volume | Per Item | |
| | | Summary | | | | |
| | | **LINK2GOV FEES** | | | | |
| 4,618 | TF0 | Period IVR Transaction Fees | | | $  1.75 | $ 8,081.50 |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL: | | $ 8,081.50 |

MCN LB1185

 **LINK2GOV**

LINK2GOV CORP
1 Burton Hills Blvd. Suite #300
Nashville, TN 37215
800.453.7072  fax: 615.297.9407

Remit To:
LINK2GOV CORP
P.O. Box 88310
Milwaukee, WI 53288-0310

Invoice

| Customer: | Invoice #: | 20416 |
| Bearing Point, Inc. | Date: | 10/6/2008 |
| | Period Covered: | 09/01/08 - 09/30/08 |
| Terry Stanley | | |
| terry.stanley@bearing point.com | EMAIL | |

| QTY | Code | Description | Volume | Markup | | Total |
| | | | | Per Volume | Per Item | |
| | | LINK2GOV FEES | | | | |
| 4,528 | TFO | IVR Transaction Fees | | | $ 1.7500 | $ 7,924.00 |
| | | | | | TOTAL: | $ 7,924.00 |

WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-3819
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Andrew A. Jones, Esq.
Attorneys for FIS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BEARINGPOINT, INC., *et al.*, | ) | Case No. 09-10691 (REG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2010, a true and correct copy of **Link2Gov Corp's Response to Debtors' Eleventh Omnibus Objection to Proofs of Claim No Liability Claims** was served by UPS Overnight Delivery on the parties shown below.

U.S. Bankruptcy Court
Southern District of New York
Clerk's Office
One Bowling Green
New York, NY 10004

Nicholas Zugaro, Esq.
McKool Smith P.C
600 Travis Street
Suite 7000
Houston, TX 77002

Basil A. Umari, Esq.
McKool Smith P.C.
600 Travis Street
Suite 7000
Houston, TX 77002

Peter S. Goodman, Esq.
McKool Smith, P.C.
One Bryant Park
47th Floor
New York, NY 10036

Jeffrey S. Sabin, Esq.
Official Committee of Unsecured Creditors
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

P. Sabin Willett, Esq.
Official Committee of Unsecured Creditors
c/o Bingham McCutchen LLP
One Federal Street
Boston, MA 02110-1726

Neil W. Townsend, Esq.
Official Committee of Unsecured Creditors
c/o Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022

Candace Handy