MCKOOL SMITH P.C.
Peter S. Goodman
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

- and –

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
**In re** : Chapter 11 Case No.
:
**BEARINGPOINT, INC., et al.,** : 09 - 10691 (REG)
:
Debtors. : (Jointly Administered)
:
-----------------------------------------------------------------x

**NOTICE OF SETTLEMENT OF ORDER GRANTING LIQUIDATING TRUSTEE'S OBJECTION TO CLAIM NOS. 1019 AND 1076 OF THE MINISTRY OF FINANCE FOR THE REPUBLIC OF INDONESIA AND OPPORTUNITY FOR HEARING**

PLEASE TAKE NOTICE that upon the Objection of John DeGroote Services LLC (the "*Liquidating Trustee*"), the Liquidating Trustee to the BearingPoint, Inc. Liquidating Trust, the undersigned will present the attached proposed order to the Honorable Robert E. Gerber, United States Bankruptcy Judge, for signature on **November 12, 2010 at 12:00 noon (Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to the Bankruptcy Judge's chambers by **November 12, 2010 at 11:30 a.m. (Eastern Time)**, there will not be a hearing and the order may be signed.

Dated: New York, New York
November 8, 2010

/s/ Peter S. Goodman
Peter S. Goodman
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
Telephone: (212) 402-9200
Facsimile: (212) 402-9444

- and -

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

To:

*Ministry of Finance of*
*The Republic of Indonesia*

c/o Abraham Lebelauw
Indonesian Consulate in New York
5 East 68th Street
New York, NY 10065

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                              :
<u>In</u> <u>re</u>                                         :    Chapter 11 Case No.
                                              :
**BEARINGPOINT, INC.,** <u>et</u> <u>al.</u>**,**                      :    09 - 10691 (REG)
                                              :
Debtors.                                      :    (Jointly Administered)
                                              :
-----------------------------------------------------------------x

## ORDER GRANTING LIQUIDATING TRUSTEE'S
## OBJECTION TO CLAIM NOS. 1019 AND 1076 OF THE MINISTRY OF FINANCE FOR
## THE REPUBLIC OF INDONESIA

On consideration of the Amended Objection to Claim Nos. 1019 and 1076 of The Republic of Indonesia (the "***Amended Objection***"),[1] filed by John DeGroote Services LLC, Liquidating Trustee of the BearingPoint Inc. Liquidating Trust ("***Liquidating Trustee***"), for entry of an order disallowing and expunging the claim of the Ministry of Finance for the Republic of Indonesia, all as more fully set forth in the Amended Objection; and the Court having held a hearing to consider the relief requested therein (the "***Hearing***"), with the appearances of all interested parties noted in the record of the Hearing; upon all of the proceedings before the Court; and for the reasons stated in this Court's Bench Decision On Liquidating Trustee's Objection To Claim Nos. 1019 And 1076 of the Ministry of Finance For The Republic of Indonesia the Court, entered on November 5, 2010, finds and determines the following:

A.    Consideration of the Amended Objection and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b).

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Amended Objection.

B. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

C. The Court has jurisdiction to consider the Amended Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Standing Order M-61 of the United States District Court for the Southern District of New York, dated July 10, 1984 (Ward, Acting C.J.).

D. The Liquidating Trustee has provided due and proper notice of the Amended Objection and Hearing to parties in interest (the "*Notice Parties*"), including the Republic of Indonesia, in accordance with the *Order Pursuant to Bankruptcy Code Section 105 Approving Notice Procedures for Claims Objections and Deemed Schedule Amendment Motions*, dated October 14, 2009 [docket #1353], and no further notice is necessary.

E. The legal and factual bases set forth in the Amended Objection establish just and sufficient cause to grant the relief requested therein.

F. The relief granted herein is in the best interests of the Debtors, their estates, creditors, the Liquidating Trust, and all parties in interest.

Therefore, it is hereby ORDERED that:

1. The Amended Objection is GRANTED as set forth herein.

2. Claim Nos. 1019 and 1076 of the Ministry of Finance for the Republic of Indonesia (the "*Claims*") are disallowed in their entirety.

3. Garden City Group is authorized and directed to delete the disallowed Claims, pursuant to this Order, from the official claims register in these chapter 11 cases.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
_____, 2010

                                            _____
                                            HONORABLE ROBERT E. GERBER
                                            UNITED STATES BANKRUPTCY JUDGE