UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                          :

**In re**                                        :         Chapter 11 Case No.
                                        :

**BEARINGPOINT, INC., et al.,**       :         09 - 10691 (REG)
                                        :

**Debtors.**                                :         (Jointly Administered)
                                        :
-------------------------------------------------------------x

## CONSENT ORDER REGARDING MOTIONS FOR LIMITED RELIEF

**[CORRESPONDS TO DOCKET NOS. 1977, 1979, 1992, AND 2020]**

The Court finds and determines the following:

A.     On November 29, 2010, John DeGroote Service, LLC as Liquidating Trustee (the "Liquidating Trustee") for the BearingPoint, Inc. Liquidating Trust filed: (i) Motion of Liquidating Trustee For Limited Relief From Article XI of Debtors' Modified Second Amended Joint Plan and Sections 34(C) and 39 Of Confirmation Order As To F. Edwin Harbach and (ii) Motion of Liquidating Trustee for Limited Relief from Article XI of Debtors' Modified Second Amended Joint Plan and Sections 34(C) and 39 of Confirmation Order as to Certain Former Directors (together, the "Motions").

B.     The Motions seek permission for the Liquidating Trustee to file suit in the Commonwealth of Virginia against Mr. F. Edwin Harbach, Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson (collectively, the "Officers and Directors"), former officers and/or directors of the Debtors.

C. By order of this Court entered on December 14, 2010, the extension of applicable statutes of limitation under 11 U.S.C. § 108(a) for two years after the order for relief was extended from February 18, 2011 to March 27, 2011 (Docket No. 1992).

D. The Officers and Directors filed a Joint Opposition to the Motions on January 4, 2011.

E. The Court heard the parties on the Motions on January 21, 2011, and the matter is under advisement.

F. Absent an agreement or other relief, the extension of applicable statutes of limitation under 11 U.S.C. § 108(a) for two years after the order for relief, as extended by this Court in its December 14, 2010 order, will expire on or about March 27, 2011.

G. In light of the current schedule and the pending Motions before the Court, the parties have agreed further to toll the statute of limitations arising under section 108(a) with regard to the contemplated action (as previously extended by this Court in its December 14, 2010 order) to April 27, 2011.

H. A statute of limitations may be tolled by agreement of the parties, and this Court has power under 11 U.S.C. § 105(a) to grant the relief set forth herein.

[**The remainder of this page left intentionally blank.**]

Now, therefore, it is hereby **ORDERED** that:

1. The expiration of the limitations period otherwise available with regard to the contemplated action under 11 U.S.C. § 108(a) is tolled until April 27, 2011.

**On Behalf of John DeGroote Services, LLC
as Liquidating Trustee to the
BearingPoint, Inc. Liquidating Trust:**

BINGHAM McCUTCHEN LLP

By: _/s/ Sabin Willett_
Sabin Willett (*pro hac vice*)
sabin.willett@bingham.com
One Federal Street
Boston, MA 02110-1726
Telephone: (617) 951-8000

Jeffrey S. Sabin
399 Park Avenue
New York, NY 10022-4689
Telephone: (212) 705-7000

-and-

MCKOOL SMITH P.C.

By: _/s/ Peter S. Goodman_
Peter S. Goodman
pgoodman@mckoolsmith.com
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400

Lew LeClair (*pro hac vice*)
Robert Manley (*pro hac vice*)
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000

Basil A. Umari (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300

*Counsel for John DeGroote Services, LLC
as Liquidating Trustee to the
BearingPoint, Inc. Liquidating Trust*

**On Behalf of F. Edwin Harbach:**

WILLIAMS & CONNOLLY LLP

By: /s/ Robert A. Van Kirk
Robert A. Van Kirk (*pro hac vice*)
rvankirk@wc.com
George A. Borden
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5163

*Attorneys for F. Edwin Harbach*


**On Behalf of Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson:**

SIMPSON THACHER & BARTLETT LLP

By: /s/ Paul C. Curnin
Paul C. Curnin
pcurnin@stblaw.com
William T. Russell, Jr.
Paul C. Gluckow
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson*


**SO ORDERED.**

Dated: New York, New York
March *14*, 2011

> *s/ Robert E. Gerber*
> ROBERT E. GERBER
> UNITED STATES BANKRUPTCY JUDGE