**WILLIAMS & CONNOLLY LLP**
Robert A. Van Kirk (*pro hac vice*)
George A. Borden
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5163

*Attorneys for F. Edwin Harbach*

**SIMPSON THACHER & BARTLETT LLP**
Paul C. Curnin
William T. Russell, Jr.
Paul C. Gluckow
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000

*Attorneys for Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| BearingPoint, Inc., et al., | Case No. 09-10691 (REG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON FORMER DIRECTORS' MOTION REQUESTING ACCESS TO DOCUMENTS OBTAINED FROM THIRD PARTIES PURSUANT TO RULE 2004 EXAMINATIONS**

PLEASE TAKE NOTICE that F. Edwin Harbach, Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson (the "Former Directors") have filed a Motion pursuant to Federal Rule 9014(a) of Bankruptcy Procedure requesting access to documents that John DeGroote Services, LLC, the Liquidating Trustee of BearingPoint, Inc. Liquidating Trust, obtained from third parties pursuant to Bankruptcy Rule 2004 examination.

PLEASE TAKE FURTHER NOTICE that a hearing (the "Hearing") to consider the access requested in the Motion has been scheduled for **9:45 a.m. (Eastern), June 21, 2011,** before the Honorable Robert E. Gerber, United States Bankruptcy Judge, in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Courtroom 621, New York, New York 10004-1408 (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Motion must: (a) be made in writing; (b) comply with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules for the United States Bankruptcy Court for the Southern District of New York; (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) and any case management order entered by the Bankruptcy Court; (d) be submitted in hard copy form to the chambers of the Honorable Robert E. Gerber, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004; and (e) be served upon the following parties, in each case so as to be **received no later than 4:00 p.m. (Eastern) on June 14, 2011** (the "Response Deadline"):

| **Williams & Connolly LLP** | **Simpson Thacher & Bartlett LLP** |
|---|---|
| Robert A. Van Kirk, Esq. | Paul C. Curnin |
| 725 Twelfth Street, N.W. | 425 Lexington Avenue |
| | New York, NY 10017-3954 |

| | |
|---|---|
| Washington, DC 20005 | |
| **Liquidating Trustee to the BearingPoint, Inc. Liquidating Trust**<br>John DeGroote Services, LLC<br>100 Crescent Court, Suite 700<br>Dallas, TX 75201<br>Attn: John DeGroote, Esq. | **MCKOOL SMITH P.C.**<br>One Bryant Park, 47th Floor<br>New York, New York 10036<br>Attn: Peter Goodman<br><br>-and-<br><br>**MCKOOL SMITH P.C.**<br>300 Crescent Court, Suite 1500<br>Dallas, TX 75201<br>Attn: Lew LeClair<br>Robert Manley<br><br>-and-<br><br>**MCKOOL SMITH P.C.**<br>600 Travis Street, Suite 7000<br>Houston, Texas 77002<br>Attn: Basil A. Umari |
| **Bingham McCutchen LLP**<br>Jeffrey S. Sabin<br>399 Park Avenue<br>New York, NY 10022-4689<br><br>-and-<br><br>**Bingham McCutchen LLP**<br>Sabin Willett<br>One Federal Street<br>Boston, MA 02110-1726 | |

PLEASE TAKE FURTHER NOTICE that only responses made in writing and timely filed and received by the Response Deadline will be considered by the Bankruptcy Court at the Hearing and that if no responses to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: May 25, 2011

/s/ ROBERT A. VAN KIRK
**WILLIAMS & CONNOLLY LLP**
Robert A. Van Kirk (*pro hac vice*)
George A. Borden
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5163

*Attorneys for F. Edwin Harbach*

/s/ PAUL C. CURNIN
**SIMPSON THACHER & BARTLETT LLP**
Paul C. Curnin
William T. Russell, Jr.
Paul C. Gluckow
Craig S. Waldman
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Attorneys for Albert L. Lord, Roderick C. McGeary, J. Terry Strange, Douglas C. Allred, Betsy J. Bernard, Spencer C. Fleischer, Jill Kanin-Lovers, and Edward Munson*