UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                          :   Chapter 11
                                                :
BEARINGPOINT, INC., et al.,                     :   Case No. 09-10691 (REG)
                                                :
Debtors.                                        :   (Jointly Administered)
------------------------------------------------------------ X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Karen E. Petriano, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On May 23, 2011, at the direction of Weil, Gotshal & Manges LLP, counsel for the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties as set forth on the service list annexed hereto as Exhibit A:

- Consent Order Regarding Motions for Limited Relief [Docket No. 2145].

/s/ Karen E. Petriano
Karen E. Petriano

Sworn to before me this 26th day of
May, 2011

_____
Nancy Formica
Notary Public, State of New York
No. 01FO4933172
Qualified in Nassau County
Commission Expires: August 8, 2014

1

# EXHIBIT A

SIMPSON THACHER & BARTLETT LLP
ATTN WILLIAM T. RUSSELL, PAUL C. CURNIN
425 LEXINGTON AVENUE
NEW YORK, NY 10017
email: wrussell@stblaw.com; pcurnin@stblaw.com

WILLIAMS & CONNOLLY LLP
ATTN: ROBERT A VAN KIRK, GEORGE A BORDEN
725 TWELFTH STREET N.W.
WASHINGTON, DC 20005
email: rvankirk@wc.com