UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re:                                                    :   Chapter 11
                                                          :
BEARINGPOINT, INC., et al.,                               :   Case No. 09-10691 (REG)
                                                          :
Debtors.                                                  :   (Jointly Administered)
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Karen E. Petriano, being duly sworn, depose and state:

1. I am an Assistant Director with The Garden City Group, Inc., the claims and noticing agent for the debtors and debtors-in-possession (the "Debtors") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On June 14, 2011, at the direction of McKool Smith P.C., co-counsel for the Liquidating Trustee, I caused a true and correct copy of the following document to be served by first class mail, postage prepaid, on the parties set forth on Exhibit A, comprised of the Master Service List and certain additional parties:

- The Liquidating Trustee's Motion to Strike, or in the Alternative, Opposition to Former Director's Motion Requesting Access to Documents Obtained from Third Parties Pursuant to Rule 2004 Examinations [Docket No. 2152].

                                    /s/ Karen E. Petriano
                                    Karen E. Petriano

Sworn to before me this 15th day of
June, 2011

/s/ Thomas Villani
Thomas Villani
Notary Public, State of New York
No. 01VI6096931
Qualified in Nassau County
Commission Expires: August 11, 2011

1

# EXHIBIT A

3M COMPANY
ATT: ALAN E. BROWN, ESQ.
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144

3M COMPANY
ATTN: ALAN E. BROWN
OFFICE OF GENERAL COUNSEL
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000

3M COMPANY
OFFICE OF GENERAL COUNSEL
C/O ALAN E. BROWN, ESQ.
3M CENTER, BUILDING 220-9E-02
ST. PAUL, MN 55144-1000

ANDREWS & KURTH LLP
ATT: JONATHAN LEVINE, ESQ.
ATTY FOR HEWLETT PACKARD COMPANY
450 LEXINGTON AVENUE, 15TH FLOOR
NEW YORK, NY 10017

ARAPAHOE COUNTY ATTORNEY
ATT: GEORGE ROSENBERG, ESQ.
ATY FOR TREASURER OF ARAPAHOE COUNTY, CO
5334 S. PRINCE STREET
LITTLETON, CO 80166

ARAPAHOE COUNTY ATTORNEY
ATTN:KATE HOLMGREN
ATY: FOR THE TREASURER OF ARAPHOE, CO
5334 S. PRINCE STREET
LITTLETON, CO 80166

AT&T INC.
ATT: JAMES W. GRUDUS, ESQ.
AT&T LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

AT&T SERVICES INC.
ATT: JAMES W. GRUDUS
LAW GROUP COUNSEL
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ 07921

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN ROBERT MCL. BOOTE, ESQ.
RE WESTCHESTER FIRE INSURANCE
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: JEFFREY MEYERS, ESQ.
RE WESTCHESTER FIRE INSURANCE
1735 MARKET STREET, 51ST FLOOR
PHILADELPHIA, PA 19103-7599

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: JOSHUA ZUGERMAN, ESQ.
RE: WESTCHESTER FIRE INSURANCE
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
ATTN: TOBEY DALUZ
RE: WESTCHESTER FIRE INSURANCE
919 N. MARKET STREET, 12TH FLOOR
WILMINGTON, DE 19801

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN
RE: IRON MOUNTAIN INFORMATION
155 FEDERAL STREET, 9TH FLOOR
BOSTON, MA 02110

BINGHAM MCCUTCHEN LLP
ATT: P. SABIN WILLETT
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: ANDREW J GALLO
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: ANTHONY CARBONE
UNSECURED CREDITORS' COMMITTEE
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: IAN WENNINGER
UNSECURED CREDITORS COMMITTEE
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JAMES R SOMMER
UNSECURED CREDITORS' COMMITTEE
399 PARK AVENUE
NEW YORK, NY 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JASON WATKINS
UNSECURED CREDITORS' COMMITTEE
ONE FEDERAL STREET
BOSTON, MA 02110-1726

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S. SABIN
399 PARK AVENUE
NEW YORK, NY 10022-4689

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>ATTN: KATHERINE DOBSON<br>UNSECURED CREDITORS' COMMITTEE<br>ONE STATE STREET<br>HARTFORD, CT 06103-3178 | BINGHAM MCCUTCHEN LLP<br>ATTN: NEIL W. TOWNSEND, ESQ.<br>399 PARK AVENUE<br>NEW YORK, NY 10022 |
| BINGHAM MCCUTCHEN LLP<br>ATTN: PETER H BRUHN<br>UNSECURED CREDITORS' COMMITTEE<br>ONE STATE STREET<br>HARTFORD, CT 06103 | BRACEWELL & GIULIANI LLP<br>ATTN: MARK B. JOACHIM, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>48TH FLOOR<br>NEW YORK, NY 10020-1100 |
| BRACEWELL & GIULIANI LLP<br>ATTN: ROBERT T. CAREY, ESQ.<br>1251 AVENUE OF THE AMERICAS<br>48TH FLOOR<br>NEW YORK, NY 10020-1100 | BROWN & CONNERY LLP<br>ATT: DONALD K. LUDMAN, ESQ.<br>ATTY FOR SAP AMERICA INC.<br>6 NORTH BROAD STREET<br>WOODBURY, NJ 08096 |
| BRYAN CAVE LLP<br>ATTN LAWRENCE GOTTESMAN<br>RE THE BANK OF NEW YORK MELLON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 | BRYAN CAVE LLP<br>ATTN: MICHELLE MCMAHON<br>RE THE BANK OF NEW YORK MELLON<br>1290 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10104 |
| BUCHALTER NEMER<br>ATT: SHAWN M. CHRISTIANSON, ESQ.<br>ATTY FOR ORACLE USA, INC.<br>333 MARKET STREET, 25TH FLOOR<br>SAN FRANCISCO, CA 94105-2126 | CANON BUSINESS SOLUTIONS, INC.<br>ATT: RUTH WEINSTEIN, ESQ.<br>1 CANON PLAZA<br>LAKE SUCCESS, NY 11042 |
| CEDARS-SINAI MEDICAL CENTER<br>LEGAL AFFAIRS DEPT ATTN: GENERAL COUNSEL<br>8700 BEVERLY BLVD<br>SUITE TSB-290<br>LOS ANGELES, CA 90048 | CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>ATT: LISA M. SCHWEITZER<br>ATTY FOR BFP TOWER C CO. LLC<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 |
| COMMONWEALTH OF PENNSYLVANIA<br>COUNTY OF PHILADELPHIA<br>ATT: CHRISTOPHER R. MOMJIAN, ESQ.<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | CONNECTICUT ATTORNEY GENERAL OFFICE<br>ATT: DENISE MONDELL, ASSISTANT ATTY GEN.<br>55 ELM STREET, 4TH FLOOR<br>P.O. BOX 120<br>HARTFORD, CT 06141-0120 |
| COWLES & THOMPSON, P.C.<br>ATT: WILLIAM L. SIEGEL, ESQ.<br>ATTY FOR GPI PLAZA, LP<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 | CURTIS MALLET-PREVOST COLT & MOSLE LLP<br>ATT: MARYANN GALLAGHER, ESQ.<br>ATTY FOR AMERICAN EXPRESS TRAVEL<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0061 |
| CURTIS MALLET-PREVOST COLT & MOSLE LLP<br>ATT: STEVEN J. REISMAN, ESQ.<br>ATTY FOR AMERICAN EXPRESS TRAVEL<br>101 PARK AVENUE<br>NEW YORK, NY 10178-0061 | DAY PITNEY LLP<br>ATTY FOR ORACLE USA, INC<br>ATTN: AMISH R. DOSHI, ESQ.<br>7 TIMES SQUARE<br>NEW YORK, NY 10036-7311 |
| DECHERT LLP<br>ATT: G. ERIC BRUNSTAD & DONALD BADACZEWS<br>ATTY FOR YALE UNIVERSITY<br>90 STATE HOUSE SQUARE, 12TH FLOOR<br>HARTFORD, CT 06103-3702 | DECHERT LLP<br>ATT: JAMES O. MOORE, ESQ.<br>ATTY FOR YALE UNIVERSITY<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6797 |

| | |
|---|---|
| DEPARTMENT OF THE TREASURY<br>ATTN: OFFICE OF GENERAL COUNSEL<br>1500 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20220-0001 | DEPARTMENT OF TRANSPORTATION<br>ATT: JODY L. KING, ESQ.<br>OFFICE OF CHIEF COUNSEL<br>P.O. BOX 8212<br>HARRISBURG, PA 17105-8212 |
| DLA PIPER LLP<br>ATT: KAROL DENNISTON, ESQ.<br>ATTY FOR MSB PACIFIC PLAZA<br>550 SOUTH HOPE STREET, SUITE 2300<br>LOS ANGELES, CA 90071 | ELLIOTT GREENLEAF<br>ATT: R. ZAHRALDDIN-ARAVENA & T. KITTILA<br>1105 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 2327<br>WILMINGTON, DE 19801 |
| ELLIOTT GREENLEAF<br>ATT: RAFAEL ARAVENA & THEO KITTILA<br>1105 NORTH MARKET STREET, 17TH FLOOR<br>P.O. BOX 2327<br>WILMINGTON, DE 19801 | EMC CORPORATION<br>ATTN: RONALD ROWLAND, ESQ.<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>301 INTERNATIONAL CIRCLE, SUITE 270<br>HUNT VALLEY, MD 21030 |
| FFL EXECUTIVE PARTNERS II, L.P.<br>C/O FRIEDMAN FLEISCHER & LOWE, LLC<br>ATTENTION: SPENCER C. FLEISCHER<br>ONCE MARITIME PLAZA, SUITE 1000<br>SAN FRANCISCO, CA 94111 | FILARDI LAW OFFICES LLC<br>ATTY FOR HONEYWELL INTERNATIONAL INC.<br>ATT: CHARLES J. FILARDI, ESQ.<br>65 TRUMBULL ST, 2ND FL<br>NEW HAVEN, CT 06510 |
| FRANK/GECKER LLP<br>ATT: JOSEPH FRANK & JEREMY KLEINMAN<br>ATTY FOR JONES LANG LASALLE<br>325 NORTH LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | FRIEDMAN FLEISCHER & LOWE LLC<br>ATTN: SPENCER C. FLEISCHER<br>ONE MARITIME PLAZA<br>SUITE 1000<br>SAN FRANCISCO, CA 94111 |
| FULBRIGHT & JAWORSKI L.L.P.<br>ATT: DAVID A. ROSENZWEIG, ESQ.<br>ATTY FOR AT&T CORP.<br>666 FIFTH AVENUE<br>NEW YORK, NY 10103 | FULBRIGHT & JAWORSKI L.L.P.<br>ATT: JOHNATHAN C. BOLTON, ESQ.<br>FULBRIGHT TOWER<br>1301 MCKINNEY, SUITE 5100<br>HOUSTON, TX 77010-3095 |
| GIBBONS P.C.<br>ATTY FOR HEWLITT-PACKARD FINANCIAL SER C<br>ATTN: DAVID N. CRAPO, ESQ.<br>ONE GATEWAY CENTER<br>NEWARK, NJ 07102-5310 | GOLD BENNETT CERA & SIDENER LLP<br>ATT: SOLOMON B. CERA, ESQ.<br>ATTY FOR MATRIX CAPITAL MANAGEMENT<br>595 MARKET STREET, SUITE 2300<br>SAN FRANCISCO, CA 94105 |
| HAHN & HESSEN LLP<br>ATTN: NICHOLAS RIGANO<br>488 MADISON AVENUE<br>NEW YORK, NY 10022 | HARTER SECREST & EMERY LLP<br>ATT: JOHN WEIDER & INGRID PALERMO<br>ATTY FOR: MARY ANN SEARS(AKA M.A QUINN)<br>1600 BAUSCH & LOMB PLACE<br>ROCHESTER, NY 14604 |
| HAYNES & BOONE, LLP<br>ATTN: JASON BINFORD<br>ATTY FOR SYSCO CORPORATION<br>2323 VICT0RY AVENUE, SUITE 700<br>DALLAS, TX 75219 | HAYNES AND BOONE, LLP<br>ATT: TREY A. MONSOUR<br>ATTY FOR SYSCO CORPORATION<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 |
| HERRICK, FEINSTEIN LLP<br>ATTN: PAUL RUBEN ESQ<br>RE CANON BUSINESS SOLUTIONS, INC.<br>TWO PARK AVENUE<br>NEW YORK, NY 10016 | HEWLETT PACKARD COMPANY<br>ATT: ANNE MARIE KENNELLY<br>3000 HANOVER STREET<br>PALO ALTO, CA 94304-1112 |

| | |
|---|---|
| HEWLETT PACKARD COMPANY<br>ATT: KEN HIGMAN<br>12610 PARK PLAZA DR #100<br>CERRITOS, CA 90703-9361 | HEWLETT PACKARD COMPANY<br>ATT: RAMONA NEAL, CORP. COUNSEL<br>11311 CHINDEN BLVD<br>MAILSTOP 314<br>BOISE, ID 83714-0021 |
| HODGSON RUSS LLP<br>ATT: DEBORAH J. PIAZZA, ESQ.<br>ATTY FOR FEI COMPANY<br>60 EAST 42ND STREET, 37TH FLOOR<br>NEW YORK, NY 10165 | IBM CORPORATION<br>ATT: VICKY NAMKEN<br>13800 DIPLOMAT DRIVE<br>DALLAS, TX 75234 |
| INTERNAL REVENUE SERVICE<br>ATTN: INSOLVENCY SECTION<br>PO BOX 21126<br>PHILADELPHIA, PA 19114 | INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>290 BROADWAY<br>NEW YORK, NY 10007 |
| INTERNAL REVENUE SERVICE<br>ATTN: LEGAL DEPARTMENT<br>31 HOPKINS PLAZA<br>MAIL STOP RM 1150<br>BALTIMORE, MD 21201 | J. MICHAEL MCBRIDE, P.C.<br>ATT: J. MICHAEL MCBRIDE, ESQ.<br>ATTY FOR IBM CORP; IBM CREDIT<br>6300 RIDGLEA PLACE, SUITE 101<br>FORT WORTH, TX 76116 |
| JOHN MARK STERN<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | KILPATRICK & ASSOCIATES, P.C.<br>ATT: RICHARDO I. KILPATRICK, ESQ.<br>ATTY FOR OAKLAND COUNTY TREASURER<br>903 N. OPDYKE ROAD, SUITE C<br>AUBURN HILLS, MI 48326 |
| KLESTADT & WINTERS, LLP<br>ATT: TRACY L. KLESTADT<br>570 FASHION AVE FL 17<br>NEW YORK, NY 10017-1624 | KLESTADT & WINTERS, LLP<br>ATTN: PATRICK J ORR<br>570 FASHION AVE FL 17<br>NEW YORK, NY 10018-1624 |
| LANE POWELL, PC<br>ATT: MARY JO HESTON, ESQ.<br>ATTY FOR FEI COMPANY<br>1420 5TH AVE., SUITE 4100<br>SEATTLE, WA 98101 | LASHLY & BAER, P.C.<br>ATT: MICHAEL C. SEAMANDS, ESQ.<br>ATTY FOR CUSTOM HARDWARE ENGINEERING<br>714 LOCUST STREET<br>ST. LOUIS, MO 63101 |
| LATHROP & GAGE LLP<br>ATT: STEPHEN K. DEXTER, ESQ.<br>ATTY FOR TEKSYSTEMS, INC.<br>950 17TH ST STE 2400<br>DENVER, CO 80202-2822 | LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: ROBERT BICE<br>400 MADISON AVENUE<br>NEW YORK, NY 10022 |
| LAW OFFICES OF ROBERT E. LUNA, P.C.<br>ATT: ANDREA SHEEHAN, ESQ.<br>ATTY FOR CARROLLTON-FARMERS BRANCH ISD<br>4411 N. CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATT: DAVID G. AELVOET, ESQ.<br>ATTY FOR BEXAR COUNTY<br>TRAVIS BLDG, 711 NAVARRO, STE 300<br>SAN ANTONIO, TX 78205 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATT: ELIZABETH WELLER, ESQ.<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: JOHN P. DILLMAN<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |

| | |
|---|---|
| LOWENSTEIN SANDLER PC<br>ATT: IRA M. LEVEE, MICHAEL S. ETKIN<br>ATTY FOR MATRIX CAPITAL MANAGEMENT<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | LOWENSTEIN SANDLER PC<br>ATT: MICHAEL S. ETKIN, IRA M.LEVEE<br>ATTY FOR MATRIX CAPITAL MANAGEMENT<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 |
| LOWENSTEIN SANDLER PC<br>ATTN FOR MATRIX CAPITAL MANAGEMENT<br>ATTN: IRA M. LEVEE<br>1251 AVENUE OF THE AMERICAS, 18TH FLOOR<br>NEW YORK, NY 10020 | LOWENSTEIN SANDLER PC<br>ATTN: IRA M LEVEE<br>ATTY FOR MATRIX CAPITAL MANAGEMENT<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 |
| LOWENSTEIN SANDLER PC<br>ATTY FOR AT&T<br>ATT: VINCENT A. D'AGOSTINO, ESQ.<br>65 LIVINGSTON AVENUE<br>ROSELAND, NJ 07068 | MARY ANN QUINN, C/O BEARINGPOINT<br>GUSTAV MAHLERPLEIN 62, 8TH FLOOR<br>1082 MA AMSTERDAM<br>PO BOX 75882<br>1070 A W AMSTERDAM |
| MEYER SUOZZI ENGLISH & KLEIN, P.C.<br>ATTY FOR PITNEY BOWES MANAGEMENT SER<br>ATT: EDWARD J. LOBELLO, ESQ.<br>1350 BROADWAY, SUITE 501 P.O. BOX 822<br>NEW YORK, NY 10018-0822 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>ATTY FOR WALNUT & THIRD, INC.<br>ATT: EDWARD J. LOBELLO, ESQ.<br>1350 BROADWAY, SUITE 501 P.O. BOX 822<br>NEW YORK, NY 10018-0822 |
| MILES & STOCKBRIDGE P.C.<br>ATT: J. D. CUTHBERTSON & BRIAN KENNEY<br>ATTY FOR NAHIGIAN STRATEGIES<br>1751 PINNACLE DRIVE, SUITE 500<br>MCCLEAN, VA 22102 | MILES & STOCKBRIDGE P.C.<br>ATTN: BRIAN F. KENNEY, ESQ<br>1751 PINNACLE DRIVE<br>SUITE 500<br>MCCLEAN, VA 22102 |
| MISSOURI DEPT OF REVENUE BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRISON COHEN LLP<br>ATT: MICHAEL R. DAL LAGO, ESQ.<br>ATTY FOR NORTHROP GRUMMAN CORP<br>909 THIRD AVENUE<br>NEW YORK, NY 10022 |
| NEAL S. MANN<br>ASSISANT ATTORNEY GENERAL<br>OF THE STATE OF NEW YORK<br>120 BROADWAY, 24TH FLOOR<br>NEW YORK, NY 10271 | NEW YORK CITY DEPT. OF FINANCE<br>ATTN: LEGAL AFFAIRS - DEVORA COHN<br>345 ADAMS ST- 3RD FLOOR<br>BROOKLYN, NY 11201 |
| NEW YORK STATE DEPT TAXATION & FINANCE<br>ATTN: BANKRUPTCY/SPECIAL PROC. SECT.<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | NEW YORK STATE UNEMPLOYMENT INS. FUND<br>ATTN: LEGAL DEPARTMENT<br>PO BOX 551<br>ALBANY, NY 12201 |
| OFFICE OF ATTORNEY GENERAL<br>ATT: CHRISTOPHER MOMJIAN, SR. ATTY GENER<br>ATTY FOR COMMONWEALTH OF PA<br>21 S. 12TH STREET, 3RD FLOOR<br>PHILADELPHIA, PA 19107-3603 | OFFICE OF THE ATTORNEY GENERAL<br>ANDREW M. CUOMO<br>120 BROADWAY<br>NEW YORK, NY 10271-0332 |
| OFFICE OF THE U.S. TRUSTEE FOR S.D.N.Y.<br>ATTN: SERENE NAKANO, ESQ.<br>33 WHITEHALL STREET<br>21ST FLOOR<br>NEW YORK, NY 10004 | PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: MARIA A BOVE ESQ<br>ATTY FOR EXIGEN GROUP<br>780 THIRD AVENUE, 36TH FLOOR<br>NEW YORK, NY 10017 |

| | |
|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: LESLIE A. PLASKON, ESQ.<br>PARK AVENUE TOWER<br>75 EAST 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>ATTN: LUC DESPINS, ESQ.<br>PARK AVENUE TOWER<br>75 EAST 55TH STREET, FIRST FLOOR<br>NEW YORK, NY 10022 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATT: DANIA SLIM, ESQ.<br>ATTY FOR BAKER TILLY BEERS & CUTLER<br>2300 N STREET, N.W.<br>WASHINGTON, DC 20037-1128 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATT: PATRICK J. POTTER, ESQ.<br>ATTY FOR BAKER TILLY BEERS & CUTLER<br>2300 N STREET, N.W.<br>WASHINGTON, DC 20037-1128 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>ATTN: RICHARD EPLING, ESQ.<br>ATTY FOR BAKER TILLY BEERS AND CUTLER<br>1540 BROADWAY<br>NEW YORK, NY 10036 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>BAKER TILLY BEERS & CUTLER PLLC<br>ATTN: PETER LAURIA<br>8219 LEESBURG PIKE<br>VIENNA, VA 22182 |
| POST & SCHELL, P.C.<br>ATT: BRIAN W. BISIGNANI, ESQ.<br>17 NORTH 2ND STREET, 12TH FLOOR<br>HARRISBURG, PA 17101-1601 | RIDDELL WILLIAMS P.S.<br>ATT: JOSEPH SHICKICH<br>ATTY FOR MICROSOFT<br>1001-4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| RIDDELL WILLIAMS P.S.<br>ATTN: MARIA ANN MILANO<br>1001 4TH AVENUE<br>SUITE 4500<br>SEATTLE, WA 98154 | ROPES & GRAY LLP<br>ATTN: BENJAMIN L. SCHNEIDER<br>1211 AVFENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 |
| ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN, ESQ.<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | ROPES & GRAY LLP<br>ATTN: SHUBA SATYAPRASAD<br>800 BOYLSTON ST STE 3600<br>BOSTON, MA 02199-3600 |
| ROPES & GRAY LLP<br>ATTY FOR LAW DEBENTURE TRUST CO OF NY<br>ATTN DAVID S. ELKIND<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | ROTHSCHILD, BARRY & MYERS LLP<br>ATT: JOHN D. SILK, ESQ.<br>ATTY FOR O'HARE PLAZA I LLC<br>55 W. MONROE STREET, SUITE 3900<br>CHICAGO, IL 60603 |
| ROYSE LAW FIRM, PC<br>ATT: ROGER ROYSE<br>ATTY FOR EDENVALE ASSOCIATES<br>1717 EMBARCADERO RD STE 2000<br>PALTO ALTO, CA 94303-3357 | ROYSE LAW FIRM, PC<br>JONATHAN GOLUB<br>1717 EMBARCADERO RD<br>SUITE 2000<br>PALO ALTO, CA 94303-3357 |
| SECURITIES AND EXCHANGE COMMISSION<br>ATTN: ANDREW N. VOLLMER,<br>ACTING GEN. COUNSEL<br>100 F STREET, ND<br>WASHINGTON, DC 20549 | SECURITIES AND EXCHANGE COMMISSION<br>ATTN: NEAL JACOBSON<br>3 WORLD FINANCIAL CENTER<br>SUITE 400<br>NEW YORK, NY 10281-1022 |
| SIMPSON THACHER & BARTLETT LLP<br>ATTN CRAIG S. WALDMAN, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | SIMPSON THACHER & BARTLETT LLP<br>ATTN PAUL C. CURNIN, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>ATTN PAUL C. GLUCKOW, ESQ.<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | SIMPSON THACHER & BARTLETT LLP<br>ATTN WILLIAM T. RUSSELL, PAUL C. CURNIN<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| SIRLIN GALLOGLY & LESSER PC<br>ATTN: DANA S PLON ESQ<br>123 S BROAD ST # 2100<br>PHILADELPHIA, PA 19109-1029 | SIRLIN GALLOGLY & LESSER, P.C.<br>ATTN: DANA S. PLON, ESQ.<br>123 S BROAD ST # 2100<br>PHILADELPHIA, PA 19109-1042 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>ATTY FOR BRANDYWINE GREENSBORO DRIVE<br>ATT: DANA S. PLON, ESQ.<br>123 S BROAD ST # 2100<br>PHILADELPHIA, PA 19109-1042 | SIRLIN GALLOGLY & LESSER, P.C.<br>ATTY FOR BRANDYWINE INTERNATIONAL DRIVE<br>ATT: DANA S. PLON, ESQ.<br>123 S BROAD ST STE 2100<br>PHILADELPHIA, PA 19109-1042 |
| SIRLIN GALLOGLY & LESSER, P.C.<br>ATTY FOR RADNOR CENTER ASSOCIATES<br>ATT: DANA S. PLON, ESQ.<br>123 S BROAD ST # 2100<br>PHILADELPHIA, PA 19109-1029 | TENNESSEE DEPARTMENT OF REVENUE<br>C/O TN ATTORNEY GENERAL'S OFFICE<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE, TN 20207 |
| THE GARDEN CITY GROUP INC.<br>ATTN: KAREN PETRIANO<br>105 MAXESS ROAD<br>MELVILLE, NY 11747 | THE PORT AUTHORITY OF NEW YORK & NJ<br>ATT: KATHLEEN COLLINS<br>225 PARK AVENUE SOUTH, 13TH FLOOR<br>NEW YORK, NY 10003 |
| THE PORT AUTHORITY OF NEW YORK & NJ<br>OFFICE OF MILTON H. PACHTER<br>ATT: CAREN LEE, ESQ.<br>225 PARK AVENUE SOUTH, 13TH FLOOR<br>NEW YORK, NY 10003 | THOMPSON HINE LLP<br>ATTY FOR MIAMI VALLEY RESEARCH FOUNDATIO<br>ATTN: JONATHAN S. HAWKINS, ESQ.<br>2000 COURTHOUSE PLZ, NE 10 W. 2ND STREET<br>DAYTON, OH 45402 |
| THOMPSON HINE LLP<br>ATTY FOR MIAMI VALLEY RESEARCH FOUNDATIO<br>ATTN: LAUREN MCEVOY<br>335 MADISON AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017 | TODD & LEVI, LLP<br>ATT: JILL LEVI, ESQ.<br>ATTY FOR DLT SOLUTIONS, LLC<br>444 MADISON AVENUE, SUITE 1202<br>NEW YORK, NY 10022 |
| TOGUT, SEGAL & SEGAL LLP<br>ATTN FRANK A. OSWALD, ESQ.<br>ATTY FOR BLACK & VEATCH CORP.<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 | TOGUT, SEGAL & SEGAL LLP<br>ATTN STEVEN S. FLORES, ESQ.<br>ATTY FOR BLACK & VEATCH CORP.<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 |
| TRENK, DIPASQUALE, WEBSTER, DELLA FERA &<br>SODONO, P.C.<br>ATT: RICHARD D. TRENK, ESQ.<br>347 MT. PLEASANT AVENUE; SUITE 300<br>WEST ORANGE, NJ 07052 | UNISYS CORPORATION<br>ATT: JANET FITZPATRICK, LEGAL ASSISTANT<br>UNISYS WAY<br>P.O. BOX 500, M/S E8-108<br>BLUE BELL, PA 19424 |
| UNITED STATES ATTORNEY FOR SDNY<br>ATT: JOSEPH A. PANTOJA, ESQ.<br>ATTY FOR UNITED STATES OF AMERICA<br>86 CHAMBERS STREET, 3RD FLOOR<br>NEW YORK, NY 10007 | UNITED STATES ATTORNEYS OFFICE<br>ATTN: CLAIMS UNIT - ROOM 417<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 |

| | |
|---|---|
| UNITED STATES ATTORNEYS OFFICE<br>ATTN: LEV DASSIN, USA<br>ONE ST. ANDREWS PLAZA<br>NEW YORK, NY 10007 | UNITED STATES BANKRUPTCY COURT (S.D.N.Y)<br>HONORABLE ROBERT E GERBER<br>ONE BOWLING GREEN<br>NEW YORK, NY 10004-1408 |
| UNITED STATES DEPT. OF JUSTICE<br>ATTN: ERIC H. HOLDER, JR.,<br>ATTORNEY GENERAL<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | UPLAND REAL ESTATE GROUP, INC.<br>ATT: KEITH A. STURM<br>50 S 6TH ST STE 1418<br>MINNEAPOLIS, MN 55402-1535 |
| WAYNE COUNTY TREASURER<br>400 MONROE STREET, 5TH FLOOR<br>DETROIT, MI 48226 | WILLIAMS & CONNOLLY LLP<br>ATTN: ROBERT A VAN KIRK, GEORGE A BORDEN<br>725 TWELFTH STREET N.W.<br>WASHINGTON, DC 20005 |
| YALE UNIVERSITY<br>ATT: BRIAN N. LIZOTTE<br>OFFICE OF THE VP & GENERAL COUNSEL<br>2 WHITNEY AVENUE, 6TH FLOOR<br>NEW HAVEN, CT 06510 | YOUNG, GOLDMAN & VAN BEEK, P.C.<br>ATT: NEIL D. GOLDMAN, ESQ.<br>ATTY FOR 8100 PROFESSIONAL PLACE, LLC<br>510 KING STREET, SUITE 416<br>ALEXANDRIA, VA 22313 |